**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Northern _____ District of Texas _____
_____ (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
| --- | --- |

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7

☑ Chapter 11

| Part 2: | Identify the Debtor |
| --- | --- |

**2. Debtor's name**

EEE Development, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 4 _ 1 9 9 5 7 3 4
EIN

**5. Debtor's address**

**Principal place of business**

5907 Wesley Street
Number    Street

Suite 102

Greenville                     TX    75402
City                          State  ZIP Code

Hunt
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City        State    ZIP Code

Debtor    **EEE Development, LLC**_____
_____Name_____

Case number (if known)_____

| | |
|---|---|
| **6. Debtor's website** (URL) | _____ |

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

## Part 3:    Report About the Case

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  EEE Development, LLC _____                    Case number (if known)_____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Avishkar Property Management, LLC | Construction Funding Agreements | $ 5,245,317.29 |
| | Rajiv Roy | Construction Funding Agreement | $ 460,860.00 |
| | Miil Holding Company Inc. | Construction Funding Agreement | $ 306,000.00 |
| | | Total of petitioners' claims | $ 6,012,177.29 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Avishkar Property Management, LLC
Name

6312 Carrington Drive
Number   Street

Dallas                    TX          75254
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dibyendu Mukherjee, Manager
Name

6312 Carrington Drive
Number   Street

Dallas                    TX          75254
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/7/26
             MM / DD / YYYY

**X** _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Frank J. Wright
Printed name

Law Offices of Frank J. Wright, PLLC
Firm name, if any

1800 Valley View Lane, Suite 250
Number   Street

Farmers Branch            TX          75234
City                      State       ZIP Code

Contact phone  214-935-9100  Email frank@fjwright.law

Bar number   22028800

State   Texas

**X** _____
Signature of attorney

Date signed  5/7/26
             MM / DD / YYYY

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 3

Debtor    EEE Development, LLC
          Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Rajiv Roy
Name

414 Peavy Road
Number    Street

Dallas                Texas        75218
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2026
             MM / DD / YYYY

✗  *Rajiv Roy*

Signature of petitioner or representative, including representative's title

---

Jon Strain
Printed name

Scheef & Stone, LLP
Firm name, if any

2600 Network Boulevard, Suite 400
Number    Street

Frisco                Texas        75024
City                  State        ZIP Code

Contact phone  214-472-2100    Email  jon.strain@solidcounsel.com

Bar number  24070689

State     Texas

✗  *Jonathan Strain*
Signature of attorney

Date signed   05/07/2026
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Miil Holding Company Inc.
Name

17906 Carluke Ct.
Number    Street

Richmond              Texas        77407
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mudassir Lakhani
Name

17906 Carluke Ct.
Number    Street

Richmond              Texas        77407
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗  _____

Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number    Street

City           State      ZIP Code

Contact phone  _____   Email  _____

Bar number  _____

State     _____

✗  _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

---

Debtor     EEE Development, LLC _____          Case number (if known)_____
           Name

---

**Name and mailing address of petitioner**

Rajiv Roy
Name

414 Peavy Road
Number    Street

Dallas                    Texas          75218
City                      State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

Jon Strain
Printed name

Scheef & Stone, LLP
Firm name, if any

2600 Network Boulevard, Suite 400
Number    Street

Frisco                    Texas          75024
City                      State          ZIP Code

Contact phone   214-472-2100      Email  jon.strain@solidcounsel.com

Bar number   24070689

State        Texas

✖ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Miil Holding Company Inc.
Name

17906 Carluke Ct.
Number    Street

Richmond                  Texas          77407
City                      State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mudassir Lakhani
Name

17906 Carluke Ct.
Number    Street

Richmond                  Texas          77407
City                      State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 / 07 / 2026
            MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State          ZIP Code

Contact phone _____      Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 4