**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   26-80006** |
| EEE DEVELOPMENT, LLC | § | |
| **DEBTOR(S),** | § | **CHAPTER   11** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HOPKINS COUNTY            GREENVILLE ISD            SULPHUR SPRINGS ISD**
**CITY OF SULPHUR SPRINGS**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on ___11th___ day of _____May_____,2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

US TRUSTEE (DALLAS)
1100 COMMERCE STREET
ROOM 976
DALLAS, TX 75202

EEE Development, LLC
5907 Wesley Street
Suite 102
Greenville, TX 75402

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@lgbs.com

By: /s/ John K. Turner
John Kendrick Turner
SBN: 00788563 TX