Frank J. Wright
Texas Bar No. 22028800
Jeffery M. Veteto
Texas Bar No. 24098548
**Law Offices of Frank J. Wright, PLLC**
1800 Valley View Lane, Suite 250
Farmers Branch, Texas 75234
Telephone: (214) 935-9100
Email: frank@fjwright.law
        jeff@fjwright.law
*Counsel for Petitioning Creditor*
*Avishkar Property Management, LLC*

Jonathan Strain
Texas Bar No. 24070689
**Scheef & Stone, LLP**
2600 Network Boulevard, Suite 400
Frisco, Texas 75024
Telephone: 214-472-2100
Facsimile: 214-472-2150
Email: jon.strain@solidcounsel.com
*Counsel for Petitioning Creditor Rajiv Roy*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re** | § | |
| | § | **CASE NO. 26-80006** |
| **EEE Development, LLC** | § | |
| | § | |
| *Alleged Debtor*. | § | **Chapter 11** |
| | § | |
| | § | |

**PRE-CONFERENCE STATEMENT**

In accordance with the Court's <u>Standing Scheduling Order Regarding Involuntary Cases</u> [Dkt. No. 4], Petitioning Creditors Avishkar Property Management, LLC ("**Avishkar**"), Rajiv Roy ("**Roy**") and Miil Holding Company, Inc. ("**MHC**") (collectively, the "**Petitioning Creditors**") file this <u>Pre-Conference Statement</u> and state as follows:

**I.
PROCEDURAL HISTORY**

1.    In accordance with General Order 2025-03, the Petitioning Creditors filed an involuntary Chapter 11 bankruptcy petition against the Alleged Debtor EEE Development, LLC (the "**Alleged Debtor**" or "**EEE**") on May 8, 2026. Petitioning Creditors estimate that the liabilities of the Alleged Debtor exceed $50 million (more likely exceeding $120 million), qualifying this as a Mega Case.

PRE-CONFERENCE STATEMENT – Page 1

2.      On May 11, 2026, Counsel for Petitioning Creditor Avishkar served the Alleged Debtor with the Petition and summons. The answer date was June 1, 2026. The Alleged Debtor has defaulted by failing to file any answer, motion, or other responsive pleading.

**II.**
**PETITIONING CREDITORS' STATEMENT OF FACTS**

3.      Petitioning Creditors believe, in simplest terms, that EEE has engaged in a Ponzi scheme with a usury trap designed to protect the scheme from litigation, by convincing and charming individuals and/or their companies to invest/loan substantial sums upon relatively threadbare agreements.

**A.      Who is EEE Development, LLC?**

4.      EEE is a Texas limited liability company organized under the laws of the State of Texas on or about May 30, 2019. EEE is engaged in the real estate development business, allegedly both in the acquisition and development of lots. *See* **Exhibit A**.[1] EEE is owned and/or controlled by Larry Wayne Ellis ("**Ellis**"), who has held himself out to be the Chief Operating Officer and the President of EEE, and Christie Lynn Tate ("**Tate**"), who has held herself out to be the President of EEE.

5.      This would not be Ellis' first involvement in a Ponzi scheme. In January 2001, a grand jury indicted Ellis with one count of securities fraud and twenty-eight (28) counts of mail fraud, charging that from approximately March 1995 through April 2000, Ellis induced investors to loan funds to him to operate his ATM business (ATM Technology Systems) and made false and misleading statements in doing so. *See* **Exhibit B**. The indictment also charged that Ellis failed to disclose that

---

[1]     Ellis Estates Phase 2 Expansion Underway in Greenville, TX, May 9, 2025, E Radio Network News, https://www.eradionetwork.com/post/ellis-estates-phase-2-expansion-underway-in-greenville-tx, last accessed May 21, 2026 ("Ellis Estates is one of five subdivisions built by our EEE Development team in Greenville since 2016").

Note, all Exhibits referenced herein were filed by Petitioning Creditor Avishkar Property Management, LLC at Dkt. No. 12.

investor funds would be misapplied and converted to his personal use and that, in a typical Ponzi-type pattern, investors would be, and were, paid interest from other investor funds.

6. Ellis ultimately pled guilty to the one count of securities fraud on May 9, 2001, and was sentenced to serve 46 months plus three years' probation. During the course of his civil proceeding, Judge Jorge Solis on June 30, 2000, also issued a permanent injunction against Ellis from future violations of the antifraud provisions of the federal securities laws. *See* **Exhibit C, D, E** and **F**.

7. EEE is believed to be a central entity in a web of similarly situated entities owned and/or controlled by Ellis, Tate, or their agents (the "**Affiliated Entities**"), including without limitation:

    i. Greenville Construction, LLC
    ii. E Radio Network, LLC
    iii. ATGG Holdings, LP
    iv. Texas Accent Homes South, LLP
    v. ATGG Management, LLC
    vi. GreenvilleTX Builder Projects, LLC
    vii. Greenville Traders Property, LLC
    viii. Ellis View Homeowners Association

8. Together, EEE and the Affiliated Entities have engaged in a scheme wherein the Petitioning Creditors understand the debts to exceed $120 million, with remaining known assets estimated at $40-50 million.

**B. The Framework of a Ponzi Scheme**

9. Upon information and belief, the Alleged Debtor and its Affiliated Entities ran a financial operation consisting of Ponzi scheme with an intentional usury trap. In this illegal high-yield investment scam, EEE and the Affiliated Entities lured private, individual wealthy investors into construction funding agreements drafted by Ellis and/or Tate with the promise of guaranteed high yields on terms typically less than a year. Occasionally, these construction funding agreements received collateral liens, but even then, they were under secured. The construction funding agreements do not define the funding amount as principal or the return itself as interest; nor is there a stated "interest

rate.". However, in instances where promissory notes are prepared, the rate is at the Texas statutory maximum or below. The construction funding agreements also lack adequate default provisions, among many other typical terms found in agreements of their nature and amount.

10.     Upon information and belief, Ellis and Tate – through EEE and the Affiliated Entities – used incoming funds from new investments to make payments on existing investments, while the underlying business enterprise failed to generate revenue sufficient to fund operations and debt payments, thereby creating the illusion of a profitable real estate investment vehicle. Upon information and belief, in furtherance of this scheme, Ellis and Tate engaged in a confidence scheme to deceive investors into the false belief that EEE and the Affiliated Entities were actual businesses and to hide the scheme. However, upon information and belief, Ellis and Tate built in the usury trap as a fail-safe for when the Ponzi scheme ran dry.

11.     Despite having recommended the illegally high yields and having drafted the construction funding agreements[2], EEE and the Affiliated Entities through their legal counsel, John P. Henry of John Henry & Associates, PLLC, issued usury notice letters to the victims of their Ponzi scheme. The usury notice letters not only alleged that a below statutory interest rate maximum of 10% per annum applied but also threatened the construction funding agreement counterparties with statutory penalties if they did not repay the illegally high-yield interest. Simultaneously, EEE and the Affiliated Entities stopped all regular payments on the construction funding agreements and have failed to return funding amounts upon the stated end dates set forth therein. In many instances, EEE or an Affiliated Entity owes return of funding in the hundreds of thousands or millions of dollars but is attempting to use the self-created usury as a shield to that indebtedness.

12.     Petitioning Creditors estimate that as many as 200 investors may have been swept up into the scheme of EEE and the Affiliated Entities.

---

[2]    Petitioning Creditors are not at this time aware of legal counsel involvement in the negotiation of any of the construction funding agreements.

PRE-CONFERENCE STATEMENT – Page 4

**C.       Claim of Avishkar Property Management, LLC**

13.       Avishkar and EEE entered into a series of eight (8) construction funding agreements between June 16, 2025, and September 24, 2025. *See* **Exhibit G**. Of the eight agreements, four have now reached their end date, with the other four reaching their end dates in August and September of this year. Each agreement included its own stated monthly payment amount, set as a dollar amount and not a function of a rate of interest. In conjunction with one construction funding agreement, Larry Ellis signed a personal guaranty. *See* **Exhibit H**.

14.       On March 13, 2026, Counsel for EEE alleged usury violations and claimed that a proper notice would be served pursuant to Texas Finance Code Section 305.006(b). Before such a notice was delivered, on March 31, 2026, Avishkar issued its *Notice of Correction of Alleged Usury Violation in Series of Funding Agreements between EEE Development, LLC and Avishkar Property Management, LLC and Notice of Default* (the "**Avishkar Correction Notice**"), wherein Avishkar voluntarily elected to fix the interest rate at eighteen percent (18.00%) per year on each agreement and applied overpayment to outstanding funding amounts that had reached their end date without payment. *See* **Exhibit I**.[3]

15.       With the correction, as of the petition date, EEE owed outstanding unpaid payments of $145,317.29 to Avishkar, plus the return of $5,100,000.00 of funding, representing the total of $5,245,317.29 stated in the involuntary petition.

**D.       Claim of Rajiv Roy**

16.       EEE and Roy entered into a certain Construction Funding Agreement dated February 22, 2023, in the principal funding amount of $600,000.00, upon which Roy asserts his petitioning claim. *See* **Exhibit J**. It is secured by a Deed of Trust of equal date, filed in the official real property records of Hunt County, Texas as instrument number 2023-17344, against two tracts of land. Based thereon, Roy contends that the transaction is under-collateralized. *See* **Exhibit K**. As a result, Roy filed

---

[3]     Nevertheless, EEE issued a usury notice letter to Avishkar on the same debt the very next day.

PRE-CONFERENCE STATEMENT – Page 5

a petitioning claim in the amount of $460,860.00, being the amount of the claim above the value of the deed of trust lien.[4]

**E.      Claim of Miil Holding Company, Inc.**

*17.*      EEE and MHC entered into a certain Construction Funding Agreement date October 30, 2025, in the principal funding amount of $300,000.00, upon which MHC asserts its petitioning claim. *See* **Exhibit L**. Said Construction Funding Agreement reached its end of term on January 30, 2026, but the Alleged Debtor did not return the funding as required. MHC filed a petitioning claim in the amount of $306,000.00, being the amount of the matured funding plus interest reduced to the maximum rate allowed under Texas law.

**F.      Other Known Claims & Pending Litigation**

*i.      Hunt County Tax Suit*

18.      On December 31, 2025, the City of Greenville, Hunt County, and Hunt Memorial Hospital District filed suit against EEE for unpaid taxes on eighteen (18) properties. *See* **Exhibit M**. On January 21, 2026, Greenville Independent School District filed an Original Intervention for unpaid taxes on seventeen (17) properties. *See* **Exhibit N**.

*ii.      Denton County District Court Suit*

19.      On April 6, 2026, Zhiyong Zhang, Yiping Zhou, Christina Opel, Roy Opel, AEA Ventures LLC, Yiyi Wei, Anna Opel, Haihong Zheng, Daniel Xie, Min Xie, Grace Sun, Wei Liu, Xin Zhang, Yingyang Cui, Wenjun Yin, Jinyu Wang, Weidong Yang, Olina Peng, Nianqi Wang, Zhen Wang, Yan Min, Jessica Wang, Eriberto Castillo, Yuanzi Dong, Qiaohong Liu, Mark Harper, Cathy Zhao, Na Lena Li, Channing Fang, Justin Fang, Yafei Zhang, Yile Zhang, Haili Chen, and Mindi Sheng (the "Denton County Claimants") filed suit against EEE, E Radio Network, LLC, Greenville Construction, LLC, ATGG Holdings, LP, Texas Accent Homes South, LLC, Christie Lynn Ellis

---

[4]      To the extent raised, the Alleged Debtor has asserted usury claims premised upon a duplicate agreement with the Trust that holds Roy's IRA. Such agreement was never funded and inapplicable to the matter at bar.

PRE-CONFERENCE STATEMENT – Page 6

a/k/a Christie Tate, Larry Wayne Ellis, and Johnathan Tate Ellis in Cause No. 26-3572-431. A copy of the Original Petition, without exhibits, was filed as **Exhibit O**.

20.    In total, this Original Petition alleges that EEE owes the Denton County Claimants, collectively, approximately $13,988,564.50 with further claims against Greenville Construction, E Radio, and the other defendants therein.

*ii.    DL Investment LLC Suit*

21.    On April 23, 2026, DL Investment LLC, Guozhen Zhang, and Meiyun Han filed suit against EEE, ATGG Management, LLC, Christie Tate, Angela Shen and various other parties as substitute trustees in Cause No. 96293 before the 354th Judicial District Court, Hunt County, Texas. A copy of the Original Petition, without exhibits, was filed as **Exhibit P**.

22.    In total, this Original Petition alleges that EEE owes the Plaintiffs approximately $3,750,000. On May 4, 2025, the court entered a temporary restraining order, filed as **Exhibit Q**, to halt a foreclosure sale related to resolution matters amongst creditors.

*iii.    Meng and Zhao Suit*

23.    On April 24, 2026, Jin Meng and Liang Zhao filed suit against Larry Ellis, Christie Tate, EEE, ATGG Management, LLC, ATGG Holding, LP, Texas Accent Homes South, LLC and Greenville Construction, LLC in Case No. 96300 before the 196th Judicial District Court, Hunt County, Texas. A copy of the Original Petition, without exhibits, was filed as **Exhibit R**.[5] In total, these Plaintiffs seek relief of at least $1,500,000 from EEE, among other claims.

*iv.    AF and EF Family Revocable Trust Suit*

24.    On April 29, 2026, AF and EF Family Revocable Trust, Asif Firozvi, and Erum Firozvi filed suit against EEE and Larry Ellis in Cause No. 380-02924-2026 before the 380th Judicial District

---

[5] Larry Ellis executed a February 2026 guaranty in the following capacities: individually; as COO of EEE; as COO of Greenville Construction, LLC, wholly owned by ATGG Holding LP; as COO of Texas Accent Homes South, LLC; as partner of ATGG Holding, LP, the owner and sole member of Texas Accent Homes South, LLC, EEE, and Greenville Construction, LLC. *See* Page 10.

Court, Collin County, Texas. A copy of the Original Petition, without exhibits was filed as **Exhibit S**. These Plaintiffs seek relief of at least $240,000 from EEE and Ellis related to the wrongful retention of earnest money where EEE allegedly acted as both the seller and the escrow agent.

     *v.*     *S&K Real Estate and Investment Suit*

25. On April 30, 2026, S&K Real Estate and Investment LLC and WNH Property Consulting, LLC filed suit against EEE, Greenville Construction, LLC, Larry Wayne Ellis, and Christie Tate a/k/a Christie Lynn Ellis in Cause No. 96329 before the 196th Judicial District Court, Hunt County, Texas. A copy of the Original Petition, without exhibits was filed as **Exhibit T**.[6] These Plaintiffs seek relief of at least $2,460,000.00 from EEE and Greenville Construction.

     *vi.*     *Bakari Holdings Suit*

26. On May 5, 2026, Bakri Holdings, LLC filed suit against EEE, Larry Ellis, Texas Accent Homes South, LLC, Greenville Construction, LLC, and ATGG Holdings, LP in Cause No. 96319 before the 196th Judicial District Court, Hunt County, Texas. A copy of the Original Petition, without exhibits, was filed as **Exhibit U**.[7] Bakri Holdings, LLC seeks relief in excess of $300,000.00.

     *vii.*     *Greenville Investment Funds Suit*

27. On May 8, 2026, Greenville Investment Fund One, LLC, Greenville Investment Fund Two, LLC, Greenville Investment Fund Three, LLC, and CEI Technology Solutions, LLC filed suit against EEE, Money Title, LLC and the Law Office of Brent A. Money, PLLC in Cause No. CV46097 before the 62nd Judicial District Court, Hopkins County, Texas. A copy of the Original Petition, without exhibits, was filed as **Exhibit V**. Plaintiff seeks relief of approximately $3,000,000.00.

---

[6] "Plaintiffs are informed and believe that Defendants' actions against them are part of a broader, systemic Ponzi-style scheme." *See* Paragraph 18.

[7] "Unfortunately, Ellis crafted a classic "real estate investment scheme" that stole money from innocent investors, and then recharacterized their investments as predatory loans that should be covered by consumer protection laws for predatory lending. It is now very clear that this was a business investment scam and Ellis was the only predator." *See* Paragraph 16.

*viii.*     *GV Investment Funds Suit*

28.     On May 22, 2026, GV Investment Fund A, LLC, GVIFB, LLC, GVIFC, LLC, GVIFD, LLC, GVIFE, LLC and William Yan filed suit against EEE, Greenville Construction, LLC, Larry Ellis and Christie Tate in Cause No. 96428 in the 196th District Court of Hunt County, Texas. The suit alleges a Ponze scheme and seeks recovery on $21,600,000. A copy of the Original Petition was filed as **Exhibit W**.

*iii.*     *Other Known Aggrieved Parties*

29.     In addition, Petitioning Creditors have come to be aware of other creditors of the Alleged Debtor including without limitation (approximate or stated original principal amount in paratheses): (i) AAA Royalty, LLC (owed approx. $3 million); (ii) RALA Enterprises LLC (approx. $300,000); (iii) Eden Lane Residential LLC (approx. $200,000); (iv) Armatus Dealer Uplift LLC ($1,000,000); (v) Joseph M. Jankowski III Revocable Trust ($1,200,000.00); (vi) The Rock River Advisors, LLC ($1,040,000.00); (vii) Guodong Shen ($500,000.00); (viii) Xueting Gou ($500,000.00); (ix) Xuejun Gou ($500,000.00); (x) Guoqiang Shen ($500,000.00); (xi) Aizhen Zhu ($200,000.00); and (xii) RCC Greenville Lender, LLC ($1,000,000.00). Even still, upon information and belief, Petitioning Creditors believe this is merely scratching the surface of the mounting claims against the Alleged Debtor.

## G.     Prospective Assets

30.     In preparing to file this involuntary petition, Petitioning Creditors identified approximately eighty-one (81) properties in Hunt County, Texas alone owned by EEE. *See* **Exhibit X**. Based on appraisal records, the value of these properties is approximately $13,387,710.00. Upon information and belief, both the number of properties and the valuation figure may be higher or lower depending on the business activities of the Alleged Debtor. Furthermore, upon information and belief, assets of the Affiliated Entities may constitute assets of the Alleged Debtor due to commingling and ignorance of corporate formalities.

**H.      EEE's Failure to Generally Pay Its Debts as Due**

31.      As demonstrated by the Petitioning Creditors' claims and the numerous pending lawsuits, the Alleged Debtor has failed to generally pay its debts as they have come due. Certainly, the Alleged Debtor has lodged usury allegations against the bulk of its creditors; but, as set forth above, Petitioning Creditors contend (as do many other litigants against EEE) that this is an intentional usury trap, aimed at abuse of the Texas Finance Code.

32.      Upon information and belief, even if Alleged Debtor's usury allegations were taken as true, its debts greatly exceed its assets, and the Alleged Debtor has no demonstrable means to satisfy fully matured amounts. This is the end of the Ponzi scheme, and the Petitioning Creditors seek relief from the Bankruptcy Court to address the significant economic fallout.

33.      Alleged Debtor's course of conduct, supported by numerous creditors' claims against it, including but not limited to the Petitioning Creditors, shows that the Alleged Debtor is not generally paying its debts as they come due.

**III.**
**MOTIONS EXPECTED TO BE FILED OR THAT HAVE BEEN FILED**

34.      Petitioning Creditors anticipate filing an *Emergency Motion for Appointment of a Chapter 11 Trustee and Alternatively for Assets to be Frozen.* Petitioning Creditors are aware that one or more of the Affiliated Entities may be in the process of selling/transferring real estate.

35.      Petitioning Creditors expect that additional involuntary petitions will be filed against one or more of the Affiliated Entities as soon as sufficient petitioning creditors are identified.

36.      Petitioning Creditors also anticipate seeking discovery as to EEE and the Affiliated Entities.

DATED: June 2, 2026                    Respectfully submitted,


By:    /s/ Frank J. Wright
            Frank J. Wright
            Texas Bar No. 22028800
            Jeffery M. Veteto
            Texas Bar No. 24098548

**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
1800 Valley View Lane, Suite 250
Farmers Branch, Texas 75234
Telephone: (214) 935-9100
Email:  frank@fjwright.law
            jeff@fjwright.law


*Counsel for Petitioning Creditor,*
*Avishkar Property Management, LLC*


and


By: /s/  Jonathan Strain
            Jonathan Strain
            State Bar No. 24070689
            Jon.strain@solidcounsel.com

**SCHEEF & STONE, LLP**
2600 Network Blvd., Suite 400
Frisco, Texas  75034
(214) 472-2100  Telephone
(214) 472-2150  Telecopier

*Counsel for Petitioning Creditor,*
*Rajiv Roy*


### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.


            /s/ Jeffery M. Veteto
            Jeffery M. Veteto


PRE-CONFERENCE STATEMENT – Page 11