Warren V. Norred, Texas Bar No. 24045094
NORRED LAW, PLLC
515 E. Border, Arlington, TX 76010
(817) 704-3984 (P)
(817) 524-6686 (F)
warren@norredlaw.com
*Attorney for DL Investment LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 26-80006-sgj11 |
| EEE Development, LLC | § | |
| | § | Chapter 11 |
| *Debtors.* | § | |
| | § | |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The undersigned hereby enters an appearance as attorney for creditor and party in interest DL Investment LLC and requests copies of all filings in the instant case via ECF at the contact information above. The undersigned further requests that the Debtors and the Clerk of the Court include said contact information in any matrix or list of creditors prepared in the instant case.

Respectfully submitted,

*/s/Warren V. Norred*
Warren V. Norred, Texas Bar No. 24045094
NORRED LAW, PLLC
515 E. Border, Arlington, TX 76010
(817) 704-3984 (P), (817) 524-6686 (F)
warren@norredlaw.com
*Attorney for DL Investment LLC*

**Certificate of Service:** I hereby certify that on June 3, 2026, the foregoing was filed into the instant case via ECF, which will automatically provide a copy to each party seeking electronic service in the case.

*/s/Warren V. Norred*