**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EEE DEVELOPMENT, LLC,** | § | **Case No.   26-80006-sgj11** |
| | § | |
| *Debtor.* | § | |
| | § | |
| | § | |
| | § | |

**APPLICATION OF THE UNITED STATES TRUSTEE**
**TO APPROVE APPOINTMENT OF TRUSTEE**

NOW COMES the United States Trustee for Region 6 and files this Application to Approve the Appointment of a Trustee in the above-entitled case.  In support of this Application, the United States Trustee would show as follows:

1.     The above styled and numbered case was commenced by the filing of an involuntary petition under Chapter 11 of the Bankruptcy Code on October 22, 2025.

2.     The order for relief in this case was entered on June 3, 2026 (Dkt. No.22).

3.     On June 3, 2026, the Court entered a *sua sponte* order directing the United States Trustee to appoint a Chapter 11 Trustee for this case (Dkt. No. 23).

4.     After consulting with Jeff Veteto, Frank Wright, Jon Strain, David Ritter, Richard Grant, Jeff M. Schagren, Amber Barger, Warren V. Norred, Craig Sheils, John Turner, Kelly Kleist, Sidney H. Scheinberg, Kasey Obenshain, Stephen Davis, Christoper Moser, Eric Haitz, Julian Vasek, Chuck Hendricks, Michael Y. Kim, Eduardo Garza, and Frances Smith, counsel for the petitioning creditors and other interested parties, the United States Trustee has selected Mark A. Weisbart to serve as Trustee.

5. Except as disclosed in the verified statement accompanying this application, Mr. Weisbart has no connection with the Debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

The United States Trustee respectfully requests entry of an order approving the appointment of Mark A. Weisbart as Trustee of the above-referenced estate.

Dated: June 11, 2026

Respectfully submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE

*/s/ Asher M. Bublick*
Asher M. Bublick
Texas State Bar No. 24113629
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
asher.bublick@usdoj.gov

## Certificate of Service

I certify that on June 11, 2026, a copy of this pleading was served on those parties entitled to receive ECF notice in this case.

*/s/ Asher M. Bublick*
Asher M. Bublick

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **EEE DEVELOPMENT, LLC,** | § | **Case No.   26-80006-sgj11** |
| | § | |
| *Debtor.* | § | |
| | § | |
| | § | |
| | § | |

### VERIFIED STATEMENT OF MARK A. WEISBART

BEFORE ME, the undersigned authority on this day personally appeared Mark A. Weisbart who being by me duly sworn upon this oath, deposes and says as follows:

"My office is located at 10501 N Central Expy, Suite 106, Dallas, Texas 75231;"

"The U. S. Trustee has contacted me in an effort to appoint me as the Chapter 11 Trustee in the above-referenced case. This bankruptcy was filed as an involuntary proceeding on May 8, 2026. The order for relief in this case was entered on June 3, 2026 (Dkt. No.22);"

"To the best of my knowledge, after diligent investigation, I hereby state that I do not have any connection with the Debtor, its creditors, any parties in interest, their respective attorneys and accountants, the U. S. Trustee or any person employed in the Office of the U. S. Trustee;"

"I agree that my compensation as trustee will be limited to the lessor of either 1) the allowable commission for chapter 11 trustees under 11 U.S.C. § 326(a) or 2) my hourly rate at $600.00 per hour.  I understand that chapter 11 trustee fees and expenses are reviewed under section 330(a)(3), and I agree that I will track the hours and expenses as I work as trustee in this case."

_____
MARK A. WEISBART

SUBSCRIBED AND SWORN to before me this 11th day of June 2026.

_____
Notary Public, State of Texas

My Commission Expires:

Tarah M. Simmons
Notary's Name – Printed or Typed