# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **EEE DEVELOPMENT, LLC** | ) | **Case No. 26-80006-sgj11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF CHRISTINA WU IN SUPPORT OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

1. "My name is Christina Wu. I am of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein, which are all true and correct.

2. "I am an Authorized Representative of Little Shepherds Capital, LLC ("LSC"), Movant in the above-styled proceeding. I have or a person under my supervision has care, custody, and control of all records concerning the account of Debtor EEE Development, LLC ("Debtor").

3. "I am a custodian of the records of LSC. Attached hereto are __20__ pages of records from LSC. These records are kept by LSC in the regular course of business, and it was the regular course of business of an employee of LSC, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original, exact duplicates of the original, or summaries of the original.

4. "On or about April 26, 2024, Debtor executed a promissory note in the principal amount of $500,000.00 in favor of LSC (the "Note"). The Note was subsequently amended to

extend the maturity date through April 26, 2026. A true and correct copy of the Note and all amendments thereto is attached as Exhibit A-1 and incorporated by reference.

5.     "The Note, as amended, required Debtor to pay interest on the principal balance beginning May 26, 2024 through April 26, 2026, at which point the full principal balance would become due and payable."

6.     "In connection with the Note, Debtor executed a Deed of Trust, recorded as Instrument No. 2024-08079 in the property records of Hunt County, Texas, granting LSC a security interest on the following real properties (the "Properties"):

> Lot 15, Block J, of STONEWOOD PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded in as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 7806 Grant Lane, Greenville, Texas);

> Lot 10 of Block F, of ELLIS ESTATES PHASE 2-A, a proposed addition to the City of Greenville, Hunt County, Texas, pursuant to the preliminary plat of Ellis Estates being part of the Thomas S. Havins Survey, Abstract No. 1267, City of Greenville, Hunt County Texas (commonly known as 245 Brent Lane, Greenville, Texas); and

> Lot 11 of Block F, of ELLIS ESTATES PHASE 2-A, a proposed addition to the City of Greenville, Hunt County, Texas, pursuant to the preliminary plat of Ellis Estates being part of the Thomas S. Havins Survey, Abstract No. 1267, City of Greenville, Hunt County Texas (commonly known as 255 Brent Lane, Greenville, Texas).

A true and correct copy of the Deed of Trust is attached as Exhibit A-2 and incorporated by reference.

7.     "Additionally, Debtor assigned "all present and future rent and other income and receipts from the Propert[ies]" to LSC. *Id.*, ¶ D7.

8.     "The Deed of Trust is the first and superior lien on the Properties.

---

9.    "Beginning on February 9, 2026, Debtor failed to make the interest payments due and owing under the Note.

10.    "On April 16, 2026, LSC sent Debtor a notice of default and demand for payment ("Demand Letter"), advising the Debtor that the debt would be immediately accelerated if Debtor failed to cure the default within 20 days. A true and correct copy of the Demand Letter is attached as Exhibit A-3 and incorporated by reference.

11.    "Debtor has not cured the default and no post-petition payments have been received from the Debtor since the filing of the involuntary petition on May 8, 2026.

12.    "As a result of Debtor's default, the debt was accelerated on May 6, 2026. As of the date of this Affidavit, the outstanding amount due and owing to LSC is $500,000.00 in principal, plus accrued and unpaid interest, fees, and costs as provided under the Note and Deed of Trust.

13.    "Debtor has no equity in the Property because the amount currently owed to LSC under the Note exceeds the value of the Properties. According to the Hunt County Appraisal District, the Properties have a combined appraised value of approximately $360,000.00.

14.    "The Properties are not necessary to an effective reorganization because they consist of two vacant lots and one residential property. *See* Exhibit A-2. Moreover, the Properties do not generate enough cash flow to fund a reorganization because LSC has a lien on the rent proceeds and other income collected from the Properties."

[*The remainder of this page was left blank intentionally*]

Further Affiant Sayeth Naught:

BY: _____
CHRISTINA WU, Authorized Representative
of LITTLE SHEPHERDS CAPITAL, LLC

SIGNED AND SWORN to before me on the _17_ day of ___June___, 2026.

**ARRIANA CISNEROS**
Notary ID #134406855
My Commission Expires
June 14, 2027

_____
Notary Public, State of Texas

---

**AFFIDAVIT OF CHRISTINA WU IN SUPPORT OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**