# Exhibit A-1

## PROMISSORY NOTE

**Date:**          April 26, 2024

**Borrower:**    EEE Development, LLC

**Borrower's Mailing Address:**          5907 Wesley St., Ste. 102
Greenville, TX 75402

**Lender:**   Little Shepherds Capital, LLC

**Place for Payment:**   7308 Wentwood Dr.
Dallas, Texas 75225
Dallas County

**Principal Amount:**   $500,000.00

**Annual Interest Rate:**   15%

**Maturity Date:**   October 26, 2024

**Annual Interest Rate on Matured, Unpaid Amounts:**      15%

**Terms of Payment (principal and interest):**

The Interest on the original Principal Amount shall be due and payable in equal monthly installments of $6,250.00 on the twenty-sixth (26th) day of each month, beginning May 26, 2024, and continuing through and including October 26, 2024 (the Maturity Date), at which point the Principal Amount shall become fully due and payable.

**Security for Payment:**   This Note is secured by one or more Deeds of Trust from Borrower, to Lender, which will initially cover the following real property:

All those certain lots, tract or parcel of land including improvements and being more particularly described in the attached **Exhibit A**.

**Other Security for Payment:**          None

Borrower promises to pay to the order of Lender the Principal Amount plus interest at the Annual Interest Rate. This note is payable at the Place for Payment and according to the Terms of Payment. All unpaid amounts are due by the Maturity Date. After maturity, Borrower promises to pay any unpaid principal balance plus interest at the Annual Interest Rate on Matured, Unpaid Amounts.

If Borrower defaults in the payment of this note or in the performance of any obligation in any instrument securing or collateral to this note, Lender may declare the unpaid principal balance, earned interest, and any other amounts owed on the note immediately due. Notwithstanding any other provision of this note, in the event of a default, before exercising any of Lender's remedies under this note or any deed of trust or warranty deed with vendor's lien securing it, Lender will first give Borrower written notice of default and Borrower will have ten days after notice is given in which to cure the default. If the default is not cured ten days after notice, Borrower and each surety, endorser, and guarantor waive all demand for payment, presentation for payment, notice of intention to accelerate maturity, notice of acceleration of maturity, protest, and notice of protest, to the extent permitted by law.

Borrower also promises to pay reasonable attorney's fees and court and other costs if this note is placed in the hands of an attorney to collect or enforce the note. These expenses will bear interest from the date of advance at the Annual Interest Rate on Matured, Unpaid Amounts. Borrower will pay Lender these expenses and interest on demand at the Place for Payment.   These expenses and interest will become part of the debt evidenced by the note and will be secured by any security for payment.

**Late Payment:** A late fee in the amount of $50 shall be assessed for any payment received more than (5) days after the due date.

**Prepayment**:  Borrower may prepay this Note in any amount, without penalty or premium, six (6) months after its effective date.

**Application of Prepayment:** Prepayments will be applied to installments on the last maturing principal, and interest on that prepaid principal will immediately cease to accrue.

Interest on the debt evidenced by this note will not exceed the maximum rate or amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the Principal Amount or, if the Principal Amount has been paid, refunded.   On any acceleration or required or permitted prepayment, any excess interest will be canceled automatically as of the acceleration or prepayment or, if the excess interest has already been paid, credited on the Principal Amount or, if the Principal Amount has been paid, refunded.   This provision overrides any conflicting provisions in this note and all other instruments concerning the debt.

When the context requires, singular nouns and pronouns include the plural.

A default exists under this note if (1) (a) Borrower or (b) any other person liable on any part of this note or who grants a lien or security interest on property as security for any part of this note (an "Other Obligated Party") fails to timely pay or perform any obligation or covenant in any written agreement between Lender and Borrower or any Other Obligated Party; (2) any warranty, covenant, or representation in this note or in any other written agreement between Lender and Borrower or any Other Obligated Party is materially false when made; (3) a receiver is appointed for Borrower, any Other Obligated Party, or any property on which a lien or security interest is created as security (the "Collateral Security") for any part of this note; (4) any Collateral Security

---

**PROMISSORY NOTE**                                                              **PAGE 2**

is assigned for the benefit of creditors; (5) a bankruptcy or insolvency proceeding is commenced by Borrower, a partnership of which Borrower is a general partner, or an Other Obligated Party; (6) (a) a bankruptcy or insolvency proceeding is commenced against Borrower, a partnership of which Borrower is a general partner, or an Other Obligated Party and (b) the proceeding continues without dismissal for sixty days, the party against whom the proceeding is commenced admits the material allegations of the petition against it, or an order for relief is entered; (7) any of the following parties is dissolved, begins to wind up its affairs, is authorized to dissolve or wind up its affairs by its governing body or persons, or any event occurs or condition exists that permits the dissolution or winding up of the affairs of any of the following parties: Borrower, a partnership of which Borrower is a general partner, or an Other Obligated Party; and (8) any Collateral Security is impaired by loss, theft, damage, levy and execution, issuance of an official writ or order of seizure, or destruction, unless it is promptly replaced with collateral security of like kind and quality or restored to its former condition.

If any provision of this note conflicts with any provision of a loan agreement, deed of trust, or security agreement of the same transaction between Lender and Borrower, the provisions of the deed of trust will govern to the extent of the conflict.

This note will be construed under the laws of the state of Texas, without regard to choice-of-law rules of any jurisdiction.

**EEE DEVELOPMENT, LLC**

By:_____
Larry Ellis, Chief Operating Officer

STATE OF TEXAS                    §
                                  §
COUNTY OF HUNT                     §

This instrument was acknowledged before me on April 2/, 2024, by Larry Ellis on the behalf of EEE Development, LLC, as the Chief Operating Officer, thereof.

_____
Notary Public, State of Texas

TIMOTHY ELLIOTT MONEY
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 132951288

---

**PROMISSORY NOTE**                                              **PAGE 3**

## GUARANTY

Larry Ellis, hereby acting as an individual, personally guarantees the payment of this Promissory Note by and between EEE Development, LLC, and Little Shepherds Capital, LLC, dated April 26, 2024.

By: _____
Larry Ellis, an Individual

STATE OF TEXAS     §
          §
COUNTY OF HUNT    §

  This instrument was acknowledged before me on April 24, 2024, by Larry Ellis, an individual, who personally appeared before me.

_____
Notary Public, State of Texas

TIMOTHY ELLIOTT MONEY
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 132951288

---

**PROMISSORY NOTE**                    **PAGE 4**

## EXHIBIT A

Lot 15, Block J, of STONEWOOD PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded in as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 7806 Grant Lane, Greenville, Texas.)

Lot 10 and 11 of Block F, of ELLIS ESTATES PHASE 2-A, a proposed addition to the City of Greenville, Hunt County, Texas, pursuant to the preliminary plat of Ellis Estates being part of the Thomas S. Havins Survey, Abstract No. 1267, City of Greenville, Hunt County Texas.

## PROMISSORY NOTE MODIFICATION AND EXTENSION AGREEMENT

**Date:**   October 26, 2025

**Holder of Note and Lien:**   Little Shepherds Capital, LLC
7308 Wentwood Dr.
Dallas, TX 75225

**Borrower:**    EEE Development, LLC
5907 Wesley, Suite 102
Greenville, Tx  75402

**Note ("Note")**

> **Date:**          April 26, 2024
>
> **Original Principal Amount:**   $ 500,000.00
>
> **Borrower:**       EEE Development, LLC
>
> **Lender:**       Little Shepherds Capital, LLC
>
> **Maturity Date:**     October 26, 2025, as amended

**Unpaid Principal and Interest on Note:** $ 500,000.00

**Lien Documents:**

> Deed of Trust dated April 26, 2024, and filed of record in the Real Property Records
> of Hunt Conty, Texas on May 3, 2024, as Document No. 2024-08079.

**Modification:**

(i)    **Extension of Maturity Date**:   Lender and Borrower hereby agree to extend the Maturity Date from October 26, 2025, to April 26, 2026, at which point the Principal Balance shall be fully due and payable. The other terms of payment under the Note shall remain unchanged.

The Parties hereto hereby agree to modify the Note as is heretofore provided and intend that, when in conflict, the provisions of this Agreement supersede the terms of any modification agreement made prior to the execution of this Agreement and the terms and provisions of the Note.

The Promissory Note in all respects ratified and confirmed by the parties hereto and incorporated by reference herein, and the Promissory Note and this Modification shall be read,

---

taken and construed as one and the same instrument. Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Note.

When the context requires, singular nouns and pronouns include the plural.

**LITTLE SHEPHERDS CAPITAL, LLC**

By: _____
　　Christina Wu, Manager

**EEE DEVELOPMENT, LLC**

By: _____
　　Larry Ellis, Chief Operating Officer