# Exhibit A-3

David W. Cook
Catherine A. Keith
Stephen W. Davis
Douglas L. Bynum
Jose R. Espinosa

Blake B. Hamar
Ethan M. Herrema
Reggie A. Jala
Matthew T. Jinkins
Cole J. Magel
Melissa J. Parker
James L. Richardson
Elizabeth C. Sample
Heather N. Terry
Alaina K. Van Nort

April 16, 2026

*VIA CERTIFIED MAIL NO. 9214 8901 9403 8368 6599 66*
*RETURN RECEIPT REQUESTED AND FIRST-CLASS MAIL*
EEE Development, LLC
c/o Larry Ellis
5907 Wesley St., Suite 102
Greenville, TX 75402

*VIA CERTIFIED MAIL NO. 9214 8901 9403 8368 6600 54*
*RETURN RECEIPT REQUESTED AND FIRST-CLASS MAIL*
EEE Development, LLC
7806 Grant Lane
Greenville, TX 75402

RE:   **NOTICE OF DEFAULT AND DEMAND FOR PAYMENT**

Dear Larry and To Whom It May Concern:

My Firm represents LITTLE SHEPHERDS CAPITAL, LLC (hereinafter "LITTLE SHEPHERDS"), in connection with the Promissory Note entered on April 26, 2024 (hereinafter the "Note") and Deed of Trust dated April 26, 2024 securing the following real property (hereinafter "Properties"):

- Lot 15, Block J, of STONEWOOD PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded in as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 7806 Grant Lane, Greenville, Texas); and
- Lot 10 and 11 of Block F, of ELLIS ESTATES PHASE 2-A, a proposed addition to the City of Greenville, Hunt County, Texas, pursuant to the preliminary plat of Ellis Estates being part of the Thomas S. Havins Survey, Abstract No. 1267, City of Greenville, Hunt County Texas.

This letter constitutes a formal notice that EEE DEVELOPMENT, LLC (hereinafter "You" or "Your") is in default of the Note.

Pursuant to the terms of the Note, You agreed to pay the principal amount of $500,000.00 by making consecutive monthly, interest only, installment payments in the amount of $6,250 on or before the 26th day of each month. Furthermore, the Note was extended through April 26, 2026, at which the entire principal amount shall be due and payable. However, You failed to pay all

monthly installments beginning February 26, 2026 and are in breach of the Note. As such, LITTLE SHEPHERDS intends to accelerate the maturity of the Note and demand payment in full.

**This letter constitutes formal written demand that You cure Your default and make payment in the amount of $12,500.00 within twenty (20) days from the date of this letter**. If payment is not received by the undersigned within twenty (20) days following the date of this letter, I have been instructed by LITLE SHEPHERDS to immediately accelerate the full balance due and owing under the Note and pursue all available remedies under the law.

Please govern Yourself accordingly. Your prompt compliance with this demand is expected and appreciated.

Sincerely,
COOK KEITH & DAVIS,
A PROFESSIONAL CORPORATION

/s/ Cole J. Magel

SWD/cjm

Cole J. Magel
*cole@cookkeithdavis.com*