# Exhibit B

# PID 236672 7806 GRANT LN

6672 2676066 GRANT Lock-5    Filed 06/22/26    Entered 06/22/2020.16.41   Desc
Property Summary Report | 2026
Exhibit B    Page 2 of 7    Cadre Services | HUNT COUNTY APPRAISAL DISTRICT

## GENERAL INFO

### ACCOUNT

Property ID:          236672
Geographic ID:        5083-000J-0150-41
Type:                 R
Zoning:
Agent:
Legal Description:    S5083 STONEWOOD PH 3 BLK J LOT 15  ACRES .132

Property Use:

### LOCATION

Address:              7806 GRANT LN, GREENVILLE TX 75402

Market Area:
Market Area CD:       N5072
Map ID:

### OWNER

Name:                 EEE DEVELOPMENT LLC

Secondary Name:

Mailing Address:      5907 WESLEY ST STE 102  GREENVILLE TX US 75402

Owner ID:             547980
% Ownership:          100.000000
Exemptions:

### PROTEST

Protest Status:
Informal Date:
Formal Date:

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $31,625 |
| Land Non-Homesite: | $0 |
| Special Use Land Market: | $0 |
| Total Land: | $31,625 |
| Improvement Homesite: | $248,236 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $248,236 |
| Market: | $279,861 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $279,861 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $279,861 |

### VALUE HISTORY



### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|------|------------|-------------|----------------------|-----------|-------------------------|---------------|
| 2026 | $31,625 | $248,236 | $0 | $279,861 | $0 | $279,861 |
| 2025 | $31,630 | $250,800 | $0 | $282,430 | $0 | $282,430 |
| 2024 | $29,610 | $258,780 | $0 | $288,390 | $0 | $288,390 |
| 2023 | $29,610 | $187,060 | $0 | $216,670 | $0 | $216,670 |
| 2022 | $27,600 | $0 | $0 | $27,600 | $0 | $27,600 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| CGR | CITY OF GREENVILLE | 0.568000 | $279,861 | $279,861 |
| GHT | HUNT COUNTY | 0.333241 | $279,861 | $279,861 |
| HHO | HUNT MEMORIAL HD | 0.207241 | $279,861 | $279,861 |
| SGR | GREENVILLE ISD | 0.966900 | $279,861 | $279,861 |

## IMPROVEMENT

| Improvement #1: | Residential | Improvement Value: | $248,236 | Main Area: | 1,596 |
|---|---|---|---|---|---|
| State Code: | A1 | Description: TAN BRICK | | Gross Building Area: | 2,250 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------|------|
| MA | MAIN AREA | 3M | | 1 | 2022 | 2022 | 1,596 |
| GA | ATTACHED | 3M | | 1 | 2022 | 2022 | 437 |
| PO | OPEN PORCH W/ROOF | 3M | | 1 | 2022 | 2022 | 130 |
| PO | OPEN PORCH W/ROOF | 3M | | 1 | 2022 | 2022 | 87 |

**Improvement Features**

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| CR | RESIDENTIAL, CITY | 0.1320 | 5,750 | $5.50 | $31,625 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|
| 9/27/19 | GWD | GENERAL WARRANTY | GREEVILLE TRADERS | EEE DEVELOPMENT LLC | | 2019 | 14389 | |

# PID 247329 | 245 BRENT LN

PID 247329 2450 Brent Ln 247-5    Filed 06/22/26    Entered 06/22/2026 16:41    Desc
Exhibit B    Page 4 of 7    Property Summary Report | 2026
Eagle Services | HUNT COUNTY APPRAISAL DISTRICT

## GENERAL INFO

### ACCOUNT

| | |
|---|---|
| Property ID: | 247329 |
| Geographic ID: | 2919-000F-0100-41 |
| Type: | R |
| Zoning: | |
| Agent: | |
| Legal Description: | S2919 ELLIS ESTATES PH 2A BLK F LOT 10  ACRES .213 |
| Property Use: | |

### LOCATION

| | |
|---|---|
| Address: | 245 BRENT LN, GREENVILLE TX 75402 |
| Market Area: | |
| Market Area CD: | N2857 |
| Map ID: | |

### OWNER

| | |
|---|---|
| Name: | EEE DEVELOPMENT LLC |
| Secondary Name: | |
| Mailing Address: | 5907 WESLEY ST STE 102  GREENVILLE TX US 75402 |
| Owner ID: | 547980 |
| % Ownership: | 100.000000 |
| Exemptions: | |

### PROTEST

Protest Status:
Informal Date:
Formal Date:

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $0 |
| Land Non-Homesite: | $40,767 |
| Special Use Land Market: | $0 |
| Total Land: | $40,767 |
| Improvement Homesite: | $0 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $0 |
| Market: | $40,767 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $40,767 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $40,767 |

### VALUE HISTORY



2026    2025

### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2026 | $40,767 | $0 | $0 | $40,767 | $0 | $40,767 |
| 2025 | $40,730 | $0 | $0 | $40,730 | $0 | $40,730 |

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| CGR | CITY OF GREENVILLE | 0.568000 | $40,767 | $40,767 |
| GHT | HUNT COUNTY | 0.333241 | $40,767 | $40,767 |
| HHO | HUNT MEMORIAL HD | 0.207241 | $40,767 | $40,767 |
| SGR | GREENVILLE ISD | 0.966900 | $40,767 | $40,767 |

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| RR | RESIDENTIAL, RURAL | 0.2130 | 9,278.28 | $4.39 | $40,767 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|

## GENERAL INFO

### ACCOUNT

| | |
|---|---|
| Property ID: | 247330 |
| Geographic ID: | 2919-000F-0110-41 |
| Type: | R |
| Zoning: | |
| Agent: | |
| Legal Description: | S2919 ELLIS ESTATES PH 2A BLK F LOT 11  ACRES .213 |
| Property Use: | |

### OWNER

| | |
|---|---|
| Name: | EEE DEVELOPMENT LLC |
| Secondary Name: | |
| Mailing Address: | 5907 WESLEY ST STE 102  GREENVILLE TX US 75402 |
| Owner ID: | 547980 |
| % Ownership: | 100.000000 |
| Exemptions: | |

### LOCATION

| | |
|---|---|
| Address: | 255 BRENT LN, GREENVILLE TX 75402 |
| Market Area: | |
| Market Area CD: | N2857 |
| Map ID: | |

### PROTEST

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $0 |
| Land Non-Homesite: | $40,767 |
| Special Use Land Market: | $0 |
| Total Land: | $40,767 |
| Improvement Homesite: | $0 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $0 |
| Market: | $40,767 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $40,767 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $40,767 |

### VALUE HISTORY



Bar chart showing 2026 and 2025 values.

### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2026 | $40,767 | $0 | $0 | $40,767 | $0 | $40,767 |
| 2025 | $40,730 | $0 | $0 | $40,730 | $0 | $40,730 |

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| CGR | CITY OF GREENVILLE | 0.568000 | $40,767 | $40,767 |
| GHT | HUNT COUNTY | 0.333241 | $40,767 | $40,767 |
| HHO | HUNT MEMORIAL HD | 0.207241 | $40,767 | $40,767 |
| SGR | GREENVILLE ISD | 0.966900 | $40,767 | $40,767 |

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| RR | RESIDENTIAL, RURAL | 0.2130 | 9,278.28 | $4.39 | $40,767 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|