**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **EEE DEVELOPMENT, LLC,** | § § | **Case No. 26-80006-sgj11** |
| **Debtor.** | § § § § | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

CAME ON for consideration Movant Little Shepherds Capital, LLC ("LSC")'s *Motion for Relief from the Automatic Stay* ("Motion"). The Court finds that proper notice to all interested parties has been provided under law, including LOCAL BANKRUPTCY RULES 4001 and 9007. After reviewing the motion, the evidence and the arguments of counsel, the Court is of the opinion that the Motion should be granted in all respects.

IT IS THEREFORE ORDERED that the automatic stay imposed under 11 U.S.C. § 362(a) is hereby terminated and annulled with respect to Debtor EEE Development, LLC and the following properties ("Properties"):

Lot 15, Block J, of STONEWOOD PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded in as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 7806 Grant Lane, Greenville, Texas);

Lot 10 of Block F, of ELLIS ESTATES PHASE 2-A, a proposed addition to the City of Greenville, Hunt County, Texas, pursuant to the preliminary plat of Ellis Estates being part of the Thomas S. Havins Survey, Abstract No. 1267, City of Greenville, Hunt County Texas (commonly known as 245 Brent Lane, Greenville, Texas); and

Lot 11 of Block F, of ELLIS ESTATES PHASE 2-A, a proposed addition to the City of Greenville, Hunt County, Texas, pursuant to the preliminary plat of Ellis Estates being part of the Thomas S. Havins Survey, Abstract No. 1267, City of Greenville, Hunt County Texas (commonly known as 255 Brent Lane, Greenville, Texas)

IT IS FURTHER ORDERED that the termination of the automatic stay is effective upon the entry of this order, to allow Movant to exercise all rights and remedies under state law, including foreclosing its lien on the Properties.

IT IS FURTHER ORDERED that the provisions of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure, are hereby waived and Movant may immediately enforce and implement the terms of this order granting relief from the automatic stay.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

# # # End of Order # # #