**EEE Development, LLC**
**Case No. 26-80006**

**GENERAL NOTES PERTAINING TO SCHEDULES AND SOFA**

On May 8, 2026 (the "Petition Date"), an involuntary petition was filed against EEE Development, LLC (the "Debtor"), under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Chapter 11 case is identified as Case No. 26-80006 (the "Chapter 11 Case"). On June 3, 2026, the Bankruptcy Court entered its Order for Relief in an Involuntary Case (the "Order for Relief")

Debtor failed to files its Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statement of Financial Affairs (the "SOFA" and together with the Schedules, the "Schedules and SOFA") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

Pursuant to the Order for Relief, the Petitioning Creditor Avishkar Property Management, LLC (the "Filing Creditor") prepare the Schedules and SOFA using best information available to it, including consulting with various other known creditors counsels. The Filing Creditor does not have any unique knowledge of the Debtor's business, nor its statement of financial affairs. The Schedules and SOFA are unaudited. Subsequent information or discovery may result in material changes to these Schedules and SOFA, and inadvertent errors or omissions may have occurred.

The Filing Creditor does not warrant that these Schedules and SOFA are complete or accurate, but represent an attempt at doing so.

**Fill in this information to identify the case:**

Debtor name _EEE Development, LLC_____

United States Bankruptcy Court for the: _Northern District of Texas_

(State)

Case number (If known): _26-80006_____

☐ Check if this is an
amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals
**12/15**

---

**Part 1:    Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................................................................
   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................
   $ _____0.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................................................
   $ _____0.00_

---

**Part 2:    Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................
   $ _11,114,433.36_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................
   $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.........................................
   **+** $ _31,923,930.10_

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b
   $ _43,038,363.46_

---

**Fill in this information to identify the case:**

Debtor name  EEE Development, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number
(if known)     26-80006

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   | --- | --- |

2. **Cash on hand**

   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts**  *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1.  Bank OZK | Checking | _ _ _ _ | $ Unknown |

4. **Other cash equivalents**  *(Identify all)*

   | | |
   | --- | --- |
   | 4.1. | $ |
   | 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 0.00

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   | --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   | --- | --- |
   | 7.1. | $ |
   | 7.2. | $ |

Debtor    EEE Development, LLC                                      Case number *(if known)* 26-80006
          _____
          Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____          $ _____

    8.2. _____          $ _____

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                 $ 0.00

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                      **Current value of debtor's
                                                                      interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ - _____ = .......... ➤    $ _____

                                 face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ - _____ = .......... ➤    $ _____

                                 face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $ _____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                           **Valuation method used for      Current value of debtor's
                                                           current value**                  **interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1. _____          _____%    _____    $ _____

    15.2. _____          _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.              $ 0.00

---

**Part 5:    Inventory, excluding agriculture assets**

Debtor  EEE Development, LLC
_____
Name

Case number *(if known)* 26-80006
_____

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____<br>MM / DD / YYYY | | $ _____ | | $ _____ |
| 20. **Work in progress** | | | | |
| _____<br>MM / DD / YYYY | | $ _____ | | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____<br>MM / DD / YYYY | | $ _____ | | $ _____ |
| 22. **Other inventory or supplies** | | | | |
| _____<br>MM / DD / YYYY | | $ _____ | | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor ___EEE Development, LLC___
Name

Case number *(if known)* 26-80006

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| | $ _____ | | $ _____ |
| 40. **Office fixtures** | | | |
| | $ _____ | | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ _____ | | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. _____ | $ _____ | | $ _____ |
| 42.2. _____ | $ _____ | | $ _____ |
| 42.3. _____ | $ _____ | | $ _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

Debtor ___EEE Development, LLC_____          Case number *(if known)* 26-80006
        Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used for | Current value of debtor's |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | current value | interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. _____ | $ _____ | _____ | $ _____ |
| 47.2. _____ | $ _____ | _____ | $ _____ |
| 47.3. _____ | $ _____ | _____ | $ _____ |
| 47.4. _____ | $ _____ | _____ | $ _____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. _____ | $ _____ | _____ | $ _____ |
| 48.2. _____ | $ _____ | _____ | $ _____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. _____ | $ _____ | _____ | $ _____ |
| 49.2. _____ | $ _____ | _____ | $ _____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1. _____ | $ _____ | _____ | $ _____ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attachment 1 | | $ _____ | _____ | $ Unknown |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

Debtor    EEE Development, LLC
    Name

Case number *(if known)* 26-80006

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers**  (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of debtor's interest

Debtor ___EEE Development, LLC_____     Case number*(if known)* 26-80006 _____
Name

71. **Notes receivable**

Description (include name of obligor)

_____     _____  -  _____  = ➤  $ _____
                                  Total face amount              doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____  $ _____

_____     Tax year _____  $ _____

_____     Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____                                    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                    $ _____

Nature of claim          _____

Amount requested         $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                    $ _____

Nature of claim          _____

Amount requested         $ _____

76. **Trusts, equitable or future interests in property**

_____                                    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

_____                                    $ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90                    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 12:     Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |

Debtor    EEE Development, LLC                           Case number *(if known)* 26-80006
             Name

87. **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.*          $ 0.00

88. **Real property.**  *Copy line 56, Part 9.* ......................................................................... ➤          $ 0.00

89. **Intangibles and intellectual property.**  *Copy line 66, Part 10.*          $ 0.00

90. **All other assets.**  *Copy line 78, Part 11.*          + $ 0.00

91. **Total.**  *Add lines 80 through 90 for each column.* .......................91a.          $ 0.00     + 91b. $ 0.00

92. Total of all property on Schedule A/B.  *Lines 91a + 91b = 92.*     0.00          $ 0.00

**Fill in this information to identify the case:**

Debtor name __EEE Development, LLC__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (if known): __26-80006__

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim** Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.1 **Creditor's name**<br>Afnan Adam and Kulsum Adam<br><br>**Creditor's mailing address**<br>3116 Coleshire Dr<br>Richardson, TX 75082<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** ____<br>**Last 4 digits of account number** ____<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority? | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 301,417.88 | $ 0.00 |

Official Form 206D

**Schedule D: Creditors Who Have Claims Secured by Property**

page 1 of 9

Debtor    EEE Development, LLC
_____
Name

Case number*(if known)* 26-80006
_____

---

**2.2**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| Airview AC & Heating LLC | |

$ 54,476.00          $ 0.00

**Creditor's mailing address**
424 E Van Alstyne Pkwy
Van Alstyne, TX 75495

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| Ashraf Motiwala | |

$ 550,000.00          $ 0.00

**Creditor's mailing address**
120 Spear Court
Irving, TX 75063

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| City of Greenville | |

$ Unknown          $ 0.00

**Creditor's mailing address**
c/o Tara Mulanax
PO Box 6037, Midland, TX 79704

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor      EEE Development, LLC                                    Case number *(if known)* 26-80006
_____
Name

---

**2.5**

**Creditor's name**
City of Sulphur Springs

**Creditor's mailing address**
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP

3500 Maple Avenue, Ste 800, Dallas,
TX 75219

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Have you already specified the
relative priority?

**Describe debtor's property that is subject to a lien**

$ 9,231.23          $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**
Danying Chen

**Creditor's mailing address**
c/o Yali Zhang

2104 Misty Haven Ln., Plano, TX
75093

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Have you already specified the
relative priority?

**Describe debtor's property that is subject to a lien**

$ 430,000.00          $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7**

**Creditor's name**
Eden Lane Residential

**Creditor's mailing address**
COOK KEITH & DAVIS, A
PROFESSIONAL CORPORATION
c/o Stephen W. Davis, Reginald A.
Jala

6689 N. Central Expressway, Ste
1000, Dallas, TX 75207

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Have you already specified the
relative priority?

**Describe debtor's property that is subject to a lien**

$ 200,000.00          $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____EEE Development, LLC_____          Case number *(if known)* _26-80006___
              Name

| | | | |
|---|---|---|---|

**2.8**

**Creditor's name**

Endowment Forever, Inc.

**Creditor's mailing address**

7750 N. MacArthur Blvd, Suite 120237 Irving, TX 75063

Suite 12237, Irving, TX 75063

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

$ 1,000,000.00          $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.9**

**Creditor's name**

Greenville ISD

**Creditor's mailing address**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3501 Maple Avenue, Ste 800, Dallas, TX 75220

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

$ 351,229.65          $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.10**

**Creditor's name**

Hopkins County

**Creditor's mailing address**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3502 Maple Avenue, Ste 800, Dallas, TX 75221

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

$ 13,001.13          $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    EEE Development, LLC _____    Case number *(if known)* 26-80006
        Name

**2.11** | **Creditor's name**
Hunt County et al.

Describe debtor's property that is subject to a lien

$ 320,551.33      $ 0.00

**Creditor's mailing address**
c/o Tara Mulanax
PO Box 6038, Midland, TX 79704

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of** _____
**account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** | **Creditor's name**
Little Shepperds, LLC

Describe debtor's property that is subject to a lien

$ 500,000.00      $ 0.00

**Creditor's mailing address**
COOK KEITH & DAVIS, A PROFESSIONAL CORPORATION
c/o Stephen W. Davis, Reginald A. Jala
6688 N. Central Expressway, Ste 1000, Dallas, TX 75206

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of** _____
**account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.13** | **Creditor's name**
Mr. D's Excavating (Attn: Larry A. Dodson)

Describe debtor's property that is subject to a lien

$ 50,880.00      $ 0.00

**Creditor's mailing address**
4731 CR 3403 Lone Oak, Texas 75453
Lone Oak, TX 75453

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of** _____
**account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    EEE Development, LLC                                    Case number *(if known)* 26-80006
          _____
          Name

---

**2.14**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Netspective Ventures, LLC / Netspective Communications, LLC | | $ 1,725,852.19 | $ 0.00 |

**Creditor's mailing address**

2313 Falling Creek Road

Silver Springs, MD 20904

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.15**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| One Brick Two Brick, LLC | | $ 610,915.80 | $ 0.00 |

**Creditor's mailing address**

82 Lake Dr.

New Hyde Park, NY 11040

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.16**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Peilin Li | | $ 500,000.00 | $ 0.00 |

**Creditor's mailing address**

635 East 14th St.

Apt 7-G, New York, NY 10009

**Describe the lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 6 of 9

Debtor      EEE Development, LLC                                                                    Case number *(if known)* 26-80006
            Name

| 2.17 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | | |
|---|---|---|---|---|---|
| | Rajiv Roy | | | $ 460,860.00 | $ 0.00 |

**Creditor's mailing address**

414 Peavy Road

Dallas, TX 75218

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.18 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | | |
|---|---|---|---|---|---|
| | RCC Greenville Lender, LLC | | | $ 924,334.13 | $ 0.00 |

**Creditor's mailing address**

11770 Jollyville Rd

Austin, TX 78759

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.19 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | | |
|---|---|---|---|---|---|
| | RIZQ Holdings, Inc. | | | $ 1,000,000.00 | $ 0.00 |

**Creditor's mailing address**

308 Birchwood Way Irving, TX 75063

Irving, TX 75063

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    EEE Development, LLC
_____
          Name

Case number *(if known)* 26-80006
_____

---

**2.20**

**Creditor's name**

Rock River Advisors, LLC

**Creditor's mailing address**

4521 Old Pond Dr.

Plano, TX 75024

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 1,040,000.00          $ 0.00

---

**2.21**

**Creditor's name**

Rock River Advisors, LLC

**Creditor's mailing address**

908 Brett Dr.

Allen, TX 75013

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 640,000.00          $ 0.00

---

**2.22**

**Creditor's name**

Sulphur Springs ISD

**Creditor's mailing address**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3503 Maple Avenue, Ste 800, Dallas, TX 75222

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 23,094.74          $ 0.00

---

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 9

Debtor     EEE Development, LLC                                                  Case number*(if known)* 26-80006
           Name

| 2.23 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | $ 408,589.28 | $ 0.00 |
|---|---|---|---|---|---|

**2.23**

**Creditor's name**
Texas Blue Shoe Guys, LLC

**Creditor's mailing address**
3117 Coleshire Dr
Richardson, TX 75083

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Have you already specified the
relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 408,589.28          $ 0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**

$
11,114,433.36

**Fill in this information to identify the case:**

Debtor _____EEE Development, LLC_____

United States Bankruptcy Court for the: __Northern District of Texas___

Case number __26-80006_____
(If known)

❑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____  *Check all that apply.* ❑ Contingent ❑ Unliquidated ❑ Disputed | | $_____ |

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

Debtor EEE Development, LLC
Name

Case number (if known) 26-80006

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | |
|---|---|
| | **Amount of claim** |

**3.1 Nonpriority creditor's name and mailing address**
A&Z Investments, Inc "A&Z"
c/o Hunter Cox
500 E State Highway 114, Ste 100
Southlake, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ __Unknown__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.2 Nonpriority creditor's name and mailing address**
AAA Royalty, LLC
c/o Richard Grant
13101 Preston Road, Ste 110-1500
Dallas, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ __Unknown__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.3 Nonpriority creditor's name and mailing address**
Aea Ventures, LLC
c/o Christina Opel
428 Bridge Water Place
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ __220,000.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.4 Nonpriority creditor's name and mailing address**
AHAM Enterprises "AHAM"
c/o Hunter Cox
500 E State Highway 114, Ste 100
Southlake, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ __Unknown__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.5 Nonpriority creditor's name and mailing address**
AHL Builders and BILAL Mashhood
3286 Woodbine Trail
Frisco, TX 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ __6,000,000.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.6 Nonpriority creditor's name and mailing address**
Albana Mansoor
8505 High Meadows Drive
Plano, TX 75025

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ __50,000.00__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 page 2 of 18

Debtor   EEE Development, LLC
         Name

                                                            Case number *(if known)*   26-80006

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**⁷  **Nonpriority creditor's name and mailing address**

Anna Opel
428 Bridge Water Place
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 455,833.17

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⁸  **Nonpriority creditor's name and mailing address**

Armatus Dealer Uplift
c/o McGinnis Lochridge LLP
1111 W. 6th St, Bldg B, Ste 400
Austin, TX 78703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.**⁹  **Nonpriority creditor's name and mailing address**

Avishkar Property Management, LLC
c/o Law Offices of Frank J. Wright, PLLC
1800 Valley View Lane, Suite 250
Dallas, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,243,817.29

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.**¹⁰  **Nonpriority creditor's name and mailing address**

AZOLA LLC
5000 Midnight Ct.
Parker, TX 75002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 600,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**¹¹  **Nonpriority creditor's name and mailing address**

Bakri Holdings, LLC
c/o Driver Stephenson
13155 Noel Road, Ste 900
Dallas, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 3 of 18

Debtor EEE Development, LLC
_____
Name

Case number (if known) 26-80006
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Cathy Zhao
320 Red Bouy Cove
Princeton, TX 75407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 155,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13** **Nonpriority creditor's name and mailing address**

CEI Technology Solutions, LLC
c/o Charles Hendricks, Cavazos Hendricks
Poirot, PC
900 Jackson St, Ste 570
Dallas, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14** **Nonpriority creditor's name and mailing address**

Christina Opel
428 Bridge Water Place
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 614,167.00

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15** **Nonpriority creditor's name and mailing address**

Daniel Xie
136 Bricknell Lane
Coppell, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 51,666.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16** **Nonpriority creditor's name and mailing address**

DL Investments
515 E Border St
Arlington, TX 76010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor EEE Development, LLC _____ Case number (if known) 26-80006 _____
Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

Elizabeth Mary P.
c/o Julian Vasek, MuB17:R17nsch Hardt
500 N Akard St, Ste 400
Frisco, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.18** **Nonpriority creditor's name and mailing address**

Eriberto Castillo
1808 Reynolds
Allen, TX 75002

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ 305,000.00

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.19** **Nonpriority creditor's name and mailing address**

FAM Investments, Inc "FAM"
c/o Hunter Cox
500 E State Highway 114, Ste 100
Southlake, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.20** **Nonpriority creditor's name and mailing address**

Gangzing Capital Group
c/o Julian Vasek, MuB17:R17nsch Hardt
500 N Akard St, Ste 400
Frisco, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.21** **Nonpriority creditor's name and mailing address**

Godland Asset Group
c/o Julian Vasek, MuB17:R17nsch Hardt
500 N Akard St, Ste 400
Frisco, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   EEE Development, LLC        Case number (if known)  26-80006
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22**  **Nonpriority creditor's name and mailing address**

Grace Sun
4721 Amble Way
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 305,417.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.23**  **Nonpriority creditor's name and mailing address**

Grandland Property Group
c/o Julian Vasek, MuB17:R17nsch Hardt
500 N Akard St, Ste 400
Frisco, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.24**  **Nonpriority creditor's name and mailing address**

Greenville Investment Fund One LLC
c/o Charles Hendricks, Cavazos Hendricks
Poirot, PC
900 Jackson St, Ste 570
Dallas, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.25**  **Nonpriority creditor's name and mailing address**

Greenville Investment Fund Three, LLC
c/o Charles Hendricks, Cavazos Hendricks
Poirot, PC
900 Jackson St, Ste 570
Dallas, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.26**  **Nonpriority creditor's name and mailing address**

Greenville Investment Fund Two, LLC
c/o Charles Hendricks, Cavazos Hendricks
Poirot, PC
900 Jackson St, Ste 570
Dallas, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 6 of 18

Debtor   EEE Development, LLC   Case number (if known)   26-80006
_____   _____
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27   Nonpriority creditor's name and mailing address**

GV Investment A, LLC
c/o Frances Smith, Offit Kurman
Plaza of the Americas, 700 N. Pearl St, Ste 1610
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.28   Nonpriority creditor's name and mailing address**

GVIFB, LLC
c/o Frances Smith, Offit Kurman
Plaza of the Americas, 700 N. Pearl St, Ste 1610
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ Unknown

---

**3.29   Nonpriority creditor's name and mailing address**

GVIFC, LLC
c/o Frances Smith, Offit Kurman
Plaza of the Americas, 700 N. Pearl St, Ste 1610
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ Unknown

---

**3.30   Nonpriority creditor's name and mailing address**

GVIFD, LLC
c/o Frances Smith, Offit Kurman
Plaza of the Americas, 700 N. Pearl St, Ste 1610
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ Unknown

---

**3.31   Nonpriority creditor's name and mailing address**

GVIFE, LLC
c/o Frances Smith, Offit Kurman
Plaza of the Americas, 700 N. Pearl St, Ste 1610
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ Unknown

---

Debtor   EEE Development, LLC
         Name _____   Case number (if known) 26-80006

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**  **Nonpriority creditor's name and mailing address**

Haihong Zheng
136 Bricknell Lane
Coppell, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 265,834.00

---

**3.33**  **Nonpriority creditor's name and mailing address**

Haili Chen
3912 Sagamore Hill Ct.
Plano, TX 75025

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
✓ No
❑ Yes

$ 203,333.00

---

**3.34**  **Nonpriority creditor's name and mailing address**

Hua Zhu
5523 Lumber Mill Road
Jacksonville, Florida 32224

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
✓ No
❑ Yes

$ 240,000.00

---

**3.35**  **Nonpriority creditor's name and mailing address**

Hunt Memorial Hospital District
c/o Tara Mulanax
PO Box 6037
Midland, TX 79704

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ Unknown

---

**3.36**  **Nonpriority creditor's name and mailing address**

Hussain Family Estate, LLC
c/o Christopher Moser
2200 Ross Ave, Ste 2400
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
✓ No
❑ Yes

$ Unknown

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 8 of 18

Debtor    EEE Development, LLC
          Name

Case number (if known)   26-80006

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

IMARA Investment Group, LLC
Attn: Sadidq Assanie
1441 Van Winkle Drive
Carrollton, TX 75007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.38** **Nonpriority creditor's name and mailing address**

Inspira Financial Trust, LLC - IRA # 2427681
110 Arkansas Drive, Valley Stream, New York
11580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,345.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.39** **Nonpriority creditor's name and mailing address**

Inspira Financial Trust, LLC - IRA # 2427883
109 Arkansas Drive, Valley Stream, New York
11580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,639.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.40** **Nonpriority creditor's name and mailing address**

Jaikishan Rajwani
2563 Berry Brook Ln
Frisco, TX 75034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.41** **Nonpriority creditor's name and mailing address**

Jessica Wang
5161 Boca Raton Dr.
Dallas, TX 75229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 702,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  EEE Development, LLC
_____
Name

Case number *(if known)* 26-80006
_____

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** **Nonpriority creditor's name and mailing address**

Jinyu Wang
3616 Fletcher Ct.
Flower Mound, TX 75022

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ 305,000.00

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.43** **Nonpriority creditor's name and mailing address**

Joe Jankowski III Revocable Trust
c/o McGinnis Lochridge LLP
1111 W. 6th St, Bldg B, Ste 400
Austin, TX 78703

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

Kenneth Byrd Texas Yard Pro
Attn: Kenneth Byrd
2610 Poplar St. C.
Greenville, Texas 75402

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ 57,044.01

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

Khanwasif Mohammad
395 Fairlanding Ave
Fairlanding, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,500,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Lang Family Charitable Foundation
c/o Charles Hendricks, Cavazos Hendricks
Poirot, PC
900 Jackson St, Ste 570
Dallas, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   page 10 of 18

Debtor  EEE Development, LLC
    Name

Case number *(if known)*  26-80006

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 47**  **Nonpriority creditor's name and mailing address**

Lei Xia
c/o Eric Haitz
420 Throckmorton St, Ste 1000
Fort Worth, TX 76102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3. 48**  **Nonpriority creditor's name and mailing address**

Magnolia Estates, LLC
c/o James Ewing, Dry Law, PLLC
909 18th St
Plano, TX 75074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3. 49**  **Nonpriority creditor's name and mailing address**

Mark Harper
1608 Payton Falls Dr.
Austin, TX 78754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 101,667.00

---

**3. 50**  **Nonpriority creditor's name and mailing address**

Medscript Pharmacy, LLC
180-184 Sunrise Highway, Rockville Center, NY
11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 188,125.00

---

**3. 51**  **Nonpriority creditor's name and mailing address**

Miil Holding Company, Inc.
c/o Mudassir Lakhani
17906 Carluke
Richmond, TX 77407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 306,000.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 11 of 18

Debtor   EEE Development, LLC   Case number (if known) 26-80006
Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.52** **Nonpriority creditor's name and mailing address**

Min Xie
136 Bricknell Lane
Coppell, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 112,500.00

---

**3.53** **Nonpriority creditor's name and mailing address**

Mindi Sheng
7920 Osborn Pkwy
Plano, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 183,000.00

---

**3.54** **Nonpriority creditor's name and mailing address**

Moaz Abdulla Khan
4812 Appleridge Drive, Richardson, Texas 75082

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 266,905.40

---

**3.55** **Nonpriority creditor's name and mailing address**

Nianqi Wang
3517 Veronica Dr.
Flower Mound, TX 75022

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 927,167.00

---

**3.56** **Nonpriority creditor's name and mailing address**

NuView Trust Company, Inc. FBO Osamah
Palwala IRA # 2227481
82 Lake Dr., New Hyde Park, NY 11040

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24,190.00

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 12 of 18

Debtor EEE Development, LLC
Name

Case number (if known) 26-80006

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Olina Peng
425 Danbury Drive
Murphy, TX 75094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 362,500.00

---

**3.58** Nonpriority creditor's name and mailing address

Qiaohong Liu
1608 Payton Falls Dr.
Austin, TX 78754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 369,333.00

---

**3.59** Nonpriority creditor's name and mailing address

Rizq Capital, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,542,587.11

---

**3.60** Nonpriority creditor's name and mailing address

Roy Opel
428 Bridge Water Place
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 330,000.00

---

**3.61** Nonpriority creditor's name and mailing address

Sam and Laura Yang Investment Holdings, LP
c/o Charles Hendricks, Cavazos Hendricks
Poirot, PC
900 Jackson St, Ste 570
Dallas, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

Debtor  EEE Development, LLC
Name

Case number (if known) 26-80006

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62 Nonpriority creditor's name and mailing address**

Shenging Li
c/o Julian Vasek, MuB17:R17nsch Hardt
500 N Akard St, Ste 400
Frisco, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.63 Nonpriority creditor's name and mailing address**

Sophie Wang
c/o Robert Yaquinto, Jr.
509 N Montclair Ave
Dallas, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ Unknown

---

**3.64 Nonpriority creditor's name and mailing address**

Syed Tahir Husain
3027 Dancourt Drive, Irving, Texas 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 220,712.23

---

**3.65 Nonpriority creditor's name and mailing address**

TOP Investments, LLC "TOP"
c/o Hunter Cox
500 E State Highway 114, Ste 100
Southlake, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ Unknown

---

**3.66 Nonpriority creditor's name and mailing address**

VINAYAK DEWOOLKAR
5000 Midnight Ct.
Parker, TX 75002

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 500,000.00

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 14 of 18

Debtor   EEE Development, LLC   Case number (if known) 26-80006
_____
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **67** **Nonpriority creditor's name and mailing address**

Wei Lui
4108 Messina Path
Flower Mound, TX 75077

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 205,416.00

---

**3.** **68** **Nonpriority creditor's name and mailing address**

Weidong Yang
1820 Edgewood Dr.
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 110,000.00

---

**3.** **69** **Nonpriority creditor's name and mailing address**

Wenjun Yin
3612 Fletcher Ct.
Flower Mound, TX 75022

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 406,666.00

---

**3.** **70** **Nonpriority creditor's name and mailing address**

William Yan
c/o Frances Smith, Offit Kurman
Plaza of the Americas, 700 N. Pearl St, Ste 1610
Dallas, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ Unknown

---

**3.** **71** **Nonpriority creditor's name and mailing address**

Xin Zhang
5941 Glendower Ln.
Plano, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 102,083.00

---

Debtor EEE Development, LLC _____ Case number *(if known)* 26-80006 _____
      Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Yali Zhang
c/o Eric Haitz
420 Throckmorton St, Ste 1000
Fort Worth, TX 76102

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.73** **Nonpriority creditor's name and mailing address**

Yan Min
2873 Brogan Creek
New Braunfels, TX 78130

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 61,000.00

---

**3.74** **Nonpriority creditor's name and mailing address**

Yingyang Cui
3104 Jackson Way
Flower Mound, TX 75022

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 110,000.00

---

**3.75** **Nonpriority creditor's name and mailing address**

Yiping Zhou
3512 Orion Ct.
Flower Mound, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 1,480,874.00

---

**3.76** **Nonpriority creditor's name and mailing address**

Yiyi Wei
2453 Bunnells Fork
Frisco, TX 75036

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 360,208.33

---

Debtor EEE Development, LLC
Name

Case number (if known) 26-80006

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.77 Nonpriority creditor's name and mailing address**

Yuanzi Dong
612 Canterberry Ct.
Coppell, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 152,500.00

---

**3.78 Nonpriority creditor's name and mailing address**

Zhen Wang
10400 Hampton Court
Frisco, TX 75035

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✓ No
❑ Yes

$ 510,067.00

---

**3.79 Nonpriority creditor's name and mailing address**

Zhigang Wang
c/o Julian Vasek, MuB17:R17nsch Hardt
500 N Akard St, Ste 400
Frisco, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✓ No
❑ Yes

$ Unknown

---

**3.80 Nonpriority creditor's name and mailing address**

Zhiyong Zhang
15050 Springwood Dr.
Frisco, TX 75035

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 4,474,833.00

---

**3.___ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
No
❑ Yes

$ _____

---

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims page 17 of 18

Debtor  ZEE Development, LLC                          Case number (if known) 26-80006
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|---------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 31,923,930.10 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 31,923,930.10 |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 18 of 18

**Fill in this information to identify the case:**

Debtor name   EEE Development, LLC

United States Bankruptcy Court for the:   Northern District of Texas

Case number (if known):   26-80006                    Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

**Fill in this information to identify the case:**

Debtor name __EEE Development, LLC__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (if known): __26-80006__

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Official Form 206H | Schedule H: Codebtors | page 1 of 1

| APN | Address | City/State/Zip | Legal Description | Appraised Value |
|---|---|---|---|---|
| 0 | BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 1X  ACRES .046 (COMMON AREA) | $1,000.00 |
| 0 | BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK G LOT 1X  ACRES .066 (COMMON AREA) | $1,000.00 |
| 0 | BROKEN BOW DR | Greenville, TX 75402 | S2404 CEDAR CREEK ADDITION SEC 1 PH 2 BLK E LOT 9B  ACRES .337 (2024 REPLAT) | #N/A |
| 0 | CENTER POINT LN | Greenville, TX 75402 | A0479 HAMILTON SARAH,TRACT 43, ACRES 1.575 | $352,890.00 |
| 0 | CHRISTIE LN | Greenville, TX 75402 | S2393 ELLIS PLACE BLK A LOT 5X  ACRES .305 (AMENDMENT OF CAMBRIDGE PLACE) | $31,170.00 |
| 0 | EVA DR | Greenville, TX 75402 | S5084 STONEWOOD PH 4 BLK B LOT 10R  ACRES .459 (REPLAT OF LT 10 & PT OF LT 6) | $55,550.00 |
| 0 | FM 1570 | Greenville, TX 75402 | S2280 BENCHMARK BANK & GREENVILLE BIBLE CHURCH ADDN LOT 2R  ACRES .998 (REPLAT) | $217,360.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK H LOT 25  ACRES .1452 | $34,790.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK H LOT 26  ACRES .132 | $31,630.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 2  ACRES .1377 | $33,000.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 3  ACRES .1377 | $33,000.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 4  ACRES .1377 | $33,000.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 5  ACRES .1377 | $33,000.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 6  ACRES .1377 | $33,000.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 8  ACRES .1377 | $33,000.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 9  ACRES .1515 | $36,300.00 |
| 0 | GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 11  ACRES .1666 | $39,920.00 |
| 0 | HIGHWAY 69 | Greenville, TX 75402 | A0679 MATTOX WILEY A,TRACT 40, ACRES 1.756 | $133,640.00 |
| 0 | HIGHWAY 69 | Greenville, TX 75402 | S5640 WOLFE PLAZA SOUTH ADDITION LOT 1A  ACRES .412 (REPLAT OF LT 1 OF SEC 2) | $89,730.00 |
| 0 | HIGHWAY 69 | Greenville, TX 75402 | S5640 WOLFE PLAZA SOUTH ADDITION LOT 1B  ACRES .338 (REPLAT OF LT 1 OF SEC 2) | $66,250.00 |
| 0 | MOSELEY LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK G LOT 9  ACRES .1354 | $32,440.00 |
| 0 | MOSELEY LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK G LOT 14  ACRES .1356 | $32,480.00 |
| 0 | MOSELEY LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK H LOT 9  ACRES .132 | $31,630.00 |
| 0 | ONEAL ST | Greenville, TX 75402 | A0687 MCGREW JOHN,TRACT 4, ACRES 7.4178 | $161,560.00 |
| 0 | ROY WARREN PKWY | Greenville, TX 75402 | A0490 HASE WM C,TRACT 5, ACRES 18.126 | $1,553,510.00 |
| 0 | ROY WARREN PKWY | Greenville, TX 75402 | A1267 HAVINS THOMAS S,TRACT 4, ACRES 13.7822 | $1,328,890.00 |
| 0 | SCOTT LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 1  ACRES 3.3641 | $638,220.00 |
| 0 | WESLEY ST | Greenville, TX 75402 | S2926 FINNEY RESUBDIVISION #2 BLK 36 LOT 1  ACRES .269 (REPLAT) | $93,740.00 |
| 1267-0040-0000-41 | Roy Warren Pkwy | Greenville, TX 75402 | A1267 HAVINS THOMAS S, TRACT 5, ACRES 27.025 | $1,328,890.00 |
| 26949 | 100 NORMA CIR | Greenville, TX 75402 | S4935 SHERWOOD FOREST ADDITION SEC 1 BLK 1 LOT 9-10A ACRES .3663 | $69,520.00 |
| 5072-000H-0350-41 | 1002 GREYSON LN | Greenville, TX 75402 | S5072 STONEWOOD PH 2 BLK H LOT 35  ACRES .132 | $280,530.00 |
| 236650 | 1008 HARDAWAY DR | Greenville, TX 75402 | S5083 STONEWOOD PH 3 BLK F LOT 40  ACRES .1875 | $338,230.00 |
| 2854-0000-0210-41 | 118 Frank St | Greenville, TX 75402-2821 | S2854 ELLIS FARM ADDITION PH 1 SEC A LOT 21 ACRES .1263 | $281,140.00 |
| 400-55700-037-000 | 118 Rockyreef Cir | Hot Springs National Park, AR 71913-7156 | LOT 42 | #N/A |
| 2849-00A0-0010-41 | 131 Frank St | Greenville, TX 75402-2820 | S2849 ELLIS FARM ADDITION PH 2 SEC B & C BLK A LOT 1 ACRES .126 SEC B (REPLAT) | $281,770.00 |
| R000007943 | 1320 Rockdale Rd | Sulphur Springs, TX 75482-3750 | ACRES: 18.126 LOT: 1 BLK: 232 SUBD: ORWOSKY FINAL PLAT ORWOSKY ADDITION | #N/A |
| 2849-00A0-0020-41 | 133 Frank St | Greenville, TX 75402-2820 | S2849 ELLIS FARM ADDITION PH 2 SEC B & C BLK A LOT 2 ACRES .126 SEC B (REPLAT) | $281,130.00 |
| 0 | 135 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 21  ACRES .211 | $40,530.00 |
| 0 | 145 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 20  ACRES .211 | $40,530.00 |
| 400-55700-049-000 | 147 Rockyreef Cir | Hot Springs National Park, AR 71913-7157 | LOTS 56 and 57 | $322,000.00 |
| 0 | 205 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 19  ACRES .211 | $40,530.00 |
| 0 | 210 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 55  ACRES .215 | $41,020.00 |
| 0 | 215 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 18  ACRES .211 | $40,530.00 |
| 0 | 220 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 54  ACRES .215 | $41,020.00 |
| 0 | 225 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 17  ACRES .211 | $40,530.00 |
| 0 | 230 BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK G LOT 9  ACRES .211 | $40,530.00 |
| 0 | 235 BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 9  ACRES .213 | $40,730.00 |
| 0 | 235 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 16  ACRES .211 | $40,530.00 |
| 0 | 245 BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 10  ACRES .213 | $40,730.00 |
| 0 | 245 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 15  ACRES .211 | $40,530.00 |
| 0 | 250 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 51  ACRES .215 | $41,020.00 |

| | | | | |
|---|---|---|---|---|
| | 0 255 BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 11  ACRES .213 | $40,730.00 |
| | 0 255 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 14  ACRES .211 | $40,530.00 |
| | 0 260 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 50  ACRES .215 | $41,020.00 |
| | 0 2615 WESLEY ST | Greenville, TX 75402 | S4385 ORIG TOWN OF GREENVILLE BLK 16 LOT 4B,5B  ACRES .1339 | $141,580.00 |
| | 0 265 BRENT LN | Greenville, TX 75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 12  ACRES .213 | $40,730.00 |
| | 0 265 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 13  ACRES .279 | $46,060.00 |
| | 0 270 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 49  ACRES .215 | $41,020.00 |
| | 0 300 TREVOR LN | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 48  ACRES .215 | $41,020.00 |
| 2857-0080-0020-41 | 410 ELLIS PLACE DR | Greenville, TX 75402 | S2857 ELLIS ESTATES PH 1 BLK 8 LOT 2  ACRES .2646 | $351,910.00 |
| 3740-0010-0010-41 | 501 Center Point Rd | Greenville, TX 75402-7707 | S3740 KIMBERLIN ADDITION BLK 1 LOT 1 ACRES .489 | #N/A |
| 2857-0050-0110-41 | 501 Ellis Place Dr | Greenville, TX 75402-3207 | S2857 ELLIS ESTATES PH 1 BLK 5 LOT 11  ACRES .2068 | $333,860.00 |
| | 0 601 RANSOM WAY | Greenville, TX 75402 | S5084 STONEWOOD PH 4 BLK F LOT 20  ACRES .1863 | $337,950.00 |
| | 0 603 GREYSON LN | Greenville, TX 75402 | S5091 STONEWOOD PH 5 BLK I LOT 10  ACRES .1515 | $36,300.00 |
| 5084-000E-0220-41 | 604 RANSOM WAY | Greenville, TX 75402 | S5084 STONEWOOD PH 4 BLK E LOT 22  ACRES .1356 | $285,840.00 |
| 3343-0010-0010-41 | 6912 Jack Finney Blvd | Greenville, TX 75402-8040 | S3343 HENSLEY ADDITION BLK 1 LOT 1  ACRES .584 | $69,780.00 |
| | 0 7301 SCOTT LN | Greenville, TX 75402 | S5084 STONEWOOD PH 4 BLK B LOT 11  ACRES .1953 | $46,790.00 |
| | 0 7604 GRANT LN | Greenville, TX 75402 | S5083 STONEWOOD PH 3 BLK J LOT 8  ACRES .132 | $282,430.00 |
| | 0 7804 GRANT LN | Greenville, TX 75402 | S5083 STONEWOOD PH 3 BLK J LOT 14  ACRES .132 | $324,940.00 |
| | 0 7806 GRANT LN | Greenville, TX 75402 | S5083 STONEWOOD PH 3 BLK J LOT 15  ACRES .132 | $282,430.00 |
| | 31092 801 TRADERS RD | Greenville, TX 75402 | S2393 ELLIS PLACE BLK B LOT 6X  ACRES 1.879 (AMENDMENT OF CAMBRIDGE PLACE) | $240,000.00 |
| | 0 802 Moseley Ln | Greenville, TX 75402 | S5084 STONEWOOD PH 5 BLK G LOT 12 | #N/A |
| | 0 804 Moseley Ln | Greenville, TX 75402 | S5084 STONEWOOD PH 5 BLK G LOT 11 | #N/A |
| | 0 806 Moseley Ln | Greenville, TX 75402 | S5084 STONEWOOD PH 5 BLK G LOT 10 | #N/A |
| 0738-0030-0010-41 | 901 Traders Rd | Greenville, TX 75402-8211 | A0738 MCDONALD MARGARET,TRACT 3-1, ACRES 8.794 | $881,770.00 |
| 5083-000F-0340-41 | 904 HARDAWAY DR | Greenville, TX 75402 | S5083 STONEWOOD PH 3 BLK F LOT 34  ACRES .1356 | $283,280.00 |
| | 0 906 MOSELEY LN | Greenville, TX 75402 | S5072 STONEWOOD PH 2 BLK G LOT 6  ACRES .136 | $323,070.00 |
| | 0 TBD | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B LOT 1X  ACRES .066 (COMMON AREA) | $1,000.00 |
| | 0 TBD | Greenville, TX 75402 | S2918 ELLIS VIEW BLK C LOT 11  ACRES .1263 | #N/A |
| | 0 TBD | Greenville, TX 75402 | S5084 STONEWOOD PH 4 BLK E LOT 29  ACRES .1356 | #N/A |
| | 0 TBD | Greenville, TX 75402 | S2922 ELLIS ESTATES PH 2B LOT 2X  ACRES 4.429 (COMMON AREA) | #N/A |

**Fill in this information to identify the case:**

Debtor name ___EEE Development, LLC___

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): ___26-80006___

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | ❑ Operating a business<br>❑ Other | $_____ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ❑ Operating a business<br>❑ Other | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ❑ Operating a business<br>❑ Other | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor  EEE Development, LLC
_____  Case number (*if known*) 26-80006
Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |
| 4.2. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |

---

Debtor ___EEE Development, LLC_____  Case number (*if known*)__26-80006_____
     Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Hunt County v. EEE Development, LLC | | 196th District Court, Hunt County, TX | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>TAX23057<br>_____ | | | |
| 7.2. | Zhiyong Zhang et al v. EEE Development, LLC et al | | Denton County District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>26-3572-431<br>_____ | | | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **3**

Debtor ___EEE Development, LLC_____  Case number *(if known)*__26-80006_____
Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    EEE Development, LLC
_____          Case number (*if known*) 26-80006
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ <br><br> **Address** <br><br><br><br><br><br> **Email or website address** <br> _____ <br><br> **Who made the payment, if not debtor?** <br> _____ | | _____ | $_____ |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ <br><br> **Address** <br><br><br><br><br><br> **Email or website address** <br> _____ <br><br> **Who made the payment, if not debtor?** <br> _____ | | _____ | $_____ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ <br><br> **Trustee** <br> _____ | | _____ | $_____ |

Debtor    EEE Development, LLC _____    Case number (*if known*)___26-80006_____
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ Address | | _____ | $_____ |
| Relationship to debtor _____ | | | |
| Who received transfer? 13.2. _____ Address | | _____ | $_____ |
| Relationship to debtor _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

---

Debtor    EEE Development, LLC _____        Case number (*if known*) 26-80006 _____
          Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If  debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

Debtor  EEE Development, LLC
        _____
        Name

Case number (*if known*) 26-80006

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>**Address** | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>**Address** | | | ☐ No<br>☐ Yes |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **8**

Debtor   EEE Development, LLC
_____
         Name

Case number (*if known*) 26-80006
_____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| _____<br>Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| _____<br>**Case number**<br>_____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____<br>Name | _____<br>Name | | _____ |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **9**

Debtor    EEE Development, LLC
_____
Name

Case number *(if known)* 26-80006
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

**Part 13:**     Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. ATGG Management, LLC _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |
| 25.2. Ellis Designer Homes, LLC _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |
| 25.3. Greenville Traders Property, LLC _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____    To _____ |

---

Debtor  EEE Development, LLC
_____
Name

Case number (*if known*) 26-80006
_____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **11**

Debtor    EEE Development, LLC
_____
Name

Case number (*if known*) 26-80006 _____

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____<br>Name |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____<br>Name |

Debtor   EEE Development, LLC _____     Case number (*if known*) 26-80006 _____
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.   _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor  EEE Development, LLC
_____
Name

Case number (*if known*) 26-80006
_____

**Name and address of recipient**

30.2
_____
Name

**Relationship to debtor**
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2026
_____
MM  / DD  / YYYY

✘ _____
Signature of individual signing on behalf of the debtor

Printed name _____

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name   EEE Development, LLC

Case number *(if known)*   26-80006

## Continuation Sheet for Official Form 207

**7) Legal Actions**

DL Investment LLC et al v. EEE Development, LLC et al

96293

354th Hunt County District Court

Pending

-------

Jin Meng et al v. Larry Ellis et al

96300

196 District Court, Hunt County, Texas

Pending

-------

AF and EF Family Revocable Trust et al v. EEE Development LLC et al

380-02924-2026

380th District Court, Collin County, Texas

Pending

-------

S&K Real Estate and Investment LLC et al v. EEE Development LLC

96329

196th District Court, Hunt County, Texas

Pending

-------

Bakri Holdings LLC v. EEE Development LLC et al

96319

196th District Court, Hunt County, Texas

Pending

-------

Greenville Investment Fund One, LLC et al v. Money Title, LLC et al

CV46097

62nd District Court, Hopkins County, Texas

Pending

Official Form 207                          **Statement of Financial Affairs for Non-Individuals**

Debtor Name   EEE Development, LLC                                    Case number *(if known)* 26-80006

## Continuation Sheet for Official Form 207

-------

**GV Investment Fund A, LLC et al v. EEE Development, LLC**

**96428**

**196th District Court, Hunt County, Texas**

**Pending**

-------


**25) Other businesses in which the debtor has or has had an interest**

**Ellis View Homeowners          ,
Association**

**Greenville Construction,    ,
LLC**

**Greenvilletx Builder        ,
Projects, LLC**

**Texas Accent Homes South,   ,
 LLC**

Official Form 207                          **Statement of Financial Affairs for Non-Individuals**