BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

*EEE Development LLC* § § § § §

Case No.: *26-80006-sgj 11*

Debtor(s) § §

FILED

JUL 08 2026

### VERIFICATION OF MAILING LIST

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

*7-8-26*

Date

*Christie Late*

Signature of Debtor

_____

Signature of Joint Debtor (if applicable)

_____

Signature of Attorney (if applicable)

_____

Debtor's Social Security *(last four digits only)* /Tax ID No.

_____

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

EEE Development LLC

Case number: 26-80006-sgj11


Creditor Mailing Matrix

- Printed copy of Creditor Mailing Matrix
- Flash drive with the .PDF and .TXT version


Delivered to the Bankruptcy Clerk's office on

July 8, 2026

A&Z Investment LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75231

AAA Carpets
9747 US Hwy 271 N
Powderly, TX 75473

ACE Capital Ventures II, LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75231

Afnan Adam and Kulsum Adam
3518 Vienna Dr
College Station, TX 77875

AEA Ventures LLC
1820 Edgewood Dr
Flower Mound, TX 75028

AHAM Enterprises LLC
4403 Devon Dr
Parker, TX 75002

AHL Builders LLC
3286 Woodbine Trail
Frisco, TX 75034

Airview AC
424 E Van Alstyne Parkway
Van Alstyne, TX 75495

Armatus Dealer Uplift LLC
50 Shilling Rd, Suite 200
Hunt Valley, MD 21031


ARNA Investments LLC
860 Hebron Pkwy, Suite 801
Lewisville, TX 75057


Avishkar Property Management LLC
6312 Carrington Dr
Dallas, TX 75254


Mohammed Azad
2720 Lago Vista Loop
Irving, TX 75062


Azola LLC
5000 Midnight Ct
Parker, TX 75002


Bakri Holdings LLC
4740 14th St
Plano, TX 75074


BAMX Holdings LLC
6408 Fitzgerald Dr
Plano, TX 75074


Bharam Brother LLC
6804 Humboldt Pl
McKinney, TX 75075

Cassity Jones Building Materials
Timothy M Moore
302 Pine Tree Rd
Longview, TX 75604


Eriberto Castillo
1808 Reynolds
Allen, TX 75002


CEI Technology Solutions LLC
908 Brett Drive
Allen, TX 75013


Danying Chen
908 Brett Dr.
Allen, TX 75013


Hali Chen
3912 Sagamore Hill Ct
Plano, TX 75025


Ching-Hua Chou Family Trust
dated 07/30/2002
834 Hanover Ave
Sunnyvale, CA 94087


City of Sulphur Springs Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219


Commercial Realty Fund LLC
P.O. Box 93593
Southlake, TX 76092

Yingyang Cui
3104 Jackson Way
Flower Mound, TX 75022


Daidaiqi Investments LLC
908 Brett Drive
Allen, TX 75013


Dealers Electrical Supply Co
2629 Traders Rd
Greenville, TX 75402


Vinayak Dewoolkar
5000 Midnight Ct
Parker, TX 75002


DL Investments LLC
5448 Apex Peakway, Suite 329
Apex, NC 27502


Yanzi Dong
612 Canterbury Ct
Coppell, TX 75019


Eden Lane Residential LLC
7308 Wentwood Dr
Dallas, TX 75225


Endowment Forever, Inc
7750 N MacArthur Blvd, Suite 120237
Irving, TX 75063

ErichStar Inc.
Beneficial Owner Huizhen Shi
304 Highwood Pine Pl
Cary, NC 27519

FAM Investments LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75231

Asif Firozvi
7076 Mercy Rd
Frisco, TX 75035

Flower Mound RE Investments LLC
4843 Colleyville Blvd, Suite 251-110
Colleyville, TX 76034

Forge Trust Company
CFBO Rajiv Roy IRA 718361
P.O. Box 2048
San Francisco, CA 94126

Gangqing Capital Group LLC
5454 Surrey Path, Suite 107
Frisco, TX 75034

General Shale Brick Inc
Attn: Accounts Payable
P.O. Box 3825
Carol Stream, IL 60197-5825

Fatima Ghani and Rakibul Mazumder
2812 Sheridan Dr
Carrollton, TX 75010

Rodrigo Goulart
4647 Jones St
Plano, TX 75024


Grandland Property Group LLC
1608 Barony Lake Way
Raleigh, NC 27614


Greenville Investment Fund One, LLC
908 Brett Drive
Allen, TX 75013


Greenville Investment Fund Three, LLC
908 Brett Drive
Allen, TX 75013


Greenville Investment Fund Two, LLC
908 Brett Drive
Allen, TX 75013


Greenville ISD Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219


Growers Investment LLC
6804 Humboldt Pl
McKinney, TX 75075


GV Investment Fund A, LLC
2313 Vaquero Ln
Carrollton TX 75010

GVIFB, LLC
2313 Vaquero Ln
Carrollton TX 75010


GVIFC, LLC
2313 Vaquero Ln
Carrollton TX 75010


GVIFD, LLC
2313 Vaquero Ln
Carrollton TX 75010


GVIFE, LLC
2313 Vaquero Ln
Carrollton, TX 75010


The Hanover Insurance Company
440 Lincoln St
Worcester, MA 01653-0002


Mark Harper
1608 Payton Falls Dr
Austin, TX 78754


Syed Adeel Hasan
3641 Eldorado Rd
Elgin, IL 60124


Syed Haider Hasan
2331 Lucent Lane
Naperville, IL 60563

Syed Safder Hasan
5807 Oak Ridge Way
Lisle, IL 60532

Ali Hemani
1838 Lampasas Dr
Allen, TX 75234

Hopkins County Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219

Horton Building Supply
514 Bishop
Richardson, TX 75081

Howdy Buddy Texas LLC
5924 Riverbend Place
Fort Worth, TX 76112

Hunt County Tax Office
2500 Stonewall St, Suite 101
Greenville, TX 75401

Hussain Family Estate, LLC
4740 14th St
Plano, TX 75074

Syed Tahir Hussain
3027 Dancourt Dr
Irving, TX 75063

IES Residential Inc
Accounts Payable
13131 Dairy Ashford Rd, Suite 700
Sugarland, TX 77478


IMARA Investment Group LLC
1441 Van Winkle Dr
Carrollton, TX 75007


Inspira Financial Trust LLC
FBO Amber Palwala IRA 2427681
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Ashraf Palwala IRA 2427883
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
Custodian FBO Bin Wei IRA 4123611
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Christina Opel IRA#3695221
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
Custodian FBO Grace Sun IRA 2362K47X3
2001 Spring Rd Suite 200
Oak Brook, IL 60523

Inspira Financial Trust LLC Custodian
FBO Haihong Zheng IRA 2796JJ315
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Hussain Kedwaii IRA 29604-31
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Min Xie IRA 4786321
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Mohammad Khanwasif IRA 6105711
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Oshamah Palwala IRA 2427687
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Roy Opel IRA 3695321
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Weidong Yang IRA 4108811
2001 Spring Rd Suite 200
Oak Brook, IL 60523

Inspira Financial Trust LLC
FBO Yi Zhao IRA 3949411
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Yiping Zhou IRA 36595-11
2001 Spring Rd Suite 200
Oak Brook, IL 60523


Inspira Financial Trust LLC
FBO Zhen Wang IRA 2ZHG63V85
2001 Spring Rd Suite 200
Oak Brook, IL 60523


IRA Financial Trust Company
CFBO Limei Yang, IRA #1019383
5109 S Broadband Ln
Sioux Falls, SD 57108


Ivory Capital Investments LLC
1028 Ivory Horn Dr
Carrollton, TX 75010


Jiemin Jacobson
11874 Mesa Verde Dr
Austin, TX 78737


J.K. Hammack, Inc
3044 FM 2194
Celeste, TX 75423-5728

Joseph M Jankowski III Revocable Trust
50 Shilling Rd, Suite 200
Hunt Valley, MD 21031


Hassan Kedwaii
3908 N 160th St
Omaha, NE 68116


Hussain Kedwaii
4403 Devon Dr
Parker, TX 75002


Asif Khan
4605 Al Razi St
Irving, TX 75062


Ferdoushi Khan
913 Marie Dr
Allen, TX 75013


Moaz Abdullah Khan
4812 Appleridge Dr
Richardson, TX 75082


Mohammad Khanwasif
395 Fairlanding Ave
Fairview, TX 75069


Lang Family Charitable Foundation
908 Brett Drive
Allen, TX 75013

Peilin Li
100 N Kingshighway Blvd, Unit 3409
St Louis, MO 63108

Haibo Lin and Qi Wang
5717 Northbrook Dr
Plano, TX 75093

Little Shepherds Capital, LLC
7308 Wentwood Dr
Dallas, TX 75225

Jyishyang Liu and Shukuang Hu
1561 Elka Ave
San Jose, CA 95129

Qiaohong Liu
1608 Payton Falls Dr
Austin, TX 78754

Timothy T Liu
1561 Elka Ave
San Jose, CA 95129

Wei Liu
4108 Messina Path
Flower Mound, TX 75077

M&I Select Investments LLC
1433 Wainwright Way
Carrollton, TX 75007

Magnolia Estates LLC
3286 Woodbine Trail
Frisco, TX 75034


Albana Mansoor
8505 High Meadows
Plano, TX 75025


Bilal Mashhood
3286 Woodbine Trail
Frisco, TX 75034


Jerry McClendon
2981 N State Hwy 78
Bonham, TX 75418


Medscript Pharmacy LLC
180 Sunrise Highway
Centre, NY 11570


MK Real Estate Solutions LLC
Attn: Mohammad Khilji
23832 Rockfield Blvd, Suite 170
Lake Forest, CA 92630


Miil Holding Company Inc
17906 Carluke Ct
Richmond, TX 77407


Yan Min
2873 Brogan Creek
New Braunfels, TX 78130

Asif Mohammad
2933 Avicenna St
Irving, TX 75062

Moosa Investments LLC
4513 Ivory Horn Dr
Carrollton, TX 75010

Ashraf Motiwala
120 Spear Court
Irving, TX 75063

Mr D's Excavating
4731 County Road 3403
Lone Oak, TX 75453

Nishat Mustafa
3800 Lakedale Dr
Plano, TX 75025

Netspective Communications LLC
2313 Falling Creek Rd
Silver Spring, MD 20904

Netspective Ventures LLC
2313 Falling Creek Rd
Silver Spring, MD 20904

One Brick Two Brick LLC
110 Arkansas Dr
Valley Stream, NY 11580

Ongmani Investments LLC
1106 del Mar Dr.
Southlake, TX 76092


Anna Opel
428 Bridgewater Place
Flower Mound, TX 75028


Christina Opel
428 Bridgewater Place
Flower Mound, TX 75028


Roy Opel
428 Bridgewater Place
Flower Mound, TX 75028


Overhead Door Co. of Dallas
1800 Vantage Drive
Carrollton, TX 75006


Mehendi Panjwani
3708 Damsel Brooke St
Lewisville, TX 75056


PanVel Inc
696 Carbine Trail
Frisco, TX 75036


Mahmood Patel
4316 Rock Springs Dr
Plano, TX 75024

Nafis Kahn Pathan
2232 Stanmore Ln
Plano, TX 75025


Olina Peng
425 Danbury Dr.
Murphy, TX 75094


Elizabeth Mary Penn
4657 Alta Vista Ln
Dallas, TX 75229


RA Global Investments LLC
2701 Gateway Ct
Euless, TX 76039


Sanjana Rabbani
16375 Laconia Ln
Milton, GA 30004


Radiant Holdings LLC
8447 Portage Ln W
Shakopee, MN 55379


Afzalur Rahman
8029 Fleetwood Dr
Plano, TX 75025


Eric Rahman
515 S Magnum St, Apt 5148
Durham, NC 27701

Ivan Ashiqur Rahman
540 Fulton St, 24A
Brooklyn, NY 11201

Jaikishan Rajwani
2563 Berry Brook
Frisco, TX 75034

RALA Enterprises LLC
3651 S Custer Rd, Unit 104
McKinney, TX 75070

Fazal Rasool
3800 Lakedale Dr
Plano, TX 75025

Nayyer Ale Rasool
3800 Lakedale Dr
Plano, TX 75025

RCC Greenville Lender, LLC
11770 Jollyville Rd
Austin, TX 78759

RIZQ Holdings, Inc
308 Birchwood Way
Irving, TX 75063

Rajiv Roy
414 Peavy Road
Dallas, TX 75218

S&K Real Estate and Investment LLC
700 Mayfly Way
Durham, NC 27703

Sunita Saleem
4909 Sir Casey Ct
Carrollton TX 75010

Sam and Laura Yang Investment
Holdings LP
908 Brett Drive
Allen, TX 75013

Fancy Sarwar
4501 Copeland Dr
Plano, TX 75024

Golam Sarwar
4501 Copeland Dr
Plano, TX 75024

Junayed Sarwar
4501 Copeland Dr
Plano, TX 75024

Scott Ellis Homes LLC
501 Traders Rd
Greenville, Tx 75402

Mindi Sheng
7920 Osborn Pkwy
Plano, TX 75024

Smartbytez LLC
523 Buckingham Ct
Coppell, TX 75019


SMP Capital Holdings LLC
1600 Abrams Rd, Unit 47
Dallas, TX 75214


Sulphur Springs ISD Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219


Sumrina Investment Inc
104 Cleary Court
Southlake, TX 76092


Grace Sun
4721 Amble Way
Flower Mound, TX 75028


Mohammed Tanveer
9505 Sean Dr
Frisco, TX 75035


TARA-USA LLC
6314 Tara Ln
Frisco, TX 75035


Khurram Tasleem
13114 Seattle Slew St
Frisco, TX 75035

Texas Blue Shoe Guys LLC
3116 Coleshire Dr
Richardson, TX 75082

Texas Yard Pro, Inc
2610 Poplar St Ste B
Greenville, TX 75402

The Rock River Advisors LLC
908 Brett Dr.
Allen, TX 75013

TOP Investments LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75231

True Brave Investments LLC
4857 Miles Way
Fairview, TX 75069

Trust Agreement of The Clement and Flora
Chen Revocable Trust
651 N Watters Rd, Unit 5405
Allen, TX 75013

Mohammad Wadud
2620 Laramie St
Irving, TX 75062

Jessica Wang
5161 Boca Raton Dr
Dallas, TX 75229

Jinyu Wang
3616 Fletcher Ct
Flower Mound, TX 75022


Nianqi Wang
3517 Veronica Dr
Flower Mound, TX 75022


Sophie Wang
918 Newcastle Dr
Allen, TX 75013


Zhen Rebecca Wang
10400 Hampton Ct
Frisco, TX 75035


Bin Wei
612 Canterbury Ct
Coppell, TX 75019


Yiyi Wei
2453 Bunnels Fork Dr
Flower Mound, TX 75036


WNH Property Consulting LLC
4017 Lost Creek
Plano, TX 75074


Min Xie
136 Bricknell Ln
Coppell, TX 75019

Limei Yang
3350 Blackbird Ln
Norman, OK 73071


Weidong Yang
1820 Edgewood Dr
Flower Mound, TX 75028


Wenjun Yin
3612 Fletcher Ct
Flower Mound, TX 75022


Guozhen Zhang
5448 Apex Peakway, Suite 329
Apex, NC 27502


Jianying Zhang
3912 Sagamore Hill Ct
Plano, Tx 75025


Xin Zhang
5941 Glendower Ln
Plano, TX 75093


Zhiyong Victor Zhang
15050 Springwood Dr
Frisco, TX 75035


Cathy Zhao
320 Red Buoy Cove
Princeton, TX 75407

Liang Zhao and Jin Meng
1356 Francie Way
Allen, TX 75013

Yi Zhao
425 Danbury Dr.
Murphy, TX 75094

Haihong Zheng
136 Bricknell Ln
Coppell, TX 75019

Zhiyong Zhang AM Compass Group
DB Plan TTEE
15050 Springwood Dr
Frisco, TX 75035

Yiping Zhou
3512 Orion
Flower Mound, TX 75028

Hua Zhu
401 N Vinyard Blvd, Apt 205
Honolulu, HI 96817

ZZY IRA, LLC FBO Zhiyong Zhang
15050 Springwood Dr
Frisco, TX 75035