BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  EEE Development LLC

§
§
§
§
§
§
§
§

Case No.:  26-80006-sgj11

Debtor(s)

FILED  JB

JUL 2 0 2026

**VERIFICATION OF MAILING LIST**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐  is the first mail matrix in this case.

☒  adds entities not listed on previously filed mailing list(s).

☐  changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐  deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

7-20-26
_____
Date

_____
Signature of Debtor

_____
Signature of Joint Debtor (if applicable)

_____
Signature of Attorney (if applicable)

84-1995734
_____
Debtor's Social Security *(last four digits only)* /Tax ID No.

_____
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

AAA Royalty LLC
1311 Blue Lake Blvd
Arlington, TX 75005


Bhrugen Bhaleeya
17949 Cachet Isle Drive
Tampa, FL 33647


RIZQ Capital LLC
37 Lake Drive
New Hyde Park, NY 11040


Xuejun Gou
1311 Blue Lake Blvd
Arlington, TX 75005


Xeuting Gou
1311 Blue Lake Blvd
Arlington, TX 75005


Angela Shen
1311 Blue Lake Blvd
Arlington, TX 75005


Annie Shen
1311 Blue Lake Blvd
Arlington, TX 75005


Guodong Shen
1311 Blue Lake Blvd
Arlington, TX 75005

Guoqiang Shen
1311 Blue Lake Blvd
Arlington, TX 75005


Aizhen Zhu
1311 Blue Lake Blvd
Arlington, TX 75005