**HUNT COUNTY**

**STATE OF TEXAS**

### Construction Funding and Participation Agreement
### Dated December 23, 2024

This Construction Funding and Participation Agreement ("Agreement") is made by and between EEE Development, LLC ("Builder Ellis") and Bakri Holdings LLC ("Participant").

WHEREAS Builder Ellis desires to construct two (2) single family residential homes in Phase 2 of Ellis Estates, in Greenville, Texas detailed on Exhibit "A" attached hereto. Builder Ellis has the right to select the elevations and floor plans for the houses to be built. Builder Ellis shall build the homes in a size range of 1,600 to 2,400 square feet. The houses will be sold for a minimum total of $360,000 and any amount above that shall be retained by Builder Ellis as profit.

WHEREAS Participant desires to provide funding to Builder Ellis in the total amount of Three Hundred Thousand and 0/100's ($300,000.00) Dollars to participate in the construction costs of the single family residential homes that conform to the building code requirements of the City of Greenville and the State of Texas.

NOW THEREFORE, in consideration of the mutual covenants and conditions set forth below, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

### ARTICLE 1
### AGREEMENT

Section 1.1 – *Agreement*. This Agreement consists of the terms and conditions set forth in this document. This Agreement contains the entire agreement between the parties and supersedes all prior agreement, whether oral or written, between the parties with respect to the subject matter of this Agreement. Neither party will be bound by or be deemed to have made any representations, warranties, commitments or other undertakings with respect to the subject matter of this Agreement that are not contained in this Agreement.

### ARTICLE 2
### TERMS

Section 2.1 – *Effective Date and Term*. This Agreement shall become effective on December 23, 2024 and shall govern the rights and obligations of the parties from and after the date of this Agreement for a term of twelve (12) months, ending December 23, 2025.



Builder Ellis _____ Participant _____   Initial  MAB

Section 2.2 – *Funding Amount*. Participant hereby agrees to fund $300,000.00 to Builder Ellis on or before December 23, 2024

Section 2.3 – *Payment Schedule*. Participant shall receive profit payments separate and apart from payments in Section 2.4, from Builder Ellis as shown on Exhibit "B"

Section 2.4 – *Repayment of Funding Amount*. Builder Ellis shall repay Participant the $300,000.00 funding amount on December 23, 2025

In the event Builder Ellis fails to pay Participant the principal sum amount owed at the end of the term of this agreement, Participant shall have and may exercise the right under the guarantees from Texas Accent Homes South LLC, EEE Development LLC, Greenville Construction LLC, ATGG Holdings, LP, and Larry Ellis acting as an individual.

Section 2.5 – *Payments to Participants*. All payments under this Agreement shall be paid in legal currency of the United States and shall be made by bank wire or direct deposit. In the event the due date is on a Saturday the payment will be made on the preceding Friday. If the payment due date is on a Sunday or a bank holiday, payment will be made on the next banking business day.

## ARTICLE 3
## MISCELLANEOUS PROVISIONS

Section 3.1 – *Assignment*. Participant hereby retains its right to assign its rights or obligations under this Agreement without the prior written consent of Builder Ellis.

Section 3.2 – *Amendments*. No amendments or modifications of this Agreement shall be valid unless evidenced in writing and signed by duly authorized representatives of both parties.

Section 3.3 – *Notices*. All notices and other communications (collectively "Notices") required or permitted under this Agreement shall be in writing and shall be given to each party at its address as set forth in this Section 3.3. All Notices shall be (i) delivered in person or (ii) sent by a nationally recognized overnight courier service. Notices shall be deemed to be given upon receipt by the intended. Notices shall be sent to the following addresses:

| | |
|---|---|
| To Participant: | Mohammad Albakri<br>4740 14th Street<br>Plano, Tx 75074<br>Email: mohammadalbakri10@gmail.com |
| To Builder Ellis: | EEE Development, LLC<br>Attn: Larry Ellis<br>5907 Wesley, Suite 102<br>Greenville, Texas 75042 |



Builder Ellis _____ Participant | Initial MAB

Section 3.4 – *Representations and Warranties.* Each party represents and warrants to the other party that such party has the full power and authority to execute, deliver and perform this Agreement.

Section 3.5 – *Governing Law.* This Agreement is executed and intended to be governed by the laws of the State of Texas and Hunt County, Texas.

IN WITNESS WHEREOF, on this the 23rd day of December 2024, the parties have executed this Agreement.

Builder Ellis:
EEE Development, LLC

By: _____
Name: Larry Ellis
Title: Chief Operating Officer

Participant:
Bakri Holdings LLC

By: Muhammad Al Bakri
    Signed by:
    BCF85E1A83C543F...
Name: _____
Title: Director

Builder Ellis _____ Participant _____
Initial MAB

## GUARANTEE

Larry Ellis, hereby acting as an individual, personally guarantees the payment of this Construction Funding and Participation Agreement by and between EEE Development LLC and Bakri Holdings LLC, dated December 23, 2024.

By: _____
Larry Ellis, an individual

STATE OF TEXAS          )
                        )
COUNTY OF HUNT          )

This instrument was acknowledged before me on December 22, 2024, by Larry Ellis, an individual.

_____
Notary Public, State of Texas

TIMOTHY ELLIOTT MONEY
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 132951288

Builder Ellis _____ Participant

Initial
MAB

# GUARANTEE

Texas Accent Homes South, LLC, wholly owned by ATGG Holdings LP, hereby guarantees the payment of this Construction Funding and Participation Agreement by and between EEE Development LLC and Bakri Holdings LLC, dated December 23, 2024.

Texas Accent Homes South, LLC

By: _____

Name: Larry Ellis
Title: Chief Operating Officer

STATE OF TEXAS            )
                          )
COUNTY OF HUNT            )

This instrument was acknowledged before me on December 22, 2024, by Larry Ellis, on behalf of Texas Accent Homes South LLC

_____
Notary Public, State of Texas

TIMOTHY ELLIOTT MONEY
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 132951288

Builder Ellis _____ Participant

Initial
MaB

# GUARANTEE

Greenville Construction, LLC, wholly owned by ATGG Holdings, LP, hereby guarantees the payment of this Construction Funding and Participation Agreement by and between EEE Development LLC and Bakri Holdings LLC, dated December 23, 2024.

Greenville Construction, LLC

By: _____

Name:  Larry Ellis

Title:    Chief Operating Officer

STATE OF TEXAS          )
                                        )
COUNTY OF HUNT        )

This instrument was acknowledged before me on December 22, 2024, by Larry Ellis, on behalf of Greenville Construction, LLC.

_____
Notary Public, State of Texas

TIMOTHY ELLIOTT MONEY
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 132951288

Builder Ellis          Participant    Initial  MaB

## GUARANTEE

ATGG Holdings, LP, as owner and sole member of Texas Accent Homes South, LLC, EEE Development, LLC, and Greenville Construction, LLC, hereby guarantees the payment of this Construction Funding and Participation Agreement by and between EEE Development LLC and Bakri Holdings LLC, dated December 23, 2024.

ATGG Holdings, LP

By: _____
Larry Ellis, Partner

By: _____
Christie Tate, Partner

STATE OF TEXAS            )
                          )
COUNTY OF HUNT            )

This instrument was acknowledged before me on December 22, 2024, by Larry Ellis and Christie Tate, on behalf of ATGG Holding, LP, as its Partners.

_____
Notary Public, State of Texas

TIMOTHY ELLIOTT MONEY
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 132951288

Builder Ellis _____   Participant   Initial MdB

## Exhibit "A" to Construction Funding and Participation Agreement

### Dated December 23, 2024

| Lot Number | Street Address |
|---|---|
| Block A Lot 48 | 300 Trevor Lane |
| Block A Lot 49 | 270 Trevor Lane |

Builder Ellis _____ Participant

Initial

MaB

**Exhibit B to Construction Funding and Participation Agreement**

**Dated December 23, 2024**

Profit Participation Payments

| | |
|---|---|
| 1/23/25 | $ 5,000.00 |
| 2/23/25 | $ 5,000.00 |
| 3/23/25 | $ 5,000.00 |
| 4/23/25 | $ 5,000.00 |
| 5/23/25 | $ 5,000.00 |
| 6/23/25 | $ 5,000.00 |
| 7/23/25 | $ 5,000.00 |
| 8/23/25 | $ 5,000.00 |
| 9/23/25 | $ 5,000.00 |
| 10/23/25 | $ 5,000.00 |
| 11/23/25 | $ 5,000.00 |
| 12/23/25 | $ 5,000.00 |

Funding Repayment of $300,000.00

| | |
|---|---|
| 12/23/25 | $300,000.00 |

Builder Ellis _____ Participant | Initial MdB |

## MODIFICATION AND EXTENSION AGREEMENT

### "MODIFICATION"

**Date:** December 23, 2025

**Participant:**  Bakri Holdings, LLC
4740 14th Street
Plano, TX  75402

**Builder:**  EEE Development, LLC

**Construction Funding and Participation Agreement ("Original Agreement")**

> **Date:** December 23, 2024
>
> **Original Principal Amount:** $ 300,000.00
>
> **Builder:**  EEE Development, LLC
>
> **Participant:**  Bakri Holdings, LLC
>
> **Original Maturity Date:**  December 23, 2025

**Unpaid Principal:**  $ 300,000.00

**Modification:**

(i)  **Extension of Maturity Date**: Participant and Builder hereby agree to extend the Maturity Date to December 23, 2026, at which point the Principal Balance of $300,000.00 shall be fully due and payable, along with the final monthly profit payment of $5,000.00. The other terms of payment under the Note shall remain unchanged and will continue each month up through the new Maturity Date.

The Parties hereto hereby agree to modify the Original Agreement as is heretofore provided and intend that, when in conflict, the provisions of this Modification supersede the terms of any modification agreement made prior to the execution of this Modification and the terms and provisions of the Original Agreement.

The Original Agreement in all respects ratified and confirmed by the parties hereto and incorporated by reference herein, and the Original Agreement and this Modification shall be read, taken and construed as one and the same instrument. Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Original Agreement.

Initial
_____

**MODIFICATION AND EXTENSION AGREEMENT**                                              **PAGE 1**

When the context requires, singular nouns and pronouns include the plural.

**BAKRI HOLDINGS, LLC**

By: _Mohammad Al Bakri_

Name:  Muhammad Al Bakri
Title:  Director
Date:  12/29/2025

**EEE DEVELOPMENT, LLC**

By: _____
Name:  Larry Ellis
Title:  Chief Operating Officer
Date: _____