Cole A.C. Davis
Attorney
469.665.8107
CDavis@CanadaLewis.com



**ATTORNEYS AT LAW**
5550 GRANITE PKWY, SUITE 195
PLANO, TEXAS 75024

April 1, 2026

***Via Federal Express***
***and email:*** christietexasaccenthomes@gmail.com

EEE Development, LLC
Attn: Larry Ellis
5907 Wesley Street, Suite 102
Greenville, Texas 75402

**Re:     NOTICE OF DEFAULT AND DEMAND FOR CURE**

Dear Larry Ellis:

This firm represents Bakri Holdings LLC ("Bakri"). As you know, on or about December 23, 2024, Bakri and EEE Development, LLC ("you" or "Builder") executed a Construction Funding and Participation Agreement in which Bakri agreed to loan you $300,000.00 to fund the construction of two (2) single family residential homes in Greenville, Texas (the "Agreement"). The original maturity date of the Agreement was December 23, 2025; however, it was later modified to December 23, 2026.

Pursuant to the Agreement, Builder is to pay Bakri a monthly payment of $5,000.00 due on or before the 23rd day of each month (the "Profit Payment"). In addition to the Profit Payment, Builder also agreed to repay Bakri the $300,000 funding amount, in total, by December 23, 2026.

Concurrent with the Agreement, the parties executed a Deed of Trust in which Builder, as Grantor, conveyed the properties located at 270 Trevor Lane and 300 Trevor Lane, Greenville, Texas (the "Property") in trust contingent on Builder satisfying its obligations under the Agreement (the "Deed"). If Bulder defaults on the Agreement, Bakri as the Lender may "declare the unpaid principal balance and earned interest on the [Agreement] immediately due" and direct the trustee to foreclose on the lien.

Builder has failed to pay its monthly payments to Bakri for the month of March 2026. **This is a material breach of the Agreement**. Bakri also maintains the reasonable belief that you will not fulfill your obligations under the Agreement as it relates to repayment of the loan due to your inability to pay other lenders on similar projects.

Bakri hereby demands that you cure your default and tender payment in the amount of $5,000.00 on or before April 21, 2026. Furthermore, Bakri demands adequate assurance of your ability to make future payments under the Agreement, including full repayment of the loan, within 20 days of the date of this letter.

**Should you fail to cooperate with the above demands, I have been authorized by Bakri Holdings LLC to instruct the Trustee of the Deed of Trust to foreclose on the lien and move forward with a foreclosure sale pursuant to the Texas Property Code.** This notice is provided to you without waiver of any other rights, claims, remedies, or defenses available to Bakri Holdings LLC at law or in equity.

5550 Granite Pkwy, Suite 195,
Plano, Texas 75024
www.canadalewis.com



If you or your attorney has any questions, please direct all correspondence only to this office, we look forward to reaching a swift resolution in this matter.


Respectfully,

Cole A.C. Davis