## GENERAL INFO

### ACCOUNT

| | |
|---|---|
| Property ID: | 248272 |
| Geographic ID: | 2922-000A-0490-41 |
| Type: | R |
| Zoning: | |
| Agent: | |
| Legal Description: | S2922 ELLIS ESTATES PH 2B BLK A LOT 49  ACRES .215 |
| Property Use: | |

### LOCATION

| | |
|---|---|
| Address: | 270 TREVOR LN, GREENVILLE TX 75402 |
| Market Area: | |
| Market Area CD: | N2857 |
| Map ID: | |

### OWNER

| | |
|---|---|
| Name: | EEE DEVELOPMENT LLC |
| Secondary Name: | |
| Mailing Address: | 5907 WESLEY ST STE 102  GREENVILLE TX US 75402 |
| Owner ID: | 547980 |
| % Ownership: | 100.000000 |
| Exemptions: | |

### PROTEST

Protest Status:
Informal Date:
Formal Date:

## VALUES

### CURRENT VALUES

| | |
|---|---|
| Land Homesite: | $0 |
| Land Non-Homesite: | $41,044 |
| Special Use Land Market: | $0 |
| Total Land: | $41,044 |
| | |
| Improvement Homesite: | $0 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $0 |
| | |
| Market: | $41,044 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $41,044 |
| Value Limitation Adjustment (-): | $0 |
| | |
| Net Appraised: | $41,044 |

### VALUE HISTORY



### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2026 | $41,044 | $0 | $0 | $41,044 | $0 | $41,044 |
| 2025 | $41,020 | $0 | $0 | $41,020 | $0 | $41,020 |

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| CGR | CITY OF GREENVILLE | 0.568000 | $41,044 | $41,044 |
| GHT | HUNT COUNTY | 0.333241 | $41,044 | $41,044 |
| HHO | HUNT MEMORIAL HD | 0.207241 | $41,044 | $41,044 |
| SGR | GREENVILLE ISD | 0.966900 | $41,044 | $41,044 |

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| CR | RESIDENTIAL, CITY | 0.2150 | 9,365.4 | $4.38 | $41,044 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|

# PID 248271 | 300 TREVOR LN

2922-000A-0480-41-5    Filed 07/20/26    Entered 07/20/26 18:01:36    Desc
Exhibit B    Page 3 of 4    Property Summary Report | 2026
Cagle Services | HUNT COUNTY APPRAISAL DISTRICT

## GENERAL INFO

### ACCOUNT

Property ID:  248271
Geographic ID:  2922-000A-0480-41
Type:  R
Zoning:
Agent:
Legal Description:  S2922 ELLIS ESTATES PH 2B BLK A LOT 48  ACRES .215

Property Use:

### OWNER

Name:  EEE DEVELOPMENT LLC

Secondary Name:

Mailing Address:  5907 WESLEY ST STE 102  GREENVILLE TX US 75402

Owner ID:  547980
% Ownership:  100.000000
Exemptions:

### LOCATION

Address:  300 TREVOR LN, GREENVILLE TX 75402

Market Area:
Market Area CD:  N2857
Map ID:

### PROTEST

Protest Status:
Informal Date:
Formal Date:

## VALUES

### CURRENT VALUES

| | |
|---|---:|
| Land Homesite: | $0 |
| Land Non-Homesite: | $41,044 |
| Special Use Land Market: | $0 |
| Total Land: | $41,044 |
| Improvement Homesite: | $0 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $0 |
| Market: | $41,044 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $41,044 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $41,044 |

### VALUE HISTORY



### VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2026 | $41,044 | $0 | $0 | $41,044 | $0 | $41,044 |
| 2025 | $41,020 | $0 | $0 | $41,020 | $0 | $41,020 |

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|------|-------------|----------|---------------|---------------|
| CGR  | CITY OF GREENVILLE | 0.568000 | $41,044 | $41,044 |
| GHT  | HUNT COUNTY | 0.333241 | $41,044 | $41,044 |
| HHO  | HUNT MEMORIAL HD | 0.207241 | $41,044 | $41,044 |
| SGR  | GREENVILLE ISD | 0.966900 | $41,044 | $41,044 |

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|------|-------------|-------|------|---------------|--------------|-------------------|
| CR   | RESIDENTIAL, CITY | 0.2150 | 9,365.4 | $4.38 | $41,044 | $0 |

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|