**Fill in this information to identify the case:**

Debtor name  EEE DEVELOPMENT, LLC

United States Bankruptcy Court for the: __Northern__   District of __Texas__
                                                                    (State)

Case number (If known):  __26-80006-sgj11__



FILED

JUL 2 0 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................................... | $ 26,618,650.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................................ | $ 130,943,172.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................................................... | $ 157,561,822.00

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................. | $ 49,513,991.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................................... | $ 3,202,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................... | + $ 61,831,334.00

4. **Total liabilities**...................................................................................................................................... | $ 114,547,335.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  EEE Development LLC

United States Bankruptcy Court for the:  Northern           District of  Texas
                                                              (State)

Case number (If known):  26-80006-sgj11

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.  Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**   $_____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $_____ |
| 3.2. | | | $_____ |

4.  **Other cash equivalents** *(Identify all)*

4.1. _____   $_____
4.2. _____   $_____

5.  **Total of Part 1**   $_____
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6.  Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____   $_____
7.2. _____   $_____

Debtor    EEE Development LLC
Name                                          Case number *(if known)* 26-80006-sgj11

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

  ☑ No. Go to Part 4.

  ☐ Yes. Fill in the information below.

                                                         **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
                       face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
                       face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

  ☑ No. Go to Part 5.

  ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor     EEE Development LLC                               Case number *(if known)* 26-80006-sgj11
         Name

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**                                             $

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor    EEE Development LLC                                    Case number *(if known)* 26-80006-sgj11
          _____                                 _____
          Name

33. **Total of Part 6.**                                                                   $_____

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                   $_____

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor     EEE Development LLC             Case number *(if known)* 26-80006-sgj11
       Name

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  **EEE Development LLC**
_____
Name

Case number *(if known)* 26-80006-sgj11
_____

---

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 SEE ATTACHED  CHART | | $ | | $ |
| 55.2 LISTING ALL REAL PROPERTY | | $ | | $ |
| 55.3 OWNED BY DEBTOR | | $ | | $ |
| 55.4 MARKED AS pages 6A,6B & 6C | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **26,618,650.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

---

EEE DEVELOPMENT LLC          Case No: 26-80006-sgj11          PART 9: REAL PROPERTY   #55

| Property ID | Address | Legal Description | Value | Notes |
|---|---|---|---|---|
| 26938 | 6912 JACK FINNEY BLVD, GREENVILLE 7 | S3343 HENSLEY ADDITION BLK 1 LOT 1  ACRES .584 | $315,000 | |
| 26943 | 501 CENTER POINT LN, GREENVILLE 754 | S3740 KIMBERLIN ADDITION BLK 1 LOT 1  ACRES .489 | $575,000 | total value for two tracts |
| 26944 | CENTER POINT LN, GREENVILLE 75402 | A0479 HAMILTON SARAH,TRACT 43, ACRES 1.575 | | |
| 26949 | 100 NORMA CIR, GREENVILLE 75402 | A0479 HAMILTON SARAH,TRACT 48, ACRES .57 | $75,000 | |
| 27226 | ROY WARREN PKWY, GREENVILLE 7540 | A0490 HASE WM C,TRACT 5, ACRES 18.126 | $1,700,000 | |
| 38634 | ROY WARREN PKWY, GREENVILLE 7540 | A1267 HAVINS THOMAS S,TRACT 4, ACRES 13.7822 | $1,600,000 | |
| 38635 | ROY WARREN PKWY, GREENVILLE 7540 | A1267 HAVINS THOMAS S,TRACT 5, ACRES 27.025,(ALSO IN A0490) | $1,950,000 | |
| 30589 | ONEAL ST, GREENVILLE 75401 | A0687 MCGREW JOHN,TRACT 4, ACRES 7.4178 | $525,000 | |
| 31088 | 901 TRADERS RD, GREENVILLE 75402 | A0738 MCDONALD MARGARET,TRACT 3-1, ACRES 8.794 | $1,100,000 | |
| 31092 | 801 TRADERS RD, GREENVILLE 75402 | S2393 ELLIS PLACE BLK B LOT 6X  ACRES 1.879 (AMENDMENT OF CAMBRIDGE PLACE) | $560,000 | |
| 70622 | 2615 WESLEY ST, GREENVILLE 75401 | S4385 ORIG TOWN OF GREENVILLE BLK 16 LOT 4B,5B  ACRES .1339 | $350,000 | |
| 90352 | HIGHWAY 69, GREENVILLE 75402 | A0679 MATTOX WILEY A,TRACT 40, ACRES 1.756 | $320,000 | |
| 105354 | FM 1570, GREENVILLE 75402 | S2280 BENCHMARK BANK & GREENVILLE BIBLE CHURCH ADDN LOT 2R  ACRES .998 (REPLAT) | $400,000 | |
| 113576 | HIGHWAY 69, GREENVILLE 75401 | S5640 WOLFE PLAZA SOUTH ADDITION LOT 1A  ACRES .412 (REPLAT OF LT 1 OF SEC 2) | $200,000 | |
| 113577 | HIGHWAY 69, GREENVILLE 75401 | S5640 WOLFE PLAZA SOUTH ADDITION LOT 1B  ACRES .338 (REPLAT OF LT 1 OF SEC 2) | $120,000 | |
| 226560 | 118 FRANK ST, GREENVILLE 75402 | S2854 ELLIS FARM ADDITION PH 1 SEC A LOT 21  ACRES .1263 | $295,000 | |
| 229709 | 131 FRANK ST, GREENVILLE 75402 | S2849 ELLIS FARM ADDITION PH 2 SEC B & C BLK A LOT 1  ACRES .126 SEC B (REPLAT) | $295,000 | |
| 229710 | 133 FRANK ST, GREENVILLE 75402 | S2849 ELLIS FARM ADDITION PH 2 SEC B & C BLK A LOT 2  ACRES .126 SEC B (REPLAT) | $295,000 | |
| 235142 | CHRISTIE LN, GREENVILLE 75402 | S2393 ELLIS PLACE BLK A LOT 5X  ACRES .305 (AMENDMENT OF CAMBRIDGE PLACE) | $31,170 | common area pond |
| 235164 | 906 MOSELEY LN, GREENVILLE 75402 | S5072 STONEWOOD PH 2 BLK G LOT 6  ACRES .136 | $360,000 | |
| 235195 | 906 GREYSON LN, GREENVILLE 75402 | S5072 STONEWOOD PH 2 BLK H LOT 32  ACRES .132 | $295,000 | |
| 235198 | 1002 GREYSON LN, GREENVILLE 75402 | S5072 STONEWOOD PH 2 BLK H LOT 35  ACRES .132 | $295,000 | |
| 236367 | WESLEY ST, GREENVILLE 75401 | S2926 FINNEY RESUBDIVISION #2 BLK 36 LOT 1 ACRES .269 (REPLAT) | $169,000 | |
| 236644 | 904 HARDAWAY DR, GREENVILLE 75402 | S5083 STONEWOOD PH 3 BLK F LOT 34  ACRES .1356 | | |
| 236650 | 1008 HARDAWAY DR, GREENVILLE 7540 | S5083 STONEWOOD PH 3 BLK F LOT 40  ACRES .1875 | $360,000 | |
| 236665 | 7604 GRANT LN, GREENVILLE 75402 | S5083 STONEWOOD PH 3 BLK J LOT 8  ACRES .132 | $295,000 | |
| 236671 | 7804 GRANT LN, GREENVILLE 75402 | S5083 STONEWOOD PH 3 BLK J LOT 14  ACRES .132 | $360,000 | |
| 236672 | 7806 GRANT LN, GREENVILLE 75402 | S5083 STONEWOOD PH 3 BLK J LOT 15  ACRES .132 | $295,000 | |
| 236691 | 501 ELLIS PLACE DR, GREENVILLE 7540 | S2857 ELLIS ESTATES PH 1 BLK 5 LOT 11  ACRES .2068 | $360,000 | |
| 236699 | 410 ELLIS PLACE DR, GREENVILLE 7540 | S2857 ELLIS ESTATES PH 1 BLK 8 LOT 2  ACRES .2646 | $360,000 | |
| 238604 | EVA DR, GREENVILLE 75402 | S5084 STONEWOOD PH 4 BLK B LOT 10R  ACRES .459 (REPLAT OF LT 10 & PT OF LT 6) | $90,000 | |
| 238605 | 7301 SCOTT LN, GREENVILLE 75402 | S5084 STONEWOOD PH 4 BLK B LOT 11  ACRES .1953 | $46,790 | |
| 238652 | 604 RANSOM WAY, GREENVILLE 75402 | S5084 STONEWOOD PH 4 BLK E LOT 22  ACRES .1356 | $295,000 | |
| 238659 | 802 RANSOM WAY, GREENVILLE 75402 | S5084 STONEWOOD PH 4 BLK E LOT 29  ACRES .1356 | $295,000 | |
| 238674 | 601 RANSOM WAY, GREENVILLE 75402 | S5084 STONEWOOD PH 4 BLK F LOT 20  ACRES .1863 | $360,000 | |
| 242428 | 808 MOSELEY LN, GREENVILLE 75402 | S5091 STONEWOOD PH 5 BLK G LOT 9  ACRES .1354 | $33,000 | |
| 242429 | 806 MOSELEY LN, GREENVILLE 75402 | S5091 STONEWOOD PH 5 BLK G LOT 10  ACRES .1356 | $195,000 | |
| 242430 | 804 MOSELEY LN, GREENVILLE 75402 | S5091 STONEWOOD PH 5 BLK G LOT 11  ACRES 1356 | $195,000 | |

EEE DEVELOPMENT LLC          Case No: 26-80006-sgj11          PART 9: REAL PROPERTY  #55

| Property ID | Address | Legal Description | Value | Notes |
|---|---|---|---|---|
| 242431 | 802 MOSELEY LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK G LOT 12  ACRES .1356 | $195,000 | |
| 242433 | 706 MOSELEY LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK G LOT 14  ACRES .1356 | $33,000 | |
| 242452 | 807 MOSELEY LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK H LOT 9  ACRES .132 | $33,000 | |
| 242468 | 708 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK H LOT 25  ACRES .1452 | $35,000 | |
| 242469 | 802 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK H LOT 26  ACRES .132 | $33,000 | |
| 242473 | SCOTT LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 1  ACRES 3.3641  TRADERS RETAIL | $920,000 | |
| 242474 | 807 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 2  ACRES .1377 | $33,000 | |
| 242475 | 805 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 3  ACRES .1377 | $33,000 | |
| 242476 | 803 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 4  ACRES .1377 | $33,000 | |
| 242477 | 801 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 5  ACRES .1377 | $33,000 | |
| 242478 | 705 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 6  ACRES .1377 | $33,000 | |
| 242480 | 701 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 8  ACRES .1377 | $33,000 | |
| 242481 | 605 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 9  ACRES .1515 | $36,300 | |
| 242482 | 603 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 10  ACRES .1515 | $215,000 | |
| 242483 | 601 GREYSON LN, GREENVILLE  75402 | S5091 STONEWOOD PH 5 BLK I LOT 11  ACRES .1666 | $200,000 | |
| 246754 | 1205 BRAD KELLAR DR | S2918 ELLIS VIEW BLK C LOT 11  ACRES .1263 | $295,000 | |
| 247319 | BRENT LN, GREENVILLE  75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 1X  ACRES .046 (COMMON AREA) | $0 | Need to Transfer to the HOA |
| 247328 | 235 BRENT LN, GREENVILLE  75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 9  ACRES .213 | $65,000 | |
| 247329 | 245 BRENT LN, GREENVILLE  75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 10  ACRES .213 | $65,000 | |
| 247330 | 255 BRENT LN, GREENVILLE  75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 11  ACRES .213 | $65,000 | |
| 247331 | 265 BRENT LN, GREENVILLE  75402 | S2919 ELLIS ESTATES PH 2A BLK F LOT 12  ACRES .213 | $65,000 | |
| 247333 | BRENT LN, GREENVILLE  75402 | S2919 ELLIS ESTATES PH 2A BLK G LOT 1X  ACRES .066 (COMMON AREA) | $0 | Need to Transfer to the HOA |
| 247476 | BROKEN BOW DR | S2404 CEDAR CREEK ADDITION SEC 1 PH 2 BLK E LOT 9B  ACRES .337 (2024 REPLAT) | $41,390 | |
| 248259 | 265 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 13  ACRES .279 | $65,000 | |
| 248260 | 255 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 14  ACRES .211 | $65,000 | |
| 248261 | 245 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 15  ACRES .211 | $65,000 | |
| 248262 | 235 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 16  ACRES .211 | $65,000 | |
| 248263 | 225 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 17  ACRES .211 | $349,000 | |
| 248264 | 215 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 18  ACRES .211 | $65,000 | |
| 248265 | 205 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 19  ACRES .211 | $65,000 | |
| 248266 | 145 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 20  ACRES .211 | $65,000 | |
| 248267 | 135 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK G LOT 21  ACRES .211 | $65,000 | |
| 248271 | 300 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 48  ACRES .215 | $65,000 | |
| 248272 | 270 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 49  ACRES .215 | $65,000 | |
| 248273 | 260 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 50  ACRES .215 | $65,000 | |
| 248274 | 250 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 51  ACRES .215 | $65,000 | |

EEE DEVELOPMENT LLC          Case No: 26-80006-sgj11          PART 9: REAL PROPERTY  #55

| Property ID | Address | Legal Description | Value | Notes |
|---|---|---|---|---|
| 248277 | 220 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 54  ACRES .215 | $65,000 | |
| 248278 | 210 TREVOR LN, GREENVILLE  75402 | S2922 ELLIS ESTATES PH 2B BLK A LOT 55  ACRES .215 | $65,000 | |
| 248282 | | S2922 ELLIS ESTATES PH 2B LOT 1X  ACRES .066 (COMMON AREA) | | Need to Transfer to the HOA |
| 248283 | | S2922 ELLIS ESTATES PH 2B LOT 2X  ACRES 4.429 (COMMON AREA) | | Need to Transfer to the HOA |
| | | | | |
| | | TOTAL VALUE IN HUNT COUNTY TEXAS | $19,118,650 | |
| | | | | |
| | | | | |
| | | | | |
| R000007943 | ROCKDALE RD 1320 | Acres: 18.126, Lot: 1, Blk: 232, Subd: ORWOSKY, FINAL PLAT ORWOSKY ADDITION | $1,400,000 | Value for 3 tracts |
| R000027789 | CR 1101 | Acres: 4.271 | | |
| R027632 | CR 1101 WS | Acres: 2.878 | | |
| R000008047 | COLLEGE ST 1249 | Acres: 0.610, LOT PT 4 & 4-01, BLK 305, TOWN: SULPHUR SP | $250,000 | |
| R000008104 | OAK GROVE DR 0 | Acres: 3.352, Lot: 1 THRU 8 & 10 THRU 15, Blk: 305, Subd: ROY LEE BEEZLEY ADDITION | $840,000 | |
| R000008112 | OAK GROVE DR 110 | Lot: 9, Blk: 305, Subd: ROY LEE BEEZLEY ADDITION | $60,000 | |
| R000008119 | OAK GROVE DR 0 | Lot: 16, Blk: 305, Subd: ROY LEE BEEZLEY ADDITION | $60,000 | |
| R000008150 | COLLEGE ST 0 | Acres: 10.081, LOT: 3, BLK: 307, TOWN: SULPHUR SPRINGS | $950,000 | |
| R000024782 | HOUSTON ST 0 | Acres: 59.669, LOT: 1-01, BLK: 125 200, ADDN: WILLIAMS | $2,800,000 | total value for 2 tracts |
| R000029524 | HOUSTON ST 0 | Acres: 2.605, Lot: 1-05, Blk: 125 200, Subd: WILLIAMS | | |
| R000029158 | HWY 11 0 W | Acres: 2.290, ABS: 1, TR: 10-25, SUR: DIKES LEVI P | $190,000 | |
| R000029264 | HWY 11 0 W | Acres: 10.000, ABS: 1, TR: 10-11, SUR: DIKES LEVI P, | $950,000 | |
| | | | | |
| | | TOTAL VALUE IN HOPKINS COUNTY, TEXAS | $7,500,000 | |
| | | | | |
| | | TOTAL REAL PROPERTY VALUE | $26,618,650 | |
| | | | | |

Debtor    EEE Development LLC                  Case number (if known) 26-80006-sgj11
       Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

                                                                            **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

   _____ − _____ = ➜ $_____
                                       Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____   $_____
   _____    Tax year _____   $_____
   _____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                           $_____

   **Nature of claim**     _____

   **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _Claims against multiple creditors_____    $____130,943,172.00

   **Nature of claim**     _Usury violation_____

   **Amount requested**    $ 130,943,172.0(

76. **Trusts, equitable or future interests in property**

   _____                           $_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

   _____                           $_____
   _____                           $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.      $ 130,943,172.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

---

Debtor    EEE Development LLC                                        Case number *(if known)* 26-80006-sgj11
          Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................→ | | $ 26,618,650.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 130,943,172. | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 130,943,172. + 91b. | $ 26,618,650.0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................................    $ 157,561,822.00

---

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name **EEE Development LLC**

United States Bankruptcy Court for the: **Northern**          District of **Texas**
(State)

Case number (If known): **26-80006-sgj11**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

**AAA Royalty LLC**

Creditor's mailing address

**1311 Blue Lake Blvd**

**Arlington, TX 75005**

Creditor's email address, if known

Date debt was incurred **10/30/25**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

Describe debtor's property that is subject to a lien

**802 Ransom Way - Lot 29 Block E**
**603 Greyson Ln - Lot 10 Block I**
**Stonewood Estates**

$ 500,000.00          $ 510,000.00

Describe the lien
**deed of trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

**Airview AC**

Creditor's mailing address
**424 E Van Alstyne Pkwy**
**Van Alstyne, TX 75495**

Creditor's email address, if known

Date debt was incurred **Dec-June 2026**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

**various**

$ 48,118.00          $ _____

Describe the lien
**Mechanics Liens**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 49,513,991.0

| Debtor | EEE Development LLC | Case number *(if known)* 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**

Armatus Dealers Uplift LLC

**Creditor's mailing address**

50 Shilling Rd Suite 200
Hunt Valley, MD 21031

**Creditor's email address, if known**

joe@daleruplift.com

**Date debt was incurred** 5/17/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

705 Greyson Lane - Stonewood Estates
135 Trevor Lane - Ellis Estates

$ 500,000.00    $ 98,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.4

**Creditor's name**

Armatus Dealers Uplift LLC

**Creditor's mailing address**

50 Shilling Rd Suite 200
Hunt Valley, MD 21031

**Creditor's email address, if known**

joe@dealersuplift.com

**Date debt was incurred** 5/24/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

603 Greyson Lane
701 Greyson Lane

$ 500,000.00    $ 248,000.00

**Describe the lien**
warranty deed

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 42

Debtor **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25**

**Creditor's name**

Armatus Dealers Uplift LLC

**Creditor's mailing address**

50 Shilling Rd Suite 200

Hunt Valle, MD 21031

**Creditor's email address, if known**

joej@dealeruplift.com

**Date debt was incurred** 7/30/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5 paper lots in Ellis Estates PH 5
Lots 14,15,16 block B and
Lots 57 and 58 Block F

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,000.00    $ 150,000.00

---

**2.26**

**Creditor's name**

Bakri Holdings LLC

**Creditor's mailing address**

4740 14th St

Plano, TX 75074

**Creditor's email address, if known**

mohammadalbakri10@gmail.com

**Date debt was incurred** 12/23/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

270 Trevor Ln - Ellis Estates
300 Trevor Ln - Ellis Estates

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300,000.00    $ 130,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

Cassity Jones Building Materials

**Creditor's mailing address**

302 Pine Tree Rd

Longview, TX 76506

**Creditor's email address, if known**

**Date debt was incurred** Oct-Apr 2026

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multiple $ 259,408.00 $

**Describe the lien**
Mechanics Liens

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.8** **Creditor's name**

CEI Technology Solutions LLC

**Creditor's mailing address**

908 Brett Drive

Allen, TX 75013

**Creditor's email address, if known**

**Date debt was incurred** 8/26/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
    CEI Technology Solutions - 50%
    Daidaiqi Investments LLC 50%
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

604 Ransom Way - Stonewood Estates $ 500,000.00 $ 295,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 42

Debtor **EEE Development LLC** _____ Case number _(if known)_ 26-80006-sgj11
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9**

| 2._ | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

Creditor's name: **CEI Technology Solutions LLC**

Describe debtor's property that is subject to a lien: **Ellis Place Tract 1 - acres 0.9793**    $ **500,000.00**    $ **280,000.00**

Creditor's mailing address
908 Brett Drive
Allen, TX 75013

Describe the lien
**deed of trust**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred **8/26/24**
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
     CEI Technology Solutions - 50%
     Sam & Laura Yang Investment Holdings - 50%
  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.10**

| 2._ | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

Creditor's name: **Danying Chen**

Describe debtor's property that is subject to a lien: **College St - Sulphur Springs 10.081 acres Hopkins County**    $ **520,000.00**    $ **950,000.00**

Creditor's mailing address
908 Brett Drive
Allen, TX 75013

Describe the lien
**deed of trust**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred **2/28/24**
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **EEE Development LLC** _____  Case number (*if known*) 26-80006-sgj11
     Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

**2.11**

**Creditor's name**
City of Sulphur Springs Tax Office

**Creditor's mailing address**
3500 Maple Ave Suite 800
Dallas, TX 75219

**Creditor's email address, if known**

**Date debt was incurred** 2025
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
multiple properties
$ 5,794.00  $ _____

**Describe the lien**
tax lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**

**2.12**

**Creditor's name**
Vinayak Dewoolkar

**Creditor's mailing address**
5000 Midnight Ct
Parker, TX 75002

**Creditor's email address, if known**

**Date debt was incurred** 6/9/25
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
906 Moseley - Stonewood Estates
$ 300,000.00  $ 360,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 42

Debtor  **EEE Development LLC**                                          Case number *(if known)* 26-80006-sgj11
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13**

**Creditor's name**

DL Investments LLC

**Creditor's mailing address**

5448 Apex Peakway Suite 329
Apex, NC 27502

**Creditor's email address, if known**

liufenggv@gmail.com

**Date debt was incurred** 6/2/22

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

10 paper lots in Ellis Estates
Lots 13,14,15,16,17,18,19 Blk H  Ph 2BB
Lots 4,5,6 Blk E  Ph 5

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,000.00    $ 300,000.00

---

**2.14**

**Creditor's name**

DL Investments LLC

**Creditor's mailing address**

5448 Apex Peakway Suite 329
Apex, NC 27502

**Creditor's email address, if known**

liufenggv@gmail.com

**Date debt was incurred** 2/15/23

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

807 Greyson Ln - Stonewood Estates
Hwy 11 - 10 acres Hopkins County

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 533,000.00

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 7 of 42

Debtor **EEE Development LLC**      Case number *(if known)* 26-80006-sgj11

Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** | **Creditor's name**

2.15   **DL Investments LLC**

**Creditor's mailing address**

5448 Apex Peakway Suite 329

Apex, NC 27502

**Creditor's email address, if known**

liufenggv@gmail.com

Date debt was incurred   **6/2/22**

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

131 Frank St

Lots 8 and 9 Blk H - E Estates Ph 2AA    $ 500,000.00    $ 355,000.00

_____

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.__** | **Creditor's name**

2.16   **DL Investments LLC**

**Creditor's mailing address**

5448 Apex Peakway Suite 329

Apex, NC 27502

**Creditor's email address, if known**

liufenggv@gmail.com

Date debt was incurred   **11/29/24**

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5 paper lots - Lots 30 & 31, Blk A Ph3

Lots 17, 18, 19 Blk B Ph 5    $ 500,000.00    $ 150,000.00

_____

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   EEE Development LLC
         Name

Case number (if known) 26-80006-sgj11

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17**

**Creditor's name**

DL Investments LLC

**Creditor's mailing address**

5448 Apex Peakway Suite 329

Apex, NC 27502

**Creditor's email address, if known**

**Date debt was incurred** 11/29/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

5 paper lots in Ellis Estates

Lots 30 & 31 Blk A Phase 3

Lots 17, 18, 19  Blk B Phase 5

$ 500,000.00    $ 150,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**

**Creditor's name**

Eden Lane Residential LLC

**Creditor's mailing address**

7308 Wentwood Dr

Dallas, Tx 75225

**Creditor's email address, if known**

**Date debt was incurred** 8/9/23

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

6912 Jack Finney

$ 200,000.00    $ 315,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ Creditor's name**

2.19 Endowment Forever Inc

**Creditor's mailing address**

7750 N MacArthur Blvd

Suite 120237    Irving TX 75063

**Creditor's email address, if known**

Date debt was incurred  8/1/23

Last 4 digits of account number  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3 houses in Waco, Tx                              $ 1,000,000.00    $ _____

ISSUE WITH LIEN

**Describe the lien**
 deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._ Creditor's name**

2.20 Erich Star Inc

**Creditor's mailing address**

304 Highwood Pine Pl

Cary, NC 27519

**Creditor's email address, if known**

Date debt was incurred  10/13/25

Last 4 digits of account number  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ellis Place Tract 2 - 1.4704 acres              $ 500,000.00    $ 280,000.00

**Describe the lien**
 deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   EEE Development LLC _____   Case number (if known) 26-80006-sgj11
         Name

| | | | Column A | Column B |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

2.21  Gangging Capital Group Inc

Describe debtor's property that is subject to a lien

10 paper lots on Trevor Ln Phase 2BB
Lots 38,39,40,41,42,43,44,45,46 47  blk A

$ 1,000,000.00   $ 300,000.00

Creditor's mailing address

5454 Surrey Path Suite 107
Frisco, TX 75034

Creditor's email address, if known

Date debt was incurred   5/3/22
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  Creditor's name

2.22  Xuejun Gou

Describe debtor's property that is subject to a lien

806 Moseley - Stonewood Estates
601 Ransom Way - Stonewood Estates

$ 500,000.00   $ 555,000.00

Creditor's mailing address

1311 Blue Lake Blvd
Arlington, Tx 75005

Creditor's email address, if known

Date debt was incurred   12/19/25
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 11 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

<table>
<tr>
<td><strong>Part 1:</strong></td>
<td><strong>Additional Page</strong></td>
<td>Column A<br>Amount of claim<br>Do not deduct the value of collateral.</td>
<td>Column B<br>Value of collateral that supports this claim</td>
</tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| Xueting Gou | 904 Hardaway - Stonewood Estates    $ 500,000.00    $ 490,000.00 |
| | 802 Moseley - Stonewood Estates |
| Creditor's mailing address | |
| 1311 Blue Lake Blvd | |
| Arlington TX 76005 | Describe the lien |
| | deed of trust |
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ☑ No |
| | ☐ Yes |
| Date debt was incurred 12/19/25 | Is anyone else liable on this claim? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply. |
| ☐ No | ☐ Contingent |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated |
| | ☐ Disputed |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | |

**2.24**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| Grandland Property Group LLC | 1002 Greyson Ln - Stonewood Estates    $ 500,000.00    $ 425,000.00 |
| | 250 and 260 Trevor Ln - Phase 2B |
| Creditor's mailing address | |
| 1608 Barony Lake Way | |
| Raleigh, NC 27614 | Describe the lien |
| | deed of trust |
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ☑ No |
| | ☐ Yes |
| Date debt was incurred 2/18/25 | Is anyone else liable on this claim? |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply. |
| ☑ No | ☐ Contingent |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated |
| | ☐ Disputed |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | |

| Debtor | EEE Development LLC | | Case number *(if known)* 26-80006-sgj11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**

2.25 Greenville Investment Fund One L

**Creditor's mailing address**

908 Brett Drive

Allen, TX 75402

**Creditor's email address, if known**

_____

**Date debt was incurred** 8/4/21

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

7702 Scott-Lot 10R Blk B-Stonewood Ph4

Lots 4,5.6.7 blk H-Ellis Estates 2AA

210 Trevor Ln - lot 55 blk A Phase 2B

$ 676,367.00   $ 390,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2.__ Creditor's name**

2.26 Greenville Investment Fund One L

**Creditor's mailing address**

908 Brett Drive

Allen, TX 75013

**Creditor's email address, if known**

_____

**Date debt was incurred** 3/7/22

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

O'Neal Multi Family Tract 7.35 acres

and Lot 38 blk F EEstates

$ 500,000.00   $ 555,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 13 of 42

Debtor   EEE Development LLC                                                   Case number (if known) 26-80006-sgj11
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**2.27** Creditor's name

Greenville Investment Fund Three

Creditor's mailing address

908 Brett Dr
Allen, TX 75013

Creditor's email address, if known

Date debt was incurred   4/9/21
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Ellis Crossing Sulphur Spings, Hopkins County, 62+ acres   ID# R24782 & R29524

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000,000.00   $ 2,800,000.00

---

**2._**

**2.28** Creditor's name

Greenville Investment Fund Two

Creditor's mailing address

908 Brett Dr
Allen, Tx 75013

Creditor's email address, if known

Date debt was incurred   11/8/19
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

18+ acres Rockdale Rd, Sulphur Springs Hopkins Co.  Property ID#7943, #27789 and #27632

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00   $ 1,400,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 42

Debtor  EEE Development LLC
Name

Case number (if known) 26-80006-sgj11

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**2.29** Creditor's name

GV Investment Fund A LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

williamyan87@gmail.com

Date debt was incurred  10/1/22

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 801,803,805 Greyson Ln  SWph5
601 Greyson  SWph5

$ 500,000.00 | $ 299,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**2.30** Creditor's name

Greenville Investment Fund A LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

williamyan87@gmail.com

Date debt was incurred  11/1/21

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Paper lots in E Estates Ph 2BB
Lots 11,12,20  blk H

$ 500,000.00 | $ 120,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 15 of 42

Debtor  EEE Development LLC
_____
Name

Case number (if known) 26-80006-sgj11

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31**

**Creditor's name**

GV Investment Fund A, LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

_____

**Date debt was incurred**  4/4/22

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

410 Ellis Place E Estates Ph1
Lot 13 Blk EEstates Ph 5
Lot 23 Blk A EEstates Ph 3

$  600,000.00   $  420,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.32**

**Creditor's name**

GV Investment Fund A

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

_____

**Date debt was incurred**  4/5/22

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

802 Greyson SW Ph 5
Lots 17,18,19,20,21,22 Blk A EEstates Ph3
Lot 56 Blk F EEstates Ph3

$  1,000,000.00   $  243,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 16 of 42

Debtor _____ Case number *(if known)*_____
       Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** **Creditor's name**

**2.33** GV Investment Fund A LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

_____

**Date debt was incurred** 7/8/21

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

807 Moseley Ln SW ph 5
806 Moseley Ln SW ph 5
Lots 55&54 Blk F EEstates Ph 3

$ 500,000.00    $ 288,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** **Creditor's name**

**2.34** GV Investment Fund A LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

_____

**Date debt was incurred** 7/9/24

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 13,14,15,16 Blk G EEstates ph 2B
225 Trevor Ln Lot 17 Blk G

$ 500,000.00    $ 609,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 17 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** **2.35**

**Creditor's name**

GV Investment Fund A LLC

**Creditor's mailing address**

2313 Vaquero Lane

Carrollton, TX 75010

**Creditor's email address, if known**

**Date debt was incurred** 4/12/21

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

906 Moseley   SW ph2

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 360,000.00

**2.__** **2.36**

**Creditor's name**

GV Investment Fund A LLC

**Creditor's mailing address**

2313 Vaquero Lane

Carrollton TX 75010

**Creditor's email address, if known**

**Date debt was incurred** 4/15/22

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Traders Rd Retail Tract 303641 acres
ID #242473

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,000.00    $ 920,000.00

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 18 of 42

Debtor    EEE Development LLC                                              Case number (if known) 26-80006-sgj11
          Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31**

**Creditor's name**
GV Investment Fund A LLC

**Creditor's mailing address**
2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

**Date debt was incurred**   4/26/21
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1205 Brad Kellar, Ellis View
605 Greyson Ln, SW Ph5
Lot 9 Blk 5  E Estates Ph5

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 500,000.00    Column B: $ 361,300.00

---

**2.38**

**Creditor's name**
GVIFB LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton TX 75010

**Creditor's email address, if known**
williamyan87@gmail.com

**Date debt was incurred**   7/13/24
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
225 Trevor Ln  E Estates Ph 2B
Lots 16,15,14,13 Blk  G E Estates Ph 2B

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 600,000.00    Column B: $ 609,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 19 of 42

Debtor **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.39**

**Creditor's name**

GVIFB LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

**Date debt was incurred** 12/14/23

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 14,15,16,17 Blk F  E Estates Ph 2AA

$ 500,000.00    $ 120,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.40**

**Creditor's name**

GVIFB LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

**Date debt was incurred** 12/28/23

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

501 Centerpoint (2 tracts)  total 1.764 acres
Corner lot  ID#26943 & 26944

$ 500,000.00    $ 575,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 20 of 42

Debtor **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

**2.41** GVIFB LLC

Creditor's mailing address

2313 Vaquero Ln
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred    12/30/24

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Lots 24,25,26,27,28,29  Blk A
E Estates Ph 3

Describe the lien
   deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 600,000.00    $ 180,000.00

**2.** Creditor's name

**2.42** GVIFB LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred    2/17/25

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Lots 18,19,20,21,22,23  Blk F
E Estates 2AA

Describe the lien
   deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 600,000.00    $ 180,000.00

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 21 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

<table>
<tr><td></td><td></td><td>Column A<br>Amount of claim<br>Do not deduct the value of collateral.</td><td>Column B<br>Value of collateral that supports this claim</td></tr>
</table>

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.** **Creditor's name**

**2.43** GVIFB LLC

**Describe debtor's property that is subject to a lien**

808 Moseley Ln  SW Ph5

$ 200,000.00     $ 33,000.00

**Creditor's mailing address**

2313 Vaquero Ln
Carrollton, TX 75010

**Describe the lien**
deed of trust

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 9/6/24
**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.** **Creditor's name**

**2.44** GVIFC LLC

**Describe debtor's property that is subject to a lien**

2615 Wesley Office Bldg

$ 500,000.00     $ 300,000.00

**Creditor's mailing address**

2313 Vaquero Ln
Carrollton, TX 75010

**Describe the lien**
deed of trust

**Creditor's email address, if known**
williamyan87@gmail.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2/3/23
**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   EEE Development LLC                                    Case number (if known) 26-80006-sgj11
         Name

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

Column A: Amount of claim — Do not deduct the value of collateral.
Column B: Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.45** Creditor's name

GVIFC LLC

Creditor's mailing address

2313 Vaquero Ln
Carrollton, TX 75010

Creditor's email address, if known
_____

Date debt was incurred   7/28/24
Last 4 digits of account
number   __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

804 Moseley Lane  SW Ph5                    $   200,000.00   $   195,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.46** Creditor's name

GVIFD LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known
williamyan87@gmail.com

Date debt was incurred   2/7/23
Last 4 digits of account
number   __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 1,2,3  Blk H  E Estates 2AA              $   300,000.00   $   180,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 23 of 42

Debtor   EEE Development LLC
         Name

Case number (if known)  26-80006-sgj11

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.47**

**Creditor's name**

GVIFD

**Creditor's mailing address**

2313 Vaquero Ln
Carrollton, TX 75010

**Creditor's email address, if known**

Date debt was incurred   5/12/25

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 64,65,66,67,68 Blk F  E Estates Ph 5

$   450,000.00       $   150,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.48**

**Creditor's name**

GVIFD LLC

**Creditor's mailing address**

2313 Vaquero Lane
Carrollton, TX 75010

**Creditor's email address, if known**

Date debt was incurred   6/19/24

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 24,25,26,27  Blk F and
Lot 10 Blk H  EE Estates Ph 2AA

$   500,000.00       $   150,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 42

Debtor   EEE Development LLC
_____
Name

Case number *(if known)* 26-80006-sgj11

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**Part 1:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._**   **Creditor's name**

**2.49**   GVIFE LLC
_____

**Creditor's mailing address**

2313 Vaquero Lane
_____
Carrollton TX 75010
_____

**Creditor's email address, if known**

williamyan87@gmail.com
_____

**Date debt was incurred**   4/16/25

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 59,60,61,62,63 Blk F
E Estates Ph 5
_____

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   500,000.00   $   150,000.00

---

**2._**   **Creditor's name**

**2.50**   GVIFE LLC
_____

**Creditor's mailing address**

2313 Vaquero Ln
_____
Carrollton, TX 75010
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   11/18/24

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lot 45 Blk F   E Estates Ph 3
Lot 10  Blk 5   E Estates Ph5
_____

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   500,000.00   $   60,000.00

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 25 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  

**2.51** Creditor's name

GVIFE LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred    10/24/24
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 44,42,42,41,40,39  Blk F
E Estates Ph 3

$ 550,000.00    $ 180,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**2.52** Creditor's name

GVIFE

Creditor's mailing address

2313 Vaquero Ln
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred    1/6/26
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 8,9,10  Blk A  E Estates Ph 5

$ 300,000.00    $ 150,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 26 of 42

Debtor   EEE Development LLC
Name

Case number *(if known)* 26-80006-sgj11

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.53** Creditor's name

GVIFE LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred   12/7/24

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 53,52,51,50,49,48 Blk F    $ 600,000.00  $ 180,000.00
E Estates Ph 3

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.54** Creditor's name

GVIFE LLC

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred   1/26/26

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 1 and 2 Blk B E Estates Ph 5    $ 200,000.00  $ 60,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    

Debtor **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._  2.55** Creditor's name

**GVIFE LLC**

Creditor's mailing address

2313 Vaquero Ln
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred   12/13/25

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lot 1,2,3 Blk E  E Estates Ph 5

$  300,000.00    $  90,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._  2.56** Creditor's name

**GVIFE LLC**

Creditor's mailing address

2313 Vaquero Lane
Carrollton, TX 75010

Creditor's email address, if known

Date debt was incurred   3/17/25

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 20,21,22,23,24,25  Blk B
E Estates Ph 5

$  600,000.00    $  180,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  EEE Development LLC
        Name

Case number (if known) 26-80006-sgj11

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ 2.57**

Creditor's name

**GVIFE LLC**

Creditor's mailing address

2313 Vaquero Ln
Carrollton, TX 75010

Creditor's email address, if known

_____

Date debt was incurred  12/23/25
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lot 14,15,16 Blk B  E Estates Ph 5       $   300,000.00   $   90,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._ 2.58**

Creditor's name

**Hopkins County Tax Office**

Creditor's mailing address

350 Maple Ave, Suite 800
Dallas, Tx 75219

Creditor's email address, if known

_____

Date debt was incurred  2025
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

multiple                                 $   8,893.00   $_____

Describe the lien
tax lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | EEE Development LLC | | Case number (if known) 26-80006-sgj11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** **Creditor's name**

2.59 Hunt County Tax Office

**Describe debtor's property that is subject to a lien**

multiple

$ 425,598.00    $ _____

**Creditor's mailing address**

2500 Stonewall St

Breenville, Tx 7540

**Describe the lien**

tax ;oem

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2024 & 2025

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.** **Creditor's name**

2.60 Joseph M Jankowski III Rev Trust

**Describe debtor's property that is subject to a lien**

Lots 13,14,15,16  Blk G and
Lots 50,50 Blk A  E Estates 2B

$ 1,200,000.00    $ 390,000.00

**Creditor's mailing address**

50 Shilling Rd Suite 200

Hunt Valley, MD 21031

**Describe the lien**

deed of trust

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 12/10/25

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.61

**Creditor's name**

Peilin Li

**Creditor's mailing address**

100 N Kingshighway Blvd Unit 3409  St Louis MO 63108

**Creditor's email address, if known**

**Date debt was incurred** 2/11/22

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Commercial land Tract .998 acres, on Jack Finney ID#105354
Lots 12 & 13 Blk 5  E Estates Ph 2

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 460,000.00

### 2.62

**Creditor's name**

Haibo Lin and Qi Wang

**Creditor's mailing address**

5717 Northbrook Dr
Plano, TX 75093

**Creditor's email address, if known**

**Date debt was incurred** 5/7/21

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

7301 Scott ID #238605
901 Traders Rd 8.794 acres ID#31088

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000.00    $ 1,146,790.00

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 31 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.63 Creditor's name**
Little Shepherds Capital LLC

**Creditor's mailing address**
7308 Wentwood Dr
Dallas, TX 75225

**Creditor's email address, if known**

**Date debt was incurred** 4/6/24
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
7806 Grant Ln
204 & 255 Brent Ln

$ 500,000.00　　$ 385,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.64 Creditor's name**
Netspective Communications

**Creditor's mailing address**
2313 Falling Creek Rd
Silver Spring, MD 20904

**Creditor's email address, if known**

**Date debt was incurred** 4/17/23
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Lots 32,33,34,35,36 Blk A E Estates Ph3
901 Traders Rd

$ 1,000,000.00　　$ 1,250,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 32 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.65** Creditor's name

Netspective Ventures LLC

Creditor's mailing address

2313 Falling Creek Rd
Silver Spring, MD 20904

Creditor's email address, if known

Date debt was incurred   2/25/22
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

10.081 tract of land in Hopkins County         $ 1,500,000.00    $ 950,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.66** Creditor's name

Ongmani Investment LLC

Creditor's mailing address

1106 del Mar Dr
Southlake, TX 76092

Creditor's email address, if known

Date debt was incurred   4/21/25
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 11,12,13,14,15,16 Blk A  EEstatesPh5
Lot 11 Blk 5  E Estates Ph 5 and Lots 18,19   $ 1,000,000.00    $ 300,000.00
Blk H, and Lot 21 Blk G E Estates Ph2BB

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | EEE Development LLC | | Case number (if known) 26-80006-sgj11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.61

**Creditor's name**
Elizabeth Mary Penn

**Creditor's mailing address**
4657 Alta Vista Ln
Dallas, TX 75229

**Creditor's email address, if known**

**Date debt was incurred** 5/9/23
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
601 Ransom SW 4, 501 Ellis Pl EE Ph 1
265 Brent EE 2A, 235 Trevor EE Ph 2B
220 Trevor  E Ph 2B

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500,000.00    $ 915,000.00

### 2.68

**Creditor's name**
Elizabeth Mary Penn

**Creditor's mailing address**
4657 Alta Vista Ln
Dallas, TX 75229

**Creditor's email address, if known**

**Date debt was incurred** 6/10/22
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
118 Frank St
Lots 28,29,30,31,32,33,34  Blk F
E Estates Ph 2BB

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,000.00    $ 510,000.00

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 34 of 42

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.269** Creditor's name

RALA Enterprises LLC

Creditor's mailing address

3651 S Custer Rd  Unit 104
McKinney, TX 75070

Creditor's email address, if known

Date debt was incurred    8/11/25
Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

904 Hardaway                                    $ 300,000.00    $ 295,000.00

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.270** Creditor's name

RCC Greenville Lender LLC

Creditor's mailing address

11770 Jollyville Rd
Austin TX 78759

Creditor's email address, if known

Date debt was incurred    7/22/25
Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

225 Trevor Ln
Lots 19,18,17 Blk G  E Estates 2B      $ 1,000,000.00    $ 694,000.00
Lots 1,2,3,8,9 Blk H  E Estates 2AA

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 35 of 42

Debtor    EEE Development LLC                  Case number (if known) 26-80006-sgj11
      Name

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **Part 1:** **Additional Page** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.71**

**Creditor's name**

RIZQ Holdings LLC

**Creditor's mailing address**

308 Birchwood Way

Irving, TX 4/17/23

**Creditor's email address, if known**

**Date debt was incurred**   4/17/23

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

133 Frank St         $ 1,000,000.00    $ 950,000.00

7604 Grant

1008 Hardaway

**Describe the lien**

deed of trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.72**

**Creditor's name**

Angela Shen

**Creditor's mailing address**

1311 Blue Lake Blvd

Arlington TX 75005

**Creditor's email address, if known**

**Date debt was incurred**   1/15/26

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 30,31,32,33,34 Blk A E Estates Ph3    $ 200,000.00    $ 150,000.00

**Describe the lien**

deed of trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor **EEE Development LLC** _____ Case number (if known) 26-80006-sgj11
Name

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** **Creditor's name**

**2.73** Annie Shen

**Creditor's mailing address**

1311 Blue Lake Blvd
Arlington TX 75005

**Creditor's email address, if known**

**Date debt was incurred** 1/15/26

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lots 1,2,3,4,5 Blk E E Estates Ph E

$ 200,000.00   $ 150,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.** **Creditor's name**

**2.74** Guodong Shen

**Creditor's mailing address**

1311 Blue Lake Blvd
Arlington, TX 75005

**Creditor's email address, if known**

**Date debt was incurred** 12/18/25

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1008 Hardaway SW Ph 3
7604 Grant SW Ph 3

$ 500,000.00   $ 555,000.00

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 37 of 42

Debtor **EEE Development LLC**
Name

Case number *(if known)* 26-80006-sgj11

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.75** Creditor's name
**Guoqiang Shen**

Describe debtor's property that is subject to a lien

Lots 15,16,17 Blk H E Estates Ph 2BB
906 Greyson

$ 500,000.00      $ 385,000.00

Creditor's mailing address
1311 Blue Lake Blvd
Arlington, TX 75005

Describe the lien
deed of trust

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  1/5/26
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2.76** Creditor's name
**Sulphur Springs ISD Tax Office**

Describe debtor's property that is subject to a lien

multiple

$ 14,813.00      $ _____

Creditor's mailing address
3500 Maple Ave, Suite 800
Dallas, TX 75219

Describe the lien
tax lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  2025
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **EEE Development LLC**     Case number (if known) 26-80006-sgj11
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._** Creditor's name

**2.77** The Rock River Advisors

**Creditor's mailing address**

908 Brett Dr
Allen, TX 75013

**Creditor's email address, if known**

Date debt was incurred   4/17/19

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

College Street, Sulphur Springs Hopkins Co. Lots 1-16 Id#8104, #8112 & 8119

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 705,000.00    $ 960,000.00

---

**2._** Creditor's name

**2.78** The Rock River Advisors

**Creditor's mailing address**

908 Brett Dr
Allen, TX 75013

**Creditor's email address, if known**

Date debt was incurred   10/18/19

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Lots 1,2,3,4,5,6,7,8,9 Blk B and Lot 10 Blk 5   E Estates Ph 4

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,040,000.00    $ 300,000.00

---

Debtor **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

**2.79** Creditor's name

**WHN Property Consulting LLC**

Creditor's mailing address

4017 Lost Creek
Plano, TX 75074

Creditor's email address, if known

_____

Date debt was incurred   8/9/24

Last 4 digits of account
number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

906 Greyson, 708 Greyson
118 Frank St, 131 Frank St

$ 1,560,000.00   $ 929,000.00

Describe the lien
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**

**2.80** Creditor's name

**Liang Zhao and Jin Meng**

Creditor's mailing address

1356 Francie Way
Allen, TX 75013

Creditor's email address, if known

_____

Date debt was incurred   4/9/24

Last 4 digits of account
number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

7804 Grant Ln, 235 Brent
410 Ellis Place
245,255,265 Trevor Ln

$ 1,500,000.00   $ 980,000.00

Describe the lien
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 40 of 42

Debtor  **EEE Development LLC**
Name

Case number (if known) 26-80006-sgj11

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral | that supports this claim |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.\_** Creditor's name

**2.81** Aizhen Zhu

Describe debtor's property that is subject to a lien

Lots 13,14,18 Blk H E Estates Ph 2BB

$ 200,000.00     $ 90,000.00

Creditor's mailing address

1311 Blue Lake Blvd
Arlington TX 75005

Creditor's email address, if known

Date debt was incurred   1/28/26

Last 4 digits of account number  ___ ___ ___ ___

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.\_** Creditor's name

**2.82** ZZY IRA LLC FBO Zhiyong Zhang

Describe debtor's property that is subject to a lien

501 Ellis Place

$ 450,000.00     $ 360,000.00

Creditor's mailing address

15050 Springwood Dr
Frisco, TX 75035

Creditor's email address, if known

Date debt was incurred   2/11/25

Last 4 digits of account number  ___ ___ ___ ___

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    EEE Development LLC                            Case number *(if known)* 26-80006-sgj11
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Daidaiqi Investment LLC<br>908 Brett Dr<br>Allen TX 75013 | Line 2. _8_ | ___ ___ ___ ___ |
| Sam and Laura Yang Investment Holdings LP<br>908 Brett Dr.<br>Allen, TX 75013 | Line 2. _9_ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td>EEE Development LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Texas (State)</td></tr>
<tr><td>Case number (If known)</td><td>26-80006-sgj11</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Ching-Hua Chou Family Trust 7/30/2002<br>834 Hanover Ave<br>Sunnyvale, CA 94087 | As of the petition filing date, the claim is: $ _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 312,000.00 | $ 268,000.00 |
| Date or dates debt was incurred<br>8-18-25 | Basis for the claim:<br>new home contract | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Asif Firozvi<br>7076 Mercy Rd<br>Frisco, TX 75035 | As of the petition filing date, the claim is: $ _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 240,000.00 | $ 240,000.00 |
| Date or dates debt was incurred<br>2-14-26 | Basis for the claim:<br>house contract | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Jyishyang Liu and Shukuang Hu<br>1561 Elka Ave<br>San Jose, CA 95129 | As of the petition filing date, the claim is: $ _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 240,000.00 | $ 240,000.00 |
| Date or dates debt was incurred<br>12-18-23 | Basis for the claim:<br>new home contract | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor  EEE Development LLC
      Name

Case number (if known) 26-80006-sgj11

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4**

2._ Priority creditor's name and mailing address

$ 225,000.00    $ 225,000.00

Timothy T Liu
1561 Elka Ave
San Jose, CA 95129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1-29-23

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.5**

2._ Priority creditor's name and mailing address

$ 1,470,000.00    $ 1,470,000.00

MK Real Estate Soln. - Mohammad Kiliji
23832 Rockfield Blvd Suite 170
Lake Forest, CA 92630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
9-19-22 & 4-1-24

Basis for the claim:
new home contracts

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.6**

2._ Priority creditor's name and mailing address

$ 225,000.00    $ 225,000.00

Junayad Sarwar
451 Copeland Dr.
Plano, TX 75024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11-15-22

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.7**

2._ Priority creditor's name and mailing address

$ 250,000.00    $ 250,000.00

Trust Agreement of The Clement & Flora Chen Rev Trust
651 N Watters Rd #5405 Allen TX 75013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2/4/25

Basis for the claim:
new home contract

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 2 of 34

Debtor    EEE Development LLC _____    Case number (if known) 26-80006-sgj11
          Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

Hua Zhu
401 N Vinyard Blvd Apt 205
Honolulu, HI 96817

**Date or dates debt was incurred**
1/26/24

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
new home contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 240,000.00    $ 240,000.00

---

**2._** Priority creditor's name and mailing address

_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2._** Priority creditor's name and mailing address

_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2._** Priority creditor's name and mailing address

_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 34

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1
**Nonpriority creditor's name and mailing address**

A&Z Investment LLC

2100 Valley View, Suite 300
Farmers Branch, TX 75231

Date or dates debt was incurred **3-14-19**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 800,000.00

### 3.2
**Nonpriority creditor's name and mailing address**

AAA Carpets

9747 US Hwy 271N
Powderly, TX 75473

Date or dates debt was incurred **Jan - June '26**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 27,739.00

### 3.3
**Nonpriority creditor's name and mailing address**

ACE Capital Ventures II, LLC

2100 Valley View, Suite 300
Farmers Branch, TX 75231

Date or dates debt was incurred **9-20-24**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 50,000.00

### 3.4
**Nonpriority creditor's name and mailing address**

Afnan Adam and Kulsum Adam

3518 Vienna Dr
College Station, TX 77875

Date or dates debt was incurred **11-18-22**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 300,000.00

### 3.5
**Nonpriority creditor's name and mailing address**

AEA Ventures LLC

1820 Edgewood Dr
Flower Mound, TX 75028

Date or dates debt was incurred **3-22-21**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 200,000.00

### 3.6
**Nonpriority creditor's name and mailing address**

AHAM Enterprises LLC

4403 Devon Dr
Parker, TX 75002

Date or dates debt was incurred **6-21-18**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **loans**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 4,335,000.00

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

<div style="background:#555;color:#fff;padding:4px"><strong>Part 2:</strong> Additional Page</div>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

AHL Builders LLC

3286 Woodbine Trail
Frisco, TX 75034

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    10-16-23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 3,000,000.00

---

**3.8** Nonpriority creditor's name and mailing address

ARNA Investments LLC

860 Hebron Pkwy, Suite 801
Lewisville, 75057

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    3-23-21
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 860,000.00

---

**3.9** Nonpriority creditor's name and mailing address

Avishkar Property Management LLC

6312 Carrington Dr
Dallas, TX 75254

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    7-11-23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 5,100,000.00

---

**3.10** Nonpriority creditor's name and mailing address

Mohammed Azad

2720 Lago Vista Loop
Irving, TX 75062

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    8-15-22
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 175,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Azola LLC

5000 Midnight Ct
Parker, TX 75002

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    9-16-25
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 500,000.00

---

| Debtor | EEE Development LLC | Case number *(if known)* 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__** Nonpriority creditor's name and mailing address

**3.12** BAMX Holdings LLC

6408 Fitzgerald Dr
Plano, TX 75074

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

| Date or dates debt was incurred | 7-30-20 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,200,000.00

---

**3.__** Nonpriority creditor's name and mailing address

**3.13** Bharam Brother LLC

6804 Humboldt Pl
McKinney, TX 75075

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loan

| Date or dates debt was incurred | 9-30-22 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 50,000.00

---

**3.__** Nonpriority creditor's name and mailing address

**3.14** Bhrugen Bhaleeya

17949 Cachet Isle Dr.
Tampa, FL 33647

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loan

| Date or dates debt was incurred | 11-10-22 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 50,000.00

---

**3.__** Nonpriority creditor's name and mailing address

**3.15** Eriberto Castillo

1808 Reynolds
Allen, TX 75002

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loans

| Date or dates debt was incurred | 9-2-22 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 300,000.00

---

**3.__** Nonpriority creditor's name and mailing address

**3.16** CEI Technology Solutions LLC

908 Brett Drive
Allen, TX 75013

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loan

| Date or dates debt was incurred | 2-13-24 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 150,000.00

---

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Hali Chen

3912 Sagamore Hill Ct
Plano, TX 75025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred    8-24-23
Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

**3.18** Nonpriority creditor's name and mailing address

Commercial Realty Fund LLC

P.O. Box 93593
Southlake, TX 76092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    10-14-22
Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.19** Nonpriority creditor's name and mailing address

Yingyang Cui

3104 Jackson Way
Flower Mound, TX 75022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    9-12-22
Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.20** Nonpriority creditor's name and mailing address

Dealers Electrical Supply Co

2629 Traders Rd
Greenville, TX 75402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: inv. supplies/services

Date or dates debt was incurred    Feb-April 2026
Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,133.00

---

**3.21** Nonpriority creditor's name and mailing address

Yanzi Dong

612 Canterbury Ct
Coppell, TX 75019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    4-23-20
Last 4 digits of account number    ____ ____ ____ ____

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

Debtor    EEE Development LLC _____    Case number (if known) 26-80006-sgj11 _____
        Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.__  Nonpriority creditor's name and mailing address

3.22  FAM Investments LLC

2100 Valley View, Suite 300
Farmers Branch, TX 75231

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loans

Date or dates debt was incurred    7-2-20

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    375,000.00

---

3.__  Nonpriority creditor's name and mailing address

3.23  Asif Firozvi

7076 Mercy Rd
Frisco, TX 75035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    9-21-18

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    200,000.00

---

3.__  Nonpriority creditor's name and mailing address

3.24  Flower Mound RE Investments LLC

Flower Mound RE Investments LLC
Colleyville, TX 76034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    12-1-23

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    100,000.00

---

3.__  Nonpriority creditor's name and mailing address

3.25  Forge Trust Company CFBO Rajiv Roy IRA 718361

P.O. Box 2048
San Francisco, CA 94126

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    2-2-23, 5-29-25

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    800,000.00

---

3.__  Nonpriority creditor's name and mailing address

3.26  General Shale

P.O. Box 3825
Carol Stream, IL 60197-5825

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: invoices for supplies

Date or dates debt was incurred    12-25 to 2-26

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    30,930.00

---

| Debtor | EEE Devlopment LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27** Nonpriority creditor's name and mailing address

Fatima Ghani and Rakibul Mazumder

2812 Sheridan Dr
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred     9-5-24
Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 500,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Rodrigo Goulart

4647 Jones St
Plano, TX 75024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred     3-21-25
Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.29** Nonpriority creditor's name and mailing address

Growers Investment LLC

6804 Humbolt Pl
McKinney, TX 75075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred     3-3-23
Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.30** Nonpriority creditor's name and mailing address

GV Investment Fund A

2313 Vaquero Ln
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred     7-11-22
Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 600,000.00

---

**3.31** Nonpriority creditor's name and mailing address

GVIFC, LLC

2313 Vaquero Ln
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred     3, 4,11/23, 2/26
Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,800,000.00

---

Debtor    EEE Devlopment LLC _____    Case number (if known) 26-80006-sgj11 _____
    Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                            Amount of claim

**3.32**   Nonpriority creditor's name and mailing address

GVIFD, LLC

2313 Vaquero Ln
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

$ 1,100,000.00

Date or dates debt was incurred    4-25-24 9/25
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33**   Nonpriority creditor's name and mailing address

Hanover Insurance Co

440 Lincoln St
Wachester, MA 01653-002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: insurance premiums

$ 3,331.00

Date or dates debt was incurred    Feb 2026
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address

Mark Harper

1608 Payton Falls Dr
Austin, TX 78754

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

$ 100,000.00

Date or dates debt was incurred    11-1-23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address

Syed Adeel Hasan

3641 Eldorado Rd
Elgin, IL 60124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

$ 100,000.00

Date or dates debt was incurred    7-28-25
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Nonpriority creditor's name and mailing address

This space intentionally left blank

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | EEE Development LLC | Case number *(if known)* 26-80006-sgj11 |
| --- | --- | --- |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.36** Nonpriority creditor's name and mailing address

Syed Haider Hasan

2331 Lucent Lane
Naperville, IL 60563

Date or dates debt was incurred    9-20-22
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.37** Nonpriority creditor's name and mailing address

Syed Safder Hasan

5807 Oak Ridge Way
Lisle, IL 60532

Date or dates debt was incurred    8-29-24
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

**3.38** Nonpriority creditor's name and mailing address

Ali Hemani

1838 Lampasas Dr
Allen, TX 75234

Date or dates debt was incurred    9-8-25
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3.39** Nonpriority creditor's name and mailing address

Horton Building Supply

514 Bishop
Richardson, TX 75081

Date or dates debt was incurred    Jan-Mar 2026
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: invoices for supplies

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,055.00

---

**3.40** Nonpriority creditor's name and mailing address

Howdy Buddy Texas LLC

5924 Riverbend Place
Fort Worth, TX 76112

Date or dates debt was incurred    12-5-23
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

| | |
|---|---|
| Debtor **EEE Development LLC** | Case number (if known) 26-80006-sgj11 |
| Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

Syed Tahir Hussain

3027 Dancort Dr
Irving, TX 75063

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred 3-7-17
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 250,000.00

---

**3.42** Nonpriority creditor's name and mailing address

Hussain Family Estate LLC

4740 14th St
Plano, TX 75074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred 1-17-24
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,000,000.00

---

**3.43** Nonpriority creditor's name and mailing address

IES Residential

13131 Dairy Ashford Rd, Suite 700
Sugarland, TX 77478

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: invoices for services

Date or dates debt was incurred 10/25 - 3/26
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 87,005.00

---

**3.44** Nonpriority creditor's name and mailing address

IMARA Investment Group LLC

1441 Van Winkle Dr
Carrollton, TX 75007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred 8-22-25
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

**3.45** Nonpriority creditor's name and mailing address

Inspira Financial FBO Amber Palwala #2427681

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred 6-12-24
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,500.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 12 of 34

Debtor **EEE Development LLC** Case number *(if known)* 26-80006-sgj11
Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___**
**3.46** Nonpriority creditor's name and mailing address
Inspira Financial FBO Ashraf Palwala IRA 2427883

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred  2-18-25

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 24,000.00

---

**3.___**
**3.47** Nonpriority creditor's name and mailing address
Inspira Financial FBO Bin Wei IRA 4123611

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  10-29-20

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 100,000.00

---

**3.___**
**3.48** Nonpriority creditor's name and mailing address
Inspira Financial FBO Christina Opel IRA 3695221

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  10-13-20

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 285,000.00

---

**3.___**
**3.49** Nonpriority creditor's name and mailing address
Inspira Financial FBO Grace Sun IRA 2362K47X3

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  9-24-25

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 100,000.00

---

**3.___**
**3.50** Nonpriority creditor's name and mailing address
Inspira Financial FBO Haihong Zheng #2796JJ315

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  10-1-25

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 100,000.00

---

Debtor    EEE Development LLC            Case number (*if known*) 26-80006-sgj11
         Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| | |
|---|---|
| **3.__**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| 3.51   Inspira Financial FBO Hussain Kedwaii #29604-31 | *Check all that apply.* |
| | ☐ Contingent |
| 2001 Spring Rd Suite 200 | ☐ Unliquidated |
| Oak Brook, IL 60523 | ☐ Disputed |
| | ☐ Liquidated and neither contingent nor disputed |

$ 60,000.00

Basis for the claim: loan

Date or dates debt was incurred    8-1-17    Is the claim subject to offset?
Last 4 digits of account number    ___ ___ ___ ___    ☑ No ☐ Yes

---

**3.__**   Nonpriority creditor's name and mailing address

3.52   Inspira Financial FBO Min-Xie IRA 4786321

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,000.00

Basis for the claim: loan

Date or dates debt was incurred    10-1-25    Is the claim subject to offset?
Last 4 digits of account number    ___ ___ ___ ___    ☑ No ☐ Yes

---

**3.__**   Nonpriority creditor's name and mailing address

3.53   Inspira Financial - Mohammad Khanwasif #6105711

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 355,847.00

Basis for the claim: loan

Date or dates debt was incurred    9-20-24    Is the claim subject to offset?
Last 4 digits of account number    ___ ___ ___ ___    ☑ No ☐ Yes

---

**3.__**   Nonpriority creditor's name and mailing address

3.54   Inspira Financial - Oshamah Palwala #2427687

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,500.00

Basis for the claim: loan

Date or dates debt was incurred    6-12-24    Is the claim subject to offset?
Last 4 digits of account number    ___ ___ ___ ___    ☑ No ☐ Yes

---

**3.__**   Nonpriority creditor's name and mailing address

3.55   Inspira Financial FBO Roy Opel IRA 3695321

2001 Spring Rd Suite 200
Oak Brook, IL 60523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 365,000.00

Basis for the claim: loan

Date or dates debt was incurred    10-13-20    Is the claim subject to offset?
Last 4 digits of account number    ___ ___ ___ ___    ☑ No ☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 14 of 34

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.56** Nonpriority creditor's name and mailing address

Inspira Financial FBO Weidong Yang #4108811

2001 Spring Rd Suite 200
Oak Brook, IL 60523

Date or dates debt was incurred     9/20 & 4/21

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: loans

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 200,000.00

---

**3.57** Nonpriority creditor's name and mailing address

Inspira Financial FBO Yi Zhao IRA 3949411

2001 Spring Rd Suite 200
Oak Brook, IL 60523

Date or dates debt was incurred     10-16-20

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 100,000.00

---

**3.58** Nonpriority creditor's name and mailing address

Inspira Financial FBO - Yiping Zhou IRA 36595-11

2001 Spring Rd Suite 200
Oak Brook, IL 60523

Date or dates debt was incurred     10/20 & 10/25

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: loans

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 250,000.00

---

**3.59** Nonpriority creditor's name and mailing address

Inspira Financial FBO -Zhen Wang IRA 2ZHG63V85

2001 Spring Rd Suite 200
Oak Brook, IL 60523

Date or dates debt was incurred     6-16-25

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 200,000.00

---

**3.60** Nonpriority creditor's name and mailing address

IRA Financial Trust CFBO Limei Yang IRA 1019383

5109 S Broadband Ln
Sioux Falls, SD 57108

Date or dates debt was incurred     11/24 & 2/25

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: loans

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 750,000.00

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims    

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___**

**3.61** Nonpriority creditor's name and mailing address

Ivory Capital Investments LLC

1028 Ivory Horn Dr
Carrollton, TX 75010

Date or dates debt was incurred  12-26-23
Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.___**

**3.62** Nonpriority creditor's name and mailing address

Jiemin Jacobson

11874 Mesa Verde Dr
Austin, TX 78737

Date or dates debt was incurred  7-10-24
Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 80,000.00

---

**3.___**

**3.63** Nonpriority creditor's name and mailing address

JK Hammack Inc

3044 FM 2194
Celeste, TX 75423-5728

Date or dates debt was incurred  12/25 - 6/26
Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  inv. supplies/services

Is the claim subject to offset?
☑ No
☐ Yes

$ 110,980.00

---

**3.___**

**3.64** Nonpriority creditor's name and mailing address

Hassan Kedwaii

3908 N 160th St
Omaha, NE 68116

Date or dates debt was incurred  6-21-17
Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.___**

**3.65** Nonpriority creditor's name and mailing address

Hussain Kedwaii

4403 Devon Dr
Parker, TX 75002

Date or dates debt was incurred  9-1-17
Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 85,000.00

---

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.66** Nonpriority creditor's name and mailing address
Asif Khan

4605 Al Razi St
Irving, TX 75062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred          10-20-25
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.67** Nonpriority creditor's name and mailing address
Ferdoushi Khan

913 Marie Dr
Allen, TX 75013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred          10-20-25
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.68** Nonpriority creditor's name and mailing address
Moaz Abdullah Khan

4812 Appleridge Dr
Richardson, TX 75082

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred          9-1-18
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3.69** Nonpriority creditor's name and mailing address
Mohammad Khanwasif

395 Fairlanding Ave
Fairview, TX 75069

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred          10-15-22
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 950,000.00

---

**3.70** Nonpriority creditor's name and mailing address
Lang Family Charitable Foundation

908 Brett Drive
Allen, TX 75013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred          2-13-24
Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 17 of 34

| Debtor | EEE Development LLC | Case number *(if known)* 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.71** Nonpriority creditor's name and mailing address

Qiaohong Liu

1608 Payton Falls Dr
Austin, TX 78754

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loans

Date or dates debt was incurred ___10-25-23___
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 360,000.00

---

**3.72** Nonpriority creditor's name and mailing address

Wei Liu

4108 Messina Path
Flower Mound, TX 75007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred ___4-26-24___
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

**3.73** Nonpriority creditor's name and mailing address

M&I Select Investments LLC

1433 Wainwright Way
Carrollton, TX 75007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred ___4-19-24___
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 400,000.00

---

**3.74** Nonpriority creditor's name and mailing address

Magnolia Estates LLC

3286 Woodbine Trail
Frisco, TX 75034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred ___9-26-24___
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,100,000.00

---

**3.75** Nonpriority creditor's name and mailing address

Albana Mansoor

2873 Brogan Creek
New Braunfels, TX 78130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred ___6-15-17___
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

Debtor    EEE Development LLC                                    Case number (if known) 26-80006-sgj11
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.__ **3.76** Nonpriority creditor's name and mailing address

Bilal Mashhood

3286 Woodbine Trail
Frisco, TX 75034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred   9-10-24
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    500,000.00

---

3.__ **3.77** Nonpriority creditor's name and mailing address

Jerry McClendon

2981 N. State Hwy 78
Bonham, TX 78418

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: inv for sup./services

Date or dates debt was incurred   5-26
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    11,340.00

---

3.__ **3.78** Nonpriority creditor's name and mailing address

Medscript Pharmacy LLC

180 Sunrise Highway
Centre, NY 11570

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred   11-30-23
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    175,000.00

---

3.__ **3.79** Nonpriority creditor's name and mailing address

Miil Holding Company Inc

17906 Carluke Ct
Richmond, TX 77407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred   1-1-19
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    750,000.00

---

3.__ **3.80** Nonpriority creditor's name and mailing address

Yan Min

2873 Brogan Creek
New Braunfels, TX 78130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred   7-11-24
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    60,000.00

---

| Debtor | EEE Development, LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>Asif Mohammad<br><br>2933 Avicenna St<br>Irving, TX 75062 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ Liquidated and neither contingent nor disputed<br><br>Basis for the claim: loan | $ 75,000.00 |

Date or dates debt was incurred 10-20-25

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>Moosa Investments LLC<br><br>4513 Ivory Horn Dr<br>Carrollton, TX 75010 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: loans | $ 300,000.00 |

Date or dates debt was incurred 10-7-22

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>Ashraf Motiwala<br><br>120 Spear Court<br>Irving, TX 75063 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: loan | $ 550,000.00 |

Date or dates debt was incurred 5-29-22

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>Mr. Dr's Excavating<br><br>4731 County Road 3403<br>Lone Oak, TX 75453 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: invoices for services | $ 59,892.00 |

Date or dates debt was incurred 12/25 - 6/26

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>Nishat Mustafa<br><br>3800 Lakedale Dr.<br>Plano, TX 75025 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: loan | $ 270,000.00 |

Date or dates debt was incurred 12-9-21

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  EEE Development, LLC _____  Case number (if known) 26-80006-sgj11 _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  **Nonpriority creditor's name and mailing address**

3.86  One Brick Two Brick LLC

110 Arkansas Dr
Valley Stream, NY 11580

Date or dates debt was incurred          3-8-23

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$                560,000.00

---

3.___  **Nonpriority creditor's name and mailing address**

3.87  Anna Opel

428 Bridgewater Place
Flower Mound, TX 75028

Date or dates debt was incurred          6-28-23

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$                450,000.00

---

3.___  **Nonpriority creditor's name and mailing address**

3.88  Christina Opel

428 Bridgewater Place
Flower Mound, TX 75028

Date or dates debt was incurred          9-9-22

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$                350,000.00

---

3.___  **Nonpriority creditor's name and mailing address**

3.89  Roy Opel

428 Bridgewater Place
Flower Mound, TX 75028

Date or dates debt was incurred          10-8-22

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset?
☑ No
☐ Yes

$                 50,000.00

---

3.___  **Nonpriority creditor's name and mailing address**

3.90  Overhead Door Co. of Dallas

1800 Vantage Dr
Carrollton, TX 75006

Date or dates debt was incurred          Jan-May 2026

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  inv. services/supplies

Is the claim subject to offset?
☑ No
☐ Yes

$                 10,494.00

---

Debtor     __EEE Development LLC_____     Case number *(if known)* __26-80006-sgj11__
Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.__ 391**   Nonpriority creditor's name and mailing address

Mehendi Panjwani

3708 Damsel Brooke St
Lewisville, TX 75056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

$ 100,000.00

Date or dates debt was incurred    10-4-24

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__ 392**   Nonpriority creditor's name and mailing address

PanVel Inc

696 Carbine Trail
Frisco, TX 75036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

$ 500,000.00

Date or dates debt was incurred    4-3-19

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__ 393**   Nonpriority creditor's name and mailing address

Mahmood Patel

4316 Rock Springs Dr
Plano, TX 75024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

$ 800,000.00

Date or dates debt was incurred    7-24-16

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__ 394**   Nonpriority creditor's name and mailing address

Nafis Kahn Pathan

2232 Stanmore Ln
Plano, TX 75025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

$ 100,000.00

Date or dates debt was incurred    9-22-19

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.__ 395**   Nonpriority creditor's name and mailing address

Olina Peng

425 Danbury Dr.
Murphy, TX 75094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

$ 350,000.00

Date or dates debt was incurred    9-28-19

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | EEE Development LLC | Case number *(if known)* 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.96** Nonpriority creditor's name and mailing address

RA Global Investments LLC

2701 Gateway Ct
Euless, TX 76039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred  3-6-21
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3.97** Nonpriority creditor's name and mailing address

Sanjana Rabbani

16375 Laconia Ln
Milton, GA 30004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  11-30-22
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

**3.98** Nonpriority creditor's name and mailing address

Radiant Holdings LLC

8447 Portage Ln W
Shakopee, MN 55379

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  10-7-22
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.99** Nonpriority creditor's name and mailing address

Afzalur Rahman

8029 Fleetwood Dr
Plano, TX 75025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred  starting 6-7-18
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,200,000.00

---

**3.100** Nonpriority creditor's name and mailing address

Eric Rahman

515 S Magnum St, Apt 5148
Durham, NC 27701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  5-5-25
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

| Debtor | EEE Development LLC | Case number _(if known)_ 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3._101_** Nonpriority creditor's name and mailing address

Ivan Ashiqur Rahman

540 Fulton St St, 24A
Brooklyn, NY 11201

Date or dates debt was incurred    5-15-25
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3._102_** Nonpriority creditor's name and mailing address

Jaikishan Rajwani

2563 Berry Brook
Frisco, TX 75034

Date or dates debt was incurred    2-27-24
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,000.00

---

**3._103_** Nonpriority creditor's name and mailing address

Fazal Rasool

3800 Lakedale Dr
Plano, TX 75025

Date or dates debt was incurred    3-6-17
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3._104_** Nonpriority creditor's name and mailing address

Nayyer Ale Rasool

3800 Lakedale Dr
Plano, TX 75025

Date or dates debt was incurred    8-21-17
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

**3._105_** Nonpriority creditor's name and mailing address

RIZQ Capital LLC

37 Lake Dr.
New Hyde Park, NY 11040

Date or dates debt was incurred    9-14-21
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,800,000.00

---

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.104** Nonpriority creditor's name and mailing address

S&K Real Estate and Investment LLC

700 Mayfly Way
Durham, NC 27703

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred  11-27-24

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 300,000.00

**3.107** Nonpriority creditor's name and mailing address

Sunita Saleem

4909 Sir Casey Ct
Carrollton, TX 75010

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  9-9-24

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 100,000.00

**3.108** Nonpriority creditor's name and mailing address

Fancy Sarwar

4501 Copeland Dr
Plano, TX 75024

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred  2-27-23

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 200,000.00

**3.109** Nonpriority creditor's name and mailing address

Golam Sarwar

4501 Copeland Dr
Plano, TX 75024

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred  starting 6/21/18

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,100,000.00

**3.110** Nonpriority creditor's name and mailing address

Scott Ellis Homes LLC

501 Traders Rd
Greenville, TX 75402

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: supplies & services

Date or dates debt was incurred  10/25 - 6/26

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 900,000.00

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3. 111** Nonpriority creditor's name and mailing address
Mindi Sheng

7920 Osborn Pkwy
Plano, TX 75024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred **6-7-23**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 180,000.00

---

**3. 112** Nonpriority creditor's name and mailing address
Smartbytez LLC

523 Buckingham Ct
Coppell, TX 75019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred **9-20-22**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3. 113** Nonpriority creditor's name and mailing address
SMP Capital Holdings LLC

1600 Abrams Rd, Unit 47
Dallas, TX 75214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred **8-6-20**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 400,000.00

---

**3. 114** Nonpriority creditor's name and mailing address
Sumrina Investment Inc

104 Cleary Court
Southlake, TX 76092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred **4-1-24**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3. 115** Nonpriority creditor's name and mailing address
Grace Sun

4721 Amble Way
Flower Mound, TX 75028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred **6-22-23**
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

Debtor     EEE Development LLC           Case number (if known) 26-80006-sgj11
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

**3.116** Mohammed Tanveer

9505 Sean Dr
Frisco, TX 75035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred    3-17-17

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.___** Nonpriority creditor's name and mailing address

**3.117** TARA-USA LLC

6314 Tara Ln
Frisco, TX 75035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    7-18-18

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 400,000.00

---

**3.___** Nonpriority creditor's name and mailing address

**3.118** Khurram Tasleem

13114 Seattle Slew St
Frisco, TX 75035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    6-25-18

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.___** Nonpriority creditor's name and mailing address

**3.119** Texas Blue Shoe Guys LLC

3116 Coleshire Dr
Richardson, TX 75082

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    11-16-22

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 400,000.00

---

**3.___** Nonpriority creditor's name and mailing address

**3.120** Texas Yard Pro Inc

2610 Poplar St Suite B
Greenville, TX 75402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: inv/ services & suppl.

Date or dates debt was incurred    Jan-June 2026

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 36,598.00

---

| Debtor | EEE Development LLC | Case number *(if known)* 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

3.121 TOP Investments LLC

2100 Valley View, Suite 300
Farmers Branch, TX 75231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** loans

Date or dates debt was incurred    1/20 thru 10/25
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,325,000.00

---

3.___ **Nonpriority creditor's name and mailing address**

3.122 True Brave Investments LLC

4857 Miles Way
Fairview, TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

Date or dates debt was incurred    1-27-25
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$    300,000.00

---

3.___ **Nonpriority creditor's name and mailing address**

3.123 Mohammad Wadud

2620 Laramie St
Irving, TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

Date or dates debt was incurred    10-8-25
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$    50,000.00

---

3.___ **Nonpriority creditor's name and mailing address**

3.124 Jessica Wang

5161 Boca Raton Dr
Dallas, TX 75229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

Date or dates debt was incurred    3-22-21
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$    690,000.00

---

3.___ **Nonpriority creditor's name and mailing address**

3.125 Jinyu Wang

3616 Fletcher Ct
Flower Mound, TX 75022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan

Date or dates debt was incurred    3-19-21
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$    300,000.00

---

Debtor    EEE Development LLC                 Case number (if known) 26-80006-sgj11
           Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.126** Nonpriority creditor's name and mailing address
Nianqi Wang

3517 Veronica Dr
Flower Mound, TX 75022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred    11-10-22
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 800,000.00

---

**3.127** Nonpriority creditor's name and mailing address
Sophie Wang

918 Newcastle Dr
Allen, TX 75013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred    8/23 thru 1/26
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,050,000.00

---

**3.128** Nonpriority creditor's name and mailing address
Zhen Rebecca Wang

10400 Hampton Ct
Frisco, TX 75035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    6-30-22
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 300,000.00

---

**3.129** Nonpriority creditor's name and mailing address
Yiyi Wei

2453 Bunnels Fork Dr
Flower Mound, TX 75036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    9-9-22
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 350,000.00

---

**3.130** Nonpriority creditor's name and mailing address
Wenjun Yin

3612 Fletcher Ct
Flower Mound, TX 75022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred    11-8-21
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 400,000.00

---

Debtor  __EEE Development LLC_____    Case number *(if known)* __26-80006-sgj11___
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.__** **Nonpriority creditor's name and mailing address**

3.131 Jianying Zhang

3912 Sagamore Hill Ct
Plano, TX 75025

Date or dates debt was incurred   4-10-23
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loans

Is the claim subject to offset?
☑ No
☐ Yes

$ 950,000.00

---

**3.__** **Nonpriority creditor's name and mailing address**

3.132 Xin Zhang

5941 Glendower Ln
Plano, TX 75093

Date or dates debt was incurred   9-12-25
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.__** **Nonpriority creditor's name and mailing address**

3.133 Zhiyong Victor Zhang

15050 Springwood Dr
Frisco, TX 75035

Date or dates debt was incurred   starting 3-29-24
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,990,000.00

---

**3.__** **Nonpriority creditor's name and mailing address**

3.134 Cathy Zhao

320 Red Buoy Cove
Princeton, TX 75407

Date or dates debt was incurred   9-30-22
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,000.00

---

**3.__** **Nonpriority creditor's name and mailing address**

3.135 Haihong Zheng

136 Bricknell Ln
Coppell, TX 75019

Date or dates debt was incurred   3-29-24
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 200,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 30 of 34

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.136**

3.___ Nonpriority creditor's name and mailing address

Zhiyong Zhang AM Compass Group DB Plan TTEE

15050 Springwood Dr

Frisco, TX 75035

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Date or dates debt was incurred     1-1-26

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$                400,000.00

**3.137**

3.___ Nonpriority creditor's name and mailing address

Yiping Zhou

3512 Orion

Flower Mound, TX 75028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loans

Date or dates debt was incurred     9-28-19

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$              1,200,000.00

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

3.___ Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 31 of 34

Debtor  EEE Development LLC                                    Case number (if known) 26-80006-sgj11
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Amber Palwala IRA 2427681<br>82 Lake Drive<br>New Hyde Park, NY 11040 | Line 3.45<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. Ashraf Palwala IRA 2427883<br>82 Lake Drive<br>New Hyde Park, NY 11040 | Line 3.46<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. Bin Wei IRA 4123611<br>612 Canterbury Ct<br>Coppell, TX | Line 3.47<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. Christina Opel IRA 3695221<br>428 Bridgewater Place<br>Flower Mound, TX 75028 | Line 3.48<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. Grace Sun IRA 2362K47X3<br>4721 Amble Way<br>Flower Mound, TX 75028 | Line 3.49<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. Haihong Zheng IRA 2796JJ315<br>136 Bricknell Ln<br>Coppell, TX 75019 | Line 3.50<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. Hussain Kedwaii IRA 29604-31<br>4403 Devon Dr<br>Parker, TX 75002 | Line 3.51<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. Min-Xie IRA 4786321<br>136 Bricknell Ln<br>Coppell, TX 75019 | Line 3.52<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. Mohammad Khanwasif IRA 6105711<br>395 Fairlanding Ave<br>Fairview, TX 75069 | Line 3.53<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. Oshamah Palwala IRA 2727687<br>82 Lake Drive<br>New Hyde Park, NY 11040 | Line 3.54<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. Roy Opel IRA 3695321<br>428 Bridgewater Place<br>Flower Mound, TX 75028 | Line 3.55<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12.<br>Rajiv Roy IRA 718361<br>414 Peavy Road<br>Dallas, TX 75218 | Line 3.25<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | EEE Development LLC | Case number (if known) 26-80006-sgj11 |
|---|---|---|
| | Name | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ Zhen Wang IRA 2ZHG63V85<br>10400 Hampton Ct<br>Frisco, TX 75035 | Line 3.59<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ Limei Yang #1019383<br>3350 Blackbird Ln<br>Normanm Ok 73071 | Line 3.60<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ Weidong Yang IRA 4108811<br>1820 Edgewood Dr<br>Flower Mound, TX 75028 | Line 3.56<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ Yi Zhao IRA 3949411<br>425 Danbury Dr<br>Murphy, TX 75094 | Line 3.57<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ Yiping Zhou IRA 36595-11<br>3512 Orion<br>Flower Mound, TX 75028 | Line 3.58<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   EFF Development LLC _____   Case number *(if known)* 26-80006-sgj11 _____
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 3,202,000.00 |
| 5b. Total claims from Part 2 | 5b. | **+**   $ | 61,831,344.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 65,033,344.00 |

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         page ___ of ___

Fill in this information to identify the case and this filing:

Debtor Name __EEE Development LLC__

United States Bankruptcy Court for the: __Northern__    District of __TX__
                                                       (State)

Case number (if known): __26-80006-sgj11__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/20/2026__    X _____
      MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                    Larry Ellis
                                    Printed name

                                    Chief Operating Officer
                                    Position or relationship to debtor