**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **EEE DEVELOPMENT, LLC,** | § § | **Case No. 26-80006-sgj11** |
| **Debtor.** | § § § § | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

CAME ON for consideration Movant, Bakri Holdings, LLC ("Movant" or "Bakri")'s *Motion for Relief from the Automatic Stay* ("Motion"). The Court finds that proper notice to all interested parties has been provided under law, including LOCAL BANKRUPTCY RULES 4001 and 9007. After reviewing the Motion, the evidence, and the arguments of counsel, the Court is of the opinion that the Motion should be granted in all respects.

IT IS THEREFORE ORDERED that the automatic stay imposed under 11 U.S.C. § 362(a) is hereby terminated and annulled with respect to Debtor EEE Development, LLC and the following property ("Property"):

Lots 49 and 48, of Block A, of ELLIS ESTATES PHASE 2B, an addition to the City of Greenville, Hunt County, Texas, pursuant to the plat thereof recorded as Document No. 2024-21510 on November 7, 2024, of the Official Public Records of Hunt County, Texas (commonly known as 270 Trevor Lane and 300 Trevor Lane, Greenville, Texas) (the "Property").

IT IS FURTHER ORDERED that the termination of the automatic stay is effective upon the entry of this order, to allow Movant to exercise all rights and remedies under state law, including foreclosing its lien on the Property.

IT IS FURTHER ORDERED that the provisions of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure are hereby waived, and Movant may immediately enforce and implement the terms of this order granting relief from the automatic stay.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

**# # # END OF ORDER # # #**