Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
**DRIVER STEPHENSON, PLLC**
13155 Noel Road, Suite 900
Dallas, TX 75240
Telephone: 214-910-9558
Email: vickie@driversteplaw.com
Email: crissie@driversteplaw.com

**COUNSEL FOR BAKRI HOLDINGS, LLC**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **EEE DEVELOPMENT, LLC** | § | **CASE NO. 26-80006-SGJ11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

### NOTICE OF PRELIMINARY HEARING ON BAKRI HOLDINGS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ALTERNATIVE MOTION FOR ADEQUATE PROTECTION

PLEASE TAKE NOTICE that a preliminary hearing on Bakri Holdings, LLC's Motion for Relief from the Automatic Stay and Alternative Motion for Adequate Protection [Document Nos. 71 and 72] will be held on August 13, 2026 at 1:30 p.m. before the Honorable Stacey G. Jernigan, Chief United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Dallas, Texas  75242. The hearing will be conducted by WebEx Video Conference:

### WebEx Information

### For WebEx Video Participation/Attendance:

Link: https://us-courts.webex.com/meet/jerniga

### For WebEx Telephonic Only Participation/Attendance:

Dial-In: 1-650-479-3207
Access Code: 2304 154 2638

**NOTICE OF PRELIMINARY HEARING - Page 1**

The Dallas WebEx Hearing Instructions for Judge Jernigan are attached to this Notice and may

also be found at: Judge Jernigan's WebEx instructions - Updated May 14, 2024.pdf

Date: July 22, 2026.                          Respectfully submitted,

                                              By: */s/ Christina W. Stephenson*
                                              Vickie L. Driver
                                              State Bar No. 24026886
                                              Christina W. Stephenson
                                              State Bar No. 24049535
                                              **DRIVER STEPHENSON, PLLC**
                                              13155 Noel Road, Ste. 900
                                              Dallas, TX 75240
                                              Ph. 214-910-9558
                                              vickie@driversteplaw.com
                                              crissie@driversteplaw.com

                                              **COUNSEL FOR BAKRI HOLDINGS, LLC**

                               **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing document was served on all
parties requesting notice herein, via the ECF filing system, and/or upon the attached service list on
this the 22nd day of July, 2026.

                                               */s/ Christina W. Stephenson*
                                              Christina W. Stephenson

**NOTICE OF PRELIMINARY HEARING - Page 2**