Label Matrix for local noticing
0539-8
Case 26-80006-sgj11
Northern District of Texas
Mega Docket DAL
Wed Jul 22 10:59:40 CDT 2026

Avishkar Property Management, LLC
6312 Carrington Dr.
Dallas, TX 75254-3432

Bakri Holdings, LLC
Driver Stephenson, PLLC
13155 Noel Road
Suite 900
Dallas, TX 75240-6882

City of Greenville
c/o Perdue Brandon
110 N College Ave, Ste 1202
Tyler, TX 75702-7226

City of Sulphur Springs
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

EEE Development, LLC
5907 Wesley Street
Suite 102
Greenville, TX 75402-8902

GV Investment A, LLC
c/o Offit Kurman
Attn: Frances A. Smith
700 N. Pearl St.
Suite 1610
Dallas, TX 75201-7459

GVIFB, LLC
c/o Offit Kurman
Attn: Frances A. Smith
1700 N. Pearl St.
Suite 1610
Dallas, TX 75201

GVIFC, LLC
c/o Offit Kurman
Attn: Frances A. Smith
700 N. Pearl St.
Suite 1610
Dallas, TX 75201-7459

GVIFD, LLC
c/o Offit Kurman
Attn: Frances A. Smith
700 N. Pearl St.
Suite 1610
Dallas, TX 75201-7459

GVIFE, LLC
c/o Offit Kurman
Attn: Frances A. Smith
700 N. Pearl St.
Suite 1610
Dallas, TX 75201-7459

Greenville ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Hayward PLLC
10501 N. Central Expy., Ste. 106
Dallas, TX 75231-2203

Hopkins County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Hunt County
c/o Perdue Brandon
110 N College Ave Ste 1202
Tyler, TX 75702-8917

Hunt Memorial Hospital District
c/o Perdue Brandon
110 N College Ave, Ste. 1202
Tyler, TX 75702-7226

Hussain Family Estate, LLC
Quilling, Selander, Lownds, Winslett & M
Attn: Christopher J. Moser
2200 Ross Avenue
Suite 2400
Dallas, TX 75201-2797

Inspira Financial Trust, LLC
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

Medscript Pharmacy, LLC
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

Miil Holding Company Inc.
c/o Mudassir Lakhani
17906 Carluke Ct.
Richmond, TX 77407-3438

Mr. Ds Excavating
4731 CR 3403
Lone Oak, TX 75453-4013

Netspective Communications, LLC
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

NuView Trust Company, Inc.
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

One Brick Two Brick, LLC
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

Rizq Capital, LLC
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

Sulphur Springs ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Texas Blue Shoe Guys, LLC
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

A&Z Investment LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75234-1257

AAA Carpets
9747 US Hwy 271 N
Powderly, TX 75473-3339

AAA Royalty LLC
13-11 Blue Lake Blvd
Arlington, TX 76005-4529

ACE Capital Ventures II, LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75234-1257

AEA Ventures LLC
1820 Edgewood Dr
Flower Mound, TX 75028-7229

AHAM Enterprises LLC
4403 Devon Dr
Parker, TX 75002-6273

AHL Builders LLC
3286 Woodbine Trail
Frisco, TX 75034-0391

ARNA Investments LLC
860 Hebron Pkwy, Suite 801
Lewisville, TX 75057-5145

AZOLA LLC
5000 Midnight Ct
5000 Midnight Ct
Allen, TX 75002-1846

Afnan Adam and Kulsum Adam
3518 Vienna Dr
College Station, TX 77845-4769

Afzalur Rahman
8029 Fleetwood Dr
Plano, TX 75025-4040

Airview AC
424 E Van Alstyne Parkway
Van Alstyne, TX 75495-5202

Airview AC & Heating LLC
424 E Van Alstyne Pkwy
Van Alstyne, TX 75495-5202

AizhenZhu
1311 Blue Lake Blvd
Arlington, TX 76005-4529

Albana Mansoor
8505 High Meadows
Plano, TX 75025-4168

Albana Mansoor
8505 High Meadows Drive
Plano, TX 75025-4168

Ali Hemani
1838 Lampasas Dr
Allen, TX 75013-5318

Angela Shen
1311 Blue Lake Blvd
Arlington, TX 76005-4529

Anna Opel
428 Bridgewater Place
Flower Mound, TX 75028-5111

Annie Shen
1311 Blue Lake Blvd
Arlington, TX 76005-4529

Armatus Dealer Uplift
Joe Jankowski III Revocable Trust
Bill Daniel/McGinnis Lochridge LLP
1111 W. 6th Street, Bldg. B, Suite 400
Austin, TX 78703-5345

Armatus Dealer Uplift LLC
50 Shilling Rd, Suite 200
Hunt Valley, MD 21031-1420

Ashraf Motiwala
120 Spear Court
Irving, TX 75063-7219

Asif Firozvi
7076 Mercy Rd
Frisco, TX 75035-0653

Asif Khan
4605 Al Razi St
Irving, TX 75062-2606

Asif Mohammad
2933 Avicenna St
Irving, TX 75062-2607

Azola LLC
5000 Midnight Ct
Parker, TX 75002-1846

BAMX Holdings LLC
6408 Fitzgerald Dr
Plano, TX 75074-9001

Bakri Holdings LLC
4740 14th St
Plano, TX 75074-7307

Bharam Brother LLC
6804 Humboldt Pl
McKinney, TX 75070-6740

Bhrugen Bhaleeya
17949 Cachet Isle Dr
Tampa, FL 33647-2703

Bilal Mashhood
3286 Woodbine Trail
Frisco, TX 75034-0391

Bin Wei
612 Canterbury Ct
Coppell, TX 75019-2554

CEI Technology Solutions LLC
908 Brett Drive
Allen, TX 75013-8505

Cassity Jones Building Materials
Timothy M Moore
302 Pine Tree Rd
Longview, TX 75604-4106

Cathy Zhao
320 Red Buoy Cove
Princeton, TX 75407-5489

Ching-Hua Chou Family Trust
dated 07/30/2002
834 Hanover Ave
Sunnyvale, CA 94087-1135

Christina Opel
428 Bridgewater Place
Flower Mound, TX 75028-5111

City of Sulphur Springs Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219-3959

Commercial Realty Fund LLC
P.O. Box 93593
Southlake, TX 76092-0115

DL Investments LLC
5448 Apex Peakway, Suite 329
Apex, NC 27502-3924

Daidaiqi Investments LLC
908 Brett Drive
Allen, TX 75013-8505

Danying Chen
908 Brett Dr.
Allen, TX 75013-8505

Danying Chen
c/o Eric T. Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102-3727

Dealers Electrical Supply Co
2629 Traders Rd
Greenville, TX 75402

D1 Investment LLC
515 E. Border St.
Arlington, TX 76010-7402

Eden Lane Residential LLC
7308 Wentwood Dr
Dallas, TX 75225-4631

Elizabeth Mary Penn
4657 Alta Vista Ln
Dallas, TX 75229-2921

Endowment Forever, Inc
7750 N MacArthur Blvd, Suite 120237
Irving, TX 75063-7514

Endowment Forever, Inc.
c/o Kelly Kleist
Scheef & Stone LLP
2600 Network Blvd., Ste 400
Frisco, TX 75034-6010

Eriberto Castillo
1808 Reynolds
Allen, TX 75002-2856

Eric Rahman
515 S Magnum St, Apt 5148
Durham, NC 27701-4389

ErichStar Inc.
Beneficial Owner Huizhen Shi
304 Highwood Pine Pl
Cary, NC 27519-9740

FAM Investments LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75234-1257

Fancy Sarwar
4501 Copeland Dr
Plano, TX 75024-3939

Fatima Ghani and Rakibul Mazumder
2812 Sheridan Dr
Carrollton, TX 75010-4275

Fazal Rasool
3800 Lakedale Dr
Plano, TX 75025-3763

Ferdoushi Khan
913 Marie Dr
Allen, TX 75013-8520

Flower Mound RE Investments LLC
4843 Colleyville Blvd, Suite 251-110
Colleyville, TX 76034-3923

Forge Trust Company
CFBO Rajiv Roy IRA 718361
P.O. Box 2048
San Francisco, CA 94126-2048

GV Investment Fund A, LLC
2313 Vaquero Ln
Carrollton TX 75010-4976

GVIFB, LLC
2313 Vaquero Ln
Carrollton TX 75010-4976

GVIFC, LLC
2313 Vaquero Ln
Carrollton TX 75010-4976

GVIFD, LLC
2313 Vaquero Ln
Carrollton TX 75010-4976

GVIFE, LLC
2313 Vaquero Ln
Carrollton, TX 75010-4976

Gangqing Capital Group LLC
5454 Surrey Path, Suite 107
Frisco, TX 75034-9581

General Shale Brick Inc
Attn: Accounts Payable
P.O. Box 3825
Carol Stream, IL 60132-3825

Golam Sarwar
4501 Copeland Dr
Plano, TX 75024-3939

Grace Sun
4721 Amble Way
Flower Mound, TX 75028-3997

Grandland Property Group LLC
1608 Barony Lake Way
Raleigh, NC 27614-8478

Greenville ISD Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219-3959

Greenville Investment Fund One, LLC
908 Brett Drive
Allen, TX 75013-8505

Greenville Investment Fund Three, LLC
908 Brett Drive
Allen, TX 75013-8505

Greenville Investment Fund Two, LLC
908 Brett Drive
Allen, TX 75013-8505

Growers Investment LLC
6804 Humboldt Pl
McKinney, TX 75070-6740

Guoqiang Shen
13-11 Blue Lake Blvd
Arlington, TX 76005-4529

Guozhen Zhang
5448 Apex Peakway, Suite 329
Apex, NC 27502-3924

Haibo Lin and Qi Wang
5717 Northbrook Dr
Plano, TX 75093-5954

Haihong Zheng
136 Bricknell Ln
Coppell, TX 75019-2599

Hali Chen
3912 Sagamore Hill Ct
Plano, TX 75025-2014

Hassan Kedwaii
3908 N 160th St
Omaha, NE 68116-2836

Hopkins County Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219-3959

Horton Building Supply
514 Bishop
Richardson, TX 75081-3305

Howdy Buddy Texas LLC
5924 Riverbend Place
Fort Worth, TX 76112-1064

Hua Zhu
401 N Vinyard Blvd, Apt 205
Honolulu, HI 96817-3622

Hunt County Tax Office
2500 Stonewall St, Suite 101
Greenville, TX 75401-4210

Hunt County, et al
c/o Perdue Brandon
110 N College Ave, Ste. 1202
Tyler, TX 75702-7226

Hussain Family Estate, LLC
4740 14th St
Plano, TX 75074-7307

Hussain Kedwaii
4403 Devon Dr
Parker, TX 75002-6273

IES Residential Inc
Accounts Payable
13131 Dairy Ashford Rd, Suite 700
Sugarland, TX 77478-4398

IMARA Investment Group LLC
1441 Van Winkle Dr
Carrollton, TX 75007-1211

IRA Financial Trust Company
CFBO Limei Yang, IRA #1019383
5109 S Broadband Ln
Sioux Falls, SD 57108-2241

Inspira Financial Trust LLC
Custodian FBO Bin Wei IRA 4123611
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
Custodian FBO Grace Sun IRA 2362K47X3
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Amber Palwala IRA 2427681
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Ashraf Palwala IRA 2427883
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Christina Opel IRA#3695221
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Hussain Kedwaii IRA 29604-31
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Min Xie IRA 4786321
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Mohammad Khanwasif IRA 6105711
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Oshamah Palwala IRA 2427687
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Roy Opel IRA 3695321
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Weidong Yang IRA 4108811
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Yi Zhao IRA 3949411
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Yiping Zhou IRA 36595-11
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC
FBO Zhen Wang IRA 2ZHG63V85
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Inspira Financial Trust LLC Custodian
FBO Haihong Zheng IRA 2796JJ315
2001 Spring Rd Suite 200
Oak Brook, IL 60523-3916

Ivan Ashiqur Rahman
540 Fulton St, 24A
Brooklyn, NY 11201-7959

Ivory Capital Investments LLC
1028 Ivory Horn Dr
Carrollton, TX 75010-2364

J.K. Hammack, Inc
3044 FM 2194
Celeste, TX 75423-5728

Jaikishan Rajwani
2563 Berry Brook
Frisco, TX 75034-0057

Jaikishan Rajwani
2563 Berry Brook Ln
Frisco, TX 75034-0057

Jerry McClendon
2981 N State Hwy 78
Bonham, TX 75418-6872

Jessica Wang
5161 Boca Raton Dr
Dallas, TX 75229-2927

Jianying Zhang
3912 Sagamore Hill Ct
Plano, Tx 75025-2014

Jiemin Jacobson
11874 Mesa Verde Dr
Austin, TX 78737-4876

Jinyu Wang
3616 Fletcher Ct
Flower Mound, TX 75022-2905

Joseph M Jankowski III Revocable Trust
50 Shilling Rd, Suite 200
Hunt Valley, MD 21031-1420

Junayed Sarwar
4501 Copeland Dr
Plano, TX 75024-3939

Jyishyang Liu and Shukuang Hu
1561 Elka Ave
San Jose, CA 95129-3827

Khanwasif Mohammad
395 fairlanding ave
395 fairlanding ave
fairlanding, TX 75069-6818

Khurram Tasleem
13114 Seattle Slew St
Frisco, TX 75035-1007

Lang Family Charitable Foundation
908 Brett Drive
Allen, TX 75013-8505

Lei Xia
c/o Eric T. Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102-3727

Liang Zhao and Jin Meng
1356 Francie Way
Allen, TX 75013-6438

Limei Yang
3350 Blackbird Ln
Norman, OK 73071-3439

Little Shepherds Capital, LLC
7308 Wentwood Dr
Dallas, TX 75225-4631

M&I Select Investments LLC
1433 Wainwright Way
Carrollton, TX 75007-4881

MK Real Estate Solutions LLC
Attn: Mohammad Khilji
23832 Rockfield Blvd, Suite 170
Lake Forest, CA 92630-2886

Magnolia Estates LLC
3286 Woodbine Trail
Frisco, TX 75034-0391

Mahmood Patel
4316 Rock Springs Dr
Plano, TX 75024-3475

Mark Harper
1608 Payton Falls Dr
Austin, TX 78754-5874

Medscript Pharmacy LLC
180 Sunrise Highway
Centre, NY 11570-4711

Mehendi Panjwani
3708 Damsel Brooke St
Lewisville, TX 75056-3775

Miil Holding Company Inc
17906 Carluke Ct
Richmond, TX 77407-3438

Min Xie
136 Bricknell Ln
Coppell, TX 75019-2599

Mindi Sheng
7920 Osborn Pkwy
Plano, TX 75024-5871

Moaz Abdullah Khan
4812 Appleridge Dr
Richardson, TX 75082-3853

Mohammad Khanwasif
395 Fairlanding Ave
Fairview, TX 75069-6818

Mohammad Wadud
2620 Laramie St
Irving, TX 75062-7211

Mohammed Azad
2720 Lago Vista Loop
Irving, TX 75062-5143

Mohammed Tanveer
9505 Sean Dr
Frisco, TX 75035-6062

Moosa Investments LLC
4513 Ivory Horn Dr
Carrollton, TX 75010-2373

Mr D's Excavating
4731 County Road 3403
Lone Oak, TX 75453-4013

Nafis Kahn Pathan
2232 Stanmore Ln
Plano, TX 75025-5538

Nayyer Ale Rasool
3800 Lakedale Dr
Plano, TX 75025-3763

Netspective Communications LLC
2313 Falling Creek Rd
Silver Spring, MD 20904-5208

Netspective Ventures LLC
2313 Falling Creek Rd
Silver Spring, MD 20904-5208

Nianqi Wang
3517 Veronica Dr
Flower Mound, TX 75022-0976

Nishat Mustafa
3800 Lakedale Dr
Plano, TX 75025-3763

Nishat Mustafa
3800 Lakedale drive
3800 Lakedale drive
Plano, TX 75025-3763

Olina Peng
425 Danbury Dr.
Murphy, TX 75094-5113

One Brick Two Brick LLC
110 Arkansas Dr
Valley Stream, NY 11580-1801

Ongmani Investments LLC
1106 del Mar Dr.
Southlake, TX 76092-3929

Overhead Door Co. of Dallas
1800 Vantage Drive
Carrollton, TX 75006-5602

PanVel Inc
696 Carbine Trail
Frisco, TX 75036-9209

Peilin Li
100 N Kingshighway Blvd, Unit 3409
St Louis, MO 63108-1590

Peilin Li
c/o Eric T. Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102-3727

Qiaohong Liu
1608 Payton Falls Dr
Austin, TX 78754-5874

RA Global Investments LLC
2701 Gateway Ct
Euless, TX 76039-1830

RALA Enterprises LLC
3651 S Custer Rd, Unit 104
McKinney, TX 75070-0465

RCC Greenville Lender, LLC
11770 Jollyville Rd
Austin, TX 78759-3938

RIZQ Capital LLC
37 Lake Drive
New Hyde Park, NY 11040-1124

RIZQ Holdings, Inc
308 Birchwood Way
Irving, TX 75063-1806

RIZQ Holdings, Inc.
c/o Kelly Kleist
Scheef & Stone LLP
2600 Network Blvd., Ste 400
Frisco, TX 75034-6010

Radiant Holdings LLC
8447 Portage Ln W
Shakopee, MN 55379-3184

Rajiv Roy
414 Peavy Road
Dallas, TX 75218-2120

Rock River Advisors, LLC
c/o Eric T. Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102-3727

Rodrigo Goulart
4647 Jones St
Plano, TX 75024-6887

Roy Opel
428 Bridgewater Place
Flower Mound, TX 75028-5111

S&K Real Estate and Investment LLC
700 Mayfly Way
Durham, NC 27703-8700

SMP Capital Holdings LLC
1600 Abrams Rd, Unit 47
Dallas, TX 75214-4493

Sam and Laura Yang Investment
Holdings LP
908 Brett Drive
Allen, TX 75013-8505

Sanjana Rabbani
16375 Laconia Ln
Milton, GA 30004-8033

Scott Ellis Homes LLC
501 Traders Rd
Greenville, Tx 75402-8140

Smartbytez LLC
523 Buckingham Ct
Coppell, TX 75019-2028

Sophie Wang
918 Newcastle Dr
Allen, TX 75013-5552

Sulphur Springs ISD Tax Office
Linebarger Goggan Blair and Sampson
3500 Maple Avenue, Suite 800
Dallas, TX 75219-3959

Sumrina Investment Inc
104 Cleary Court
Southlake, TX 76092-2316

Sunita Saleem
4909 Sir Casey Ct
Carrollton TX 75010-6608

Syed Adeel Hasan
3641 Eldorado Rd
Elgin, IL 60124-8562

Syed Haider Hasan
2331 Lucent Lane
Naperville, IL 60563-1488

Syed Safder Hasan
5807 Oak Ridge Way
Lisle, IL 60532-0442

Syed Tahir Hussain
3027 Dancourt Dr
Irving, TX 75063-3433

TARA USA LLC
6314 Tara Ln
Frisco, TX 75035-7705

TOP Investments LLC
2100 Valley View, Suite 300
Farmers Branch, TX 75234-1257

Texas Blue Shoe Guys LLC
3116 Coleshire Dr
Richardson, TX 75082-4964

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texas Yard Pro, Inc
2610 Poplar St Ste B
Greenville, TX 75402-8955

The Hanover Insurance Company
440 Lincoln St
Worcester, MA 01653-0002

The Rock River Advisors LLC
908 Brett Dr.
Allen, TX 75013-8505

Timothy T Liu
1561 Elka Ave
San Jose, CA 95129-3827

True Brave Investments LLC
4857 Miles Way
Fairview, TX 75069-1359

Trust Agreement of The Clement and Flora
Chen Revocable Trust
651 N Watters Rd, Unit 5405
Allen, TX 75013-5745

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

VINAYAK DEWOOLKAR
5000 Midnight Ct.
5000 Midnight Ct.
Parker, TX 75002-1846

Vinayak Dewoolkar
5000 Midnight Ct
Parker, TX 75002-1846

WNH Property Consulting LLC
4017 Lost Creek
Plano, TX 75074-7773

Wei Liu
4108 Messina Path
Flower Mound, TX 75077-8588

Weidong Yang
1820 Edgewood Dr
Flower Mound, TX 75028-7229

Wenjun Yin
3612 Fletcher Ct
Flower Mound, TX 75022-2905

XeutingGou
1311 Blue Lake Blvd
Arlington, TX 76005-4529

Xin Zhang
5941 Glendower Ln
Plano, TX 75093-4781

XuejunGou
1311 Blue Lake Blvd
Arlington, TX 76005-4529

Yali Zhang
c/o Eric T. Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102-3727

Yan Min
2873 Brogan Creek
New Braunfels, TX 78130-0233

Yanzi Dong
612 Canterbury Ct
Coppell, TX 75019-2554

Yi Zhao
425 Danbury Dr.
Murphy, TX 75094-5113

Yingyang Cui
3104 Jackson Way
Flower Mound, TX 75022-3910

Yiping Zhou
3512 Orion
Flower Mound, TX 75028-1370

Yiyi Wei
2453 Bunnels Fork Dr
Flower Mound, TX 75036

ZZY IRA, LLC FBO Zhiyong Zhang
15050 Springwood Dr
Frisco, TX 75035-6874

Zhen Rebecca Wang
10400 Hampton Ct
Frisco, TX 75035-7355

Zhiyong Victor Zhang
15050 Springwood Dr
Frisco, TX 75035-6874

Zhiyong Zhang AM Compass Group
DB Plan TTEE
15050 Springwood Dr
Frisco, TX 75035-6874

Afnan Adam
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783


Ashraf Motiwala
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

Hua Zhu
Godwin Bowman PC
500 N Akard St.
Suite 1100
Dallas, TX 75201-3499

Jaikishan Rajwani
2563 Berry Brooks Ln
Frisco, TX 75034-0057


Kenneth Byrd Texas Yard Pro
2610 Poplar St. C.
Greenville, TX 75402-8955

Khulsam Adam
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

(p)MARK A  WEISBART
ATTN THE LAW OFFICE OF MARK A WEISBART
10501 N CENTRAL EXPY SUITE 106
DALLAS TX 75231-2203


Moaz Abdullah Khan
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

Syed Tahir Hussain
c/o Nicoud Law
8080 N. Central Expy
Suite 1700
Dallas, TX 75206-3783

William Yan
c/o Offit Kurman
Attn: Frances A. Smith
700 N. Pearl St.
Suite 1610
Dallas, TX 75201-7459


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Mark A Weisbart
10501 N Central Expy Suite 106
Dallas, TX 75231-2203


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)A&Z Investments, Inc

(u)AHAM Enterprises, LLC

(u)AHL Builders, LLC


(u)Armatus Dealer Uplift

(u)DL Investment LLC

(u)Eden Lane Residential LLC


(u)Endowment Forever, Inc.

(u)FAM Investments, Inc

(u)Greenville Investment Fund

(u)IMARA Investment Group, LLC

(u)Joe Jankowski III Revocable Trust

(u)Little Shepherds Capital LLC

(u)Magnolia Estates, LLC

(u)Project Greenville Creditors

(u)RCC Greenville Lender LLC

(u)RIZQ Holdings, Inc.

(u)Rock River Advisors, LLC

(u)TOP Investments, LLC

(u)8

(d)Avishkar Property Management LLC
6312 Carrington Dr
Dallas, TX 75254-3432

(d)Bhrugen Bhaleeya
17949 Cachet Isle Drive
Tampa, FL 33647-2703

(d)City of Sulphur Springs
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(d)Greenville ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(d)Hopkins County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(d)Sulphur Springs ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)Bilal Mashhood

(u)Danying Chen

(u)Lei Xia

(u)Peilin Li

(d)Rajiv Roy
414 Peavy Road
Dallas, TX 75218-2120

(u)Sophie Wang

(u)Yali Zhang

End of Label Matrix
Mailable recipients   251
Bypassed recipients    32
Total                 283