Fill in this information to identify the case and this filing:

Debtor Name __EEE Development LLC__

United States Bankruptcy Court for the: __Northern__     District of __TX__
                                                                    (State)
Case number (if known): __26-80006-sgj11__

**FILED**

JUL 2 2 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/22/2026__
              MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Larry Ellis
Printed name

Chief Operating Officer
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name __EEE DEVELOPMENT LLC__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): __26-80006-sgj11__ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease<br>Debtor is the Landlord | Tenant: Denise Ferraris<br>1008 Hardaway Dr, Greenville, TX 75402 |
| | State the term remaining | expires 5/31/26 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease<br>Debtor is the Landlord | Tenant: James Jeffus and Bethany Rainbolt<br>7804 Grant Ln, Greenville, TX 75402 |
| | State the term remaining | expires 6/30/26 now MTM | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease<br>Debtor is the Landlord | Tenants: Dwayne & Christi Blackwell<br>604 Ransom Way, Greenville, TX 75402 |
| | State the term remaining | expired 9/30/25 now MTM | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease<br>Debtor is the Landlord | Tenants Harris and Morgan Howland<br>7806 Grant Lane, Greenville, TX 75402 |
| | State the term remaining | expires 12/21/26 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease<br>Debtor is the Landlord | Tenants: Jackson Todd and Tyler Quinlan<br>410 Ellis Place, Greenville, TX 75402 |
| | State the term remaining | expires 1/31/27 | |
| | List the contract number of any government contract | | |

Debtor   **EEE DEVELOPMENT LLC**
Name

Case number *(if known)* 26-80006-sgj11

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest: Residential Lease / Debtor is the Landlord
State the term remaining: expires 6/30/27
List the contract number of any government contract:

Tenants: Jeremy and Kari Hudson
501 Ellis Place, Greenville, TX 75402

**2.7**
State what the contract or lease is for and the nature of the debtor's interest: Residential Lease / Debtor is the Landlord
State the term remaining: expires 5/31/27
List the contract number of any government contract:

Tenants: Luke Nelson and Jeanetta Colbert
131 Frank St, Greenville, TX 75402

**2._**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2._**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

---

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 2 of 2