Frank J. Wright
Texas Bar No. 22028800
Jeffery M. Veteto
Texas Bar No. 24098548
**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
1800 Valley View Lane, Suite 250
Farmers Branch, Texas 75234
Telephone: (214) 935-9100
Email:  frank@fjwright.law; jeff@fjwright.law

*Counsel for Creditor,*
*Avishkar Property Management, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | **CASE NO. 26-80006** |
| **EEE Development, LLC** | § | |
| | § | |
| *Alleged Debtor*. | § | **Chapter 11** |
| | § | |
| _____ | § | |

## AVISHKAR PROPERTY MANAGEMENT, LLC'S JOINDER IN
## TRUSTEE'S OMNIBUS RESPONSE IN OPPOSITION TO
## BAKRI HOLDINGS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC
## STAY AND ALTERNATIVE MOTION FOR ADEQUATE PROTECTION

Creditor Avishkar Property Management, LLC ("**Avishkar**"), by and through its undersigned

counsel, files this, its Joinder to the *Trustee's Omnibus Response in Opposition to Bakri Holdings, LLC's*

*Motion for Relief from the Automatic Stay and Alternative Motion for Adequate Protection* (the "**Trustee's**

**Objection**"). In support of this Joinder, Avishkar would respectfully show to the Court as follows:

1.      On July 20, 2026, Bakri Holdings, LLC filed its Motions[1] seeking relief from the

automatic stay or alternatively adequate protection.

---

[1]    Capitalized terms not otherwise defined shall have the meanings ascribed to them by the Trustee's Objection.

2.      On August 3, 2026, the Trustee filed the Trustee's Objection requesting that the Court enter an order denying the Motions in full or alternatively setting a final hearing on the Motions to a later date to afford the Trustee sufficient opportunity to complete his investigations.

3.      As a creditor of the Debtor, Avishkar has a direct interest in the outcome of the Motion. Avishkar agrees with and adopts the Trustee's Objection's position that the Motion should be denied for the reasons set forth in Section II thereof.

4.      This Joinder is filed solely for the purpose of joining in the Trustee's Objection to the relief sought by Bakri Holdings, LLC to the extent provided herein.

5.      Avishkar expressly reserves all its rights with respect to the factual allegations in the Trustee's Objection. Nothing herein shall be deemed an admission, waiver, or concession of any such fact, claim, defense, or legal position of Avishkar, nor shall it be construed to limit or prejudice Avishkar's rights in any respect.

**WHEREFORE**, Avishkar respectfully requests that the Motions be denied in their entirety and for such other and further relief as the Court deems just and proper.

DATED: August 4, 2026                    Respectfully submitted,

By: */s/ Jeffery M. Veteto*
        Frank J. Wright
        Texas Bar No. 22028800
        Jeffery M. Veteto
        Texas Bar No. 24098548

**LAW OFFICES OF FRANK J. WRIGHT, PLLC**
1800 Valley View Lane, Suite 250
Farmers Branch, Texas 75234
Telephone: (214) 935-9100
Email:  frank@fjwright.law; jeff@fjwright.law

*Counsel for Creditor,*
*Avishkar Property Management, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2026, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

_/s/ Jeffery M. Veteto_
Jeffery M. Veteto