Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone:  214.939.4501
Fax:  214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499
**Attorney for Rala Enterprises, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.   26-80006 (SGJ) |
| | § | |
| EEE Development, LLC | § | Chapter 11 |
| | § | |
| Debtor(s). | § | |

### MOTION TO LIFT AUTOMATIC STAY NUNC PRO TUNC OR IN THE ALTERNATIVE MOTION TO LIFT AUTOMATIC STAY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES Rala Enterprises, LLC**, hereinafter called Movant, and makes this, its

Motion to Lift Automatic Stay Nunc Pro Tunc, and in the alternative its Motion to Lift Automatic

Stay Against Real Property, against Debtor EEE Development, LLC, and pursuant to 11 U.S.C. §

362(d)(1) for cause, by reason of a lack of adequate protection of Movant's rights as a secured

creditor, and for grounds thereof respectfully shows the Court the following:

1.      Movant would show the Court that on or about August 11, 2025, Debtor, by and

through its Chief Operating Officer, Larry Ellis, executed and delivered to Movant a certain

Promissory Note (the "Loan") in the principal amount of $300,000.00, with an annual interest rate

of eighteen percent (18%). A copy of the Loan is attached hereto as Exhibit "A", and is

incorporated by reference throughout this document. The Loan was secured by a Deed of Trust (the "Deed") dated August 11, 2025, and filed with the Hunt County Clerk as Instrument No. 2025-14643. A copy of the Deed is attached hereto as Exhibit "B", and is incorporated by reference throughout. The Deed of Trust was secured by:

> Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 904 Hardaway Lane, Greenville, Texas) ("904 Hardaway Lane").

2. Additionally, as part of the Loan, Larry Ellis executed a personal Guaranty (the "Guaranty") with an original principal amount of $300,000.00. A copy of the Guaranty is attached hereto as Exhibit "C" and is incorporated by reference throughout. As part of the Guaranty, Larry Ellis, in his personal capacity, agreed to pay Movant $300,000.00 when due or declared due. Christie Tate, spouse of Larry Ellis, consented to Larry Ellis binding community property and separate property in the Guaranty.

3. On December 19, 2025, unbeknownst to Movant, Debtor executed a certain Deed of Trust (the "Improper Deed") naming Xueting Gou ("Gou") as the lender. A true and correct copy of the Improper Deed is attached hereto as Exhibit "D" and incorporated herein by reference. The Improper Deed identifies a down payment in the amount of Five Hundred Thousand and 00/100 Dollars ($500,000.00). The Improper Deed was also secured by the property commonly known as 904 Hardaway Lane and falsely represents that there were no prior liens.

4. On April 6, 2026, Gou executed a certain Assignment of Deed of Trust (the "Assignment") in which Gou assigned all of its beneficial interest in the Improper Deed to AAA Royalty LLC ("AAA"). The Assignment transferred Gou's interest in 904 Hardaway Lane to AAA. A copy of the Assignment is attached hereto as Exhibit "E" and is incorporated herein by reference.

**MOTION TO LIFT AUTOMATIC STAY NUNC PRO TUNC**
**OR IN THE ALTERNATIVE MOTION TO LIFT AUTOMATIC STAY**                                                    **Page 2**

5.      On April 13, 2026, a Notice of Trustee's Sale (the "Notice") relating to the Improper Deed was filed with the Hunt County Clerk. The Notice stated that a foreclosure sale (the "Sale") would take place on May 5, 2026. A copy of the Notice is attached hereto as Exhibit "F" and is incorporated herein by reference.

6.      AAA repurchased 904 Hardaway Lane on May 5, 2026 through the foreclosure sale. AAA filed its Trustee's Deed with Hunt County on May 28, 2026, being Instrument No. 2026-09677. A copy of the Trustee's Deed is attached hereto as Exhibit "G" and is incorporated herein by reference.

7.      Debtor is in arrears to Movant in the total amount of $328,385.00, consisting of $300,000.00 in outstanding principal due under the Loan, $27,000.00 in accrued interest, and $1,385.00 in late penalties.

8.      On May 11, 2026, a Notice of Trustee's Sale ("Rala's Notice") relating to the Loan was filed with the Hunt County Clerk. Rala's Notice stated that a foreclosure sale ("Rala's Sale") would take place on June 2, 2026. A copy of the Notice is attached as Exhibit "H".

9.      On May 13, 2026, Movant filed its "Appointment of Substitute Trustee" relating to the Deed, as it pertains to 904 Hardaway Lane.

10.     On June 2, 2026, Movant repurchased 904 Hardaway Lane. A copy of the deed is attached hereto as Exhibit "I" and is incorporated herein by reference.

11.     Movant respectfully requests that the Court enter an Order Nunc Pro Tunc confirming and allowing Movant's foreclosure of the property set forth herein to be proper and valid. In the alternative, Movant requests that the Court lift the Automatic Stay as it pertains to the property and allow Movant to pursue its remedies under applicable State law.

12.     904 Hardaway Lane, which is the collateral herein, has a value of less than the total amount owed to Movant under the terms of the Loan. According to the Hunt County Appraisal District, 904 Hardaway Lane is appraised at $280,714.00. Being that Debtor owes Movant $328,385.00, Debtor has no equity in the collateral.

13.     The provision of Rule 4001 (a) (3) should be waived and Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay.

14.     **NOTICE TO PARTIES IN INTEREST:**

**ANY OBJECTION OR REQUEST FOR HEARING MUST BE FILED WITH:**

Clerk, United States Bankruptcy Court
Northern District of Texas
Dallas Division
Earle Cabell Federal Building
1100 Commerce St., Rm. 1254
Dallas, TX 75242-1496

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE.  IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**WHEREFORE, PREMISES CONSIDERED**, Movant prays the Court enter an Order terminating the automatic stay to permit Movant to exercise its state law remedies pursuant to the terms of the Retail Installment Sale Contract attached hereto.

Respectfully submitted,

/s/ Sidney H. Scheinberg
Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone:  214.939.4501
Fax:  214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499
**Attorney for Rala Enterprises, LLC**

## NOTICE OF HEARING

A Hearing on the foregoing Motion to Lift Automatic Stay Nunc Pro Tunc or In The Alternative Motion to Lift Automatic Stay is set for September 3, 2026, at 1:30PM, before Judge Stacey G.C. Jernigan, U.S. Bankruptcy Court, Northern District of Texas, Dallas Division via WebEx (https://us-courts.webex.com/meet/jerniga).

/s/ Sidney H. Scheinberg
**SIDNEY H. SCHEINBERG**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing Motion to Lift Automatic Stay Nunc Pro Tunc has been served on each of the following parties of interest on August 10, 2026, as shown either by first class postage or notified electronically:

***Debtor***
EEE Development, LLC
5907 Wesley Street
Suite 102
Greenville, TX 75402
HUNT-TX
Tax ID / EIN: 84-1995734

***Trustee***
Mark A Weisbart
10501 N Central Expy Suite 106
Dallas, TX 75231-2203
972-755-7103

***Trustee's Attorney***
Melissa S Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231
972-755-7104
Fax : 972-755-7104
Email: MHayward@HaywardFirm.com

Zachery Z. Annable
Hayward PLLC
10501 N. Central Expressway
Suite 106
Dallas, TX 75231
(972) 755-7108
Fax : (972) 755-7108
Email: zannable@haywardfirm.com

***U.S. Trustee***
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

***U.S. Trustee's Counsel***
Asher Matiah Bublick
United States Trustee Program
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: asher.bublick@usdoj.gov

*Parties In Interest*

　　　　　/s/ Sidney H. Scheinberg
　　　　　**SIDNEY H. SCHEINBERG**

## CERTIFICATE OF CONFERENCE

I certify that I attempted to contact the Debtor and the Trustee's attorney, it is assumed that they are opposed to this motion.

 /s/ Sidney H. Scheinberg
**SIDNEY H. SCHEINBERG**