2026-06114   ADT Total Pages: 3

## ASSIGNMENT OF DEED OF TRUST

For value received, **Xueting Gou**, having an address at 1311 Blue Lake Blvd, Arlington, TX 76005 ("Assignor"), hereby grants, assigns and transfers to **AAA Royalty LLC**, having an address of 5900 BALCONES DRIVE STE 100, AUSTIN, TX 78731 ("Assignee"), all of the undersigned's beneficial interest in that certain Deed of Trust and Promissory Note in the amount of FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (**$500,000.00**) and dated 12/19/2025, executed by Larry Ellis, Chief Operating Officer of EEE Development, LLC ("Borrower"), as trustor, in favor of **Xueting Gou**, as beneficiary, which was recorded on 3/11/2026, as Instrument Number 2026-04205 in the Recorder's Office of the County of Hunt, State of Texas (the "Deed of Trust"), against:

**The real property located in the City of Greenville**, County of Hunt, State of TX, described as follows: SEE EXHIBIT "A," ATTACHED HERETO AND MADE A PART HEREOF, commonly known as 904 Hardaway Lane, Greenville, TX, 75402 and 802 Moseley Lane, Greenville, TX, 75402 (the "Mortgaged Property");

Together with the Note therein described or referred to, the money due and to become due with interest, and all rights to accrue under said Deed of Trust.

The undersigned Assignor has independently and contemporaneously assigned and transferred to Assignee, all of the Assignor's right, title and interest in and to the Secured Note which is secured by this Deed of Trust.

**[SIGNATURES FOLLOW]**

Unofficial Copy

Dated: 4/4/2026

**ASSIGNOR:**

By: _Xueting Gou_
Name: Xueting Gou

STATE OF TEXAS                              }

                                           }

COUNTY OF TARRANT                          }

Before me, the undersigned notary public, on this 4 day of April, 2026 personally appeared
Xueting Gou, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose
name is subscribed to the within instrument, and acknowledged to me that he/she executed the same for
the purposes and consideration therein expressed.

GREG THROWER
Notary ID #132387148
My Commission Expires
February 28, 2028

Notary Public, State of Texas

My Commission Expires: 2/28/2028

Unofficial Copy

## EXHIBIT A

Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 904 Hardaway Lane, Greenville, Texas).

Lot 12 of Block G, of STONEWOOD ESTATES PHASE 5, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document, No. 2023-02081 on February 8, 2023, of the Official Public Records of Hurt County, Texas (commonly known as 802 Moseley Lane, Greenville, Texas).

THE STATE OF TEXAS

COUNTY OF HUNT

I hereby certify that this instrument was FILED on the date and the time stamped hereon by me and was duly RECORDED in the Records of HUNT County, Texas.

2026-06114    ADT
04/06/2026 10:25 AM

Becky Landrum, County Clerk
Hunt County, TX