31

## NOTICE OF TRUSTEE'S SALE
### (BY SUBSTITUTE TRUSTEE)

**WHEREAS,** by a Deed of Trust, (herein "Deed of Trust") dated December 19, 2025, Larry Ellis, as Chief Operating Officer of EEE Development, LLC Grantor(s), conveyed to Brent A Money, as Trustee, the property described to secure a Deed of Trust Note in the payment of a debt therein described; said Deed of Trust being recorded at Clerk's File No. 2026-04205 of the Real Property Records as maintained by the County Clerk of Hunt, County, Texas.

WHEREAS, the undersigned has been appointed Trustee; and

WHEREAS, default has occurred in the payment of said indebtedness, and the same is now wholly due, and the current owner and holder of that debt has requested that the undersigned to sell the herein described property to satisfy said indebtedness.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that on Tuesday, the Fifth (5th) day of May, 2026, between the hours of 10:00 a.m. and 4:00 p.m. the foreclosure sale will be conducted in Hunt County, Texas, in the area of the Courthouse of said county designated by the Commissioner's Court, pursuant to Section 51.002 of the Texas Property Code, as the place where foreclosure sales are to take place.

The Trustee's Sale will begin no earlier than 10:00 a.m. and must be conducted within three hours of such starting time. Said sale shall be to the highest bidder for cash or cash equivalent, except that the owner and holder of the indebtedness may bid as a credit against that indebtedness.

SEE EXHIBIT "A" ATTACHED HERETO

EXECUTED on this __10__ day of __April__ 2026..

**FILED FOR RECORD**
at _12:09_ o'clock _P_ M

**APR 13 2026**

BECKY LANDRUM
County Clerk, Hunt County, Tex.
by _Inelyn_

Abstracts/Trustees of Texas, LLC, James Mills, Susan Mills, Ed Henderson, Andrew Mills, Andrew Mills-Middlebrook or George Hawthorne Substitute Trustee, any to act, as Successor Substitute Trustee, to act under and by virtue of said Deed of Trust.

Questions should be directed to:    Foreclosure Department
(512) 340-0331

## EXHIBIT A

Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 904 Hardaway Lane, Greenville, Texas).

Lot 12 of Block G, of STONEWOOD ESTATES PHASE 5, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2023-02081 on February 8, 2023, of the Official Public Records of Hunt County, Texas (commonly known as 802 Moseley Lane, Greenville, Texas).

THE STATE OF TEXAS
COUNTY OF HUNT
I hereby certify that this instrument was FILED on the date and the time stamped hereon by me and was duly RECORDED in the Records of HUNT County, Texas.

2026-04205    DT
03/11/2026 03:15 PM

Becky Landrum, County Clerk
Hunt County, TX