# TRUSTEE'S DEED
## BY SUBSTITUTE TRUSTEE

**NOTICE OF CONFIDENTIALITY RIGHTS: If you are a natural person, you may remove or strike any of the following information from this instrument before it is filed for record in the public records: Your social security number or your driver's license number.**

| | |
|---|---|
| **State:** | Texas |
| **County:** | Hunt |
| **Date of Sale:** | May 5, 2026 |
| **Deed Date:** | May 17, 2026 |
| **Grantor:** | James Mills, as Substitute Trustee, in Trust for AAA Royalty LLC |
| **Grantee:** | AAA Royalty LLC |
| **Grantee's Address:** (including county) | 5900 Balcones Drive, Suite 100 Austin, Travis County, Texas 78731 |
| **Consideration:** | Ten Dollars ($10.00) and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged. |
| **Property:** | See Exhibit "A" attached hereto |

**WHEREAS,** by a Deed of Trust, (herein "Deed of Trust") dated December 19, 2025, Larry Ellis, as Chief Operating Officer of EEE Development, LLC Grantor(s), conveyed to Brent A Money, as Trustee, the property described to secure a Deed of Trust Note in the payment of a debt therein described; said Deed of Trust being recorded at Clerk's File No. 2026-04204 of the Real Property Records as maintained by the County Clerk of Hunt, County, Texas.

**WHEREAS,** the legal owner and holder of the note(s) and beneficiary (the "Beneficiary") under the Deed of Trust declared a default in the payment obligations of the note(s) and Deed of Trust;

**WHEREAS,** written notice of default and intention to accelerate was mailed to all debtors in default before the debt was accelerated and notice of sale was given;

**WHEREAS,** the declared default was not resolved during the cure period provided;

**WHEREAS,** the Beneficiary accelerated the maturity date of the note(s) and declared all sums secured by the Deed of Trust to be immediately due and payable;

**WHEREAS,** the owner and holder of the "Note" removed the original trustee and any previously appointed Substitute Trustee, and appointed and requested Grantor to serve as Substitute Trustee and sell the property in accordance with the Deed of Trust and apply the proceeds of the sale to the indebtedness in accordance with the Deed of Trust;

Unofficial Copy

**WHERAS,** notices stating the time, place and terms of sale of the Property were posted and filed as required by Sec. 51.002 of the Texas Property Code, and other requirements of that statute have been met. As required by that statute and by the Deed of Trust, Substitute Trustee sold the Property to Buyer, who was the highest bidder at the public auction for the amount of sale. The sale began at the time specified in such notices, and was concluded within the time allowed by law.

**WHEREAS,** on the date of sale indicated above, between the hours of 10:00 AM and 4:00 PM and within three hours of the earliest time of sale as shown in the "Notice of Trustee's Sale", Grantor proceeded to sell the property at public auction at the area designated by the Commissioner's Court of Hunt County, Texas and at 10:36 A.M. struck off the property to the Grantee named above for the consideration described above, it being the highest and best bid;

**NOW, THEREFORE,** by virtue of the authority conferred by the Beneficiary upon Grantor as Substitute Trustee as authorized by the Deed of Trust, and for the consideration described above, Grantor grants, sells and conveys the property, together with all and singular the rights and appurtenances thereto in any wise belonging to Grantee and its heirs, executors, administrators, successors or assigns forever, to have and to hold it to Grantee, and Grantor binds his/her/their heirs, assigns, executors, administrators and successors to warrant and to forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns insofar as is authorized by the Deed of Trust, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

When the context requires, singular nouns and pronouns include the plural.

Executed this __20__ day of __May__, A.D. 2026.

_____
James Mills, Substitute Trustee

# ACKNOWLEDGMENT

**STATE OF TEXAS**

**COUNTY OF __Travis__**

This instrument was acknowledged before me on this __20__ day of __May__, 2026, by __James Mills__ as Substitute Trustee.

_____
Notary Public, State of Texas



SUSAN MILLS
Notary Public, State of Texas
Comm. Expires 05-20-2028
Notary ID 1483932

Unofficial Copy

# EXHIBIT "A"

**Lot 20, Block F, of STONEWOOD ESTATES PHASE 4, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-26721 on November 16, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 601 Ransom Way, Greenville, Texas).**



*AFFIDAVIT OF POSTING*

THE STATE OF TEXAS    §
                               §

COUNTY OF Travis  §

BEFORE ME, the undersigned authority, a Notary Public in and for said County and State, on this day personally appeared Affiant below named, known to me to be a credible person, who being by me first duly sworn upon oath stated:

"My name is **Ed Henderson**.

"On April 13, 2026 at the request of AAA Royalty, LLC, Lender, I filed the attached Notice of Foreclosure Sale with the County Clerk of the county wherein the property described in the Notice is located and posted a copy of the Notice at the officially designated place for the posting of Notices of nonjudicial foreclosure sales in such county."

Further Affiant sayeth not.

_____
**Abstracts/Trustees of Texas, Ed Henderson, Substitute Trustee**

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by Ed Henderson on this 15 day of May, 2026.

SUSAN MILLS
Notary Public, State of Texas
Comm. Expires 05-20-2028
Notary ID 1483932

_____
NOTARY PUBLIC, STATE OF TEXAS

RE DT: 2026-042204

Unofficial Copy

# NOTICE OF TRUSTEE'S SALE
## (BY SUBSTITUTE TRUSTEE)

**WHEREAS,** by a Deed of Trust, (herein "Deed of Trust") dated December 19, 2025, Larry Ellis, as Chief Operating Officer of EEE Development, LLC Grantor(s), conveyed to Brent A Money, as Trustee, the property described to secure a Deed of Trust Note in the payment of a debt therein described; said Deed of Trust being recorded at Clerk's File No. 2026-04204 of the Real Property Records as maintained by the County Clerk of Hunt, County, Texas.

WHEREAS, the undersigned has been appointed Trustee; and

WHEREAS, default has occurred in the payment of said indebtedness, and the same is now wholly due, and the current owner and holder of that debt has requested that the undersigned to sell the herein described property to satisfy said indebtedness.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that on Tuesday, the Fifth (5th) day of May, 2026, between the hours of 10:00 a.m. and 4:00 p.m. the foreclosure sale will be conducted in Hunt County, Texas, in the area of the Courthouse of said county designated by the Commissioner's Court, pursuant to Section 51.002 of the Texas Property Code, as the place where foreclosure sales are to take place.

The Trustee's Sale will begin no earlier than 10:00 a.m. and must be conducted within three hours of such starting time. Said sale shall be to the highest bidder for cash or cash equivalent, except that the owner and holder of the indebtedness may bid as a credit against that indebtedness.

SEE EXHIBIT "A" ATTACHED HERETO

EXECUTED on this ___10 day of ___April_____ 2026..

_____
Abstracts/Trustees of Texas, LLC, James Mills, Susan Mills, Ed Henderson, Andrew Mills, Andrew Mills-Middlebrook or George Hawthorne Substitute Trustee, any to act, as Successor Substitute Trustee, to act under and by virtue of said Deed of Trust.

Questions should be directed to:   Foreclosure Department
(512) 340-0331

## EXHIBIT A

Lot 10, Block G, of STONEWOOD ESTATES PHASE 5, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2023-02081 on February 8, 2023, of the Official Public Records of Hunt County, Texas (commonly known as 806 Moseley Lane, Greenville, Texas).

Lot 20, Block F, of STONEWOOD ESTATES PHASE 4, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-26721 on November 16, 2022, of the Official Public Records of Hunt County, Texas (commonly known as 601 Ransom Way, Greenville, Texas).

THE STATE OF TEXAS

COUNTY OF HUNT

I hereby certify that this instrument was FILED on the date and the time stamped hereon by me and was duly RECORDED in the Records of HUNT County, Texas.

2026-04204    DT
03/11/2026 03:15 PM

Becky Landrum, County Clerk
Hunt County, TX

DEED OF TRUST                                                          PAGE 8

## EXHIBIT C

### AFFIDAVIT OF SUBSTITUTE TRUSTEE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared affiant below named, who after being by me duly sworn did state the following:

"I am a person over the age of eighteen years, have never been convicted of a felony or crime of moral turpitude, and have personal knowledge of the facts set forth herein.

My name is Jim Mills. The acts described herein were performed by me or by someone under my direct supervision under the direction of AAA Royalty, LLC., the holder of the Deed of Trust.

This affidavit is made with respect to the foreclosure of the Deed of Trust that occurred on May 5, 2026.

Under the direction of AAA Royalty, LLC, the holder of the Deed of Trust recorded under Document No. 2025-20479 in the Official Public Records of Hunt County, Texas and the obligations secured thereby, I, as the Substitute Trustee appointed to enforce the power of sale contained in the Deed of Trust, on ___May 5. 2026___, at a time not earlier than the time set forth in the Notice of Substitute Trustee's Sale and beginning not later than three hours thereafter, did conduct the foreclosure sale. The foreclosure sale occurred in the area specified in the Notice of Substitute Trustee's Sale.

Further affiant sayeth not.

Executed on this the 15th day of May 2026.

_____
Jim Mills, Substitute Trustee

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

Before me, the undersigned authority, on this day personally appeared, Jim Mills, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same and that all such statements were true and correct.

Given under my hand and seal of office this the 15th day of May 2026..

_____
Notary Public, State of Texas

SUSAN MILLS
Notary Public, State of Tex.
Comm. Expires 05-20-2?·
Notary ID 148393·

---

# AFFIDAVIT OF MAILING

Date:                     May 20 , 2026

Affiant:                  Jim Mills

Beneficiary:              AAA Royalty, LLC

**WHEREAS,** by a Deed of Trust, (herein "Deed of trust") dated December 19, 2025 Larry Ellis, as Chief Operating Officer of EEE Development, LLC Grantor(s), conveyed to Brent A Money, as Trustee, the property described to secure a Deed of Trust Note in the payment of a debt therein described; said Deed of Trust being recorded at Clerk's File No. 2026-04204 of the Real Property Records as maintained by the County Clerk of Hunt, County, Texas

Property:                 **Lot 20, Block F of STONEWOOD ESTATES PHASE 4, an addition to the City of Greenville Hunt County, Texas, pursuant to the final map thereof recorded as Document No. 2022-26721 on November 16, 2022 of the Official Public Records of Hunt County, Texas (commonly known as 601 Ransom Way, Greenville, Texas).**

**STATE OF TEXAS**

**COUNTY OF Travis**

On this the __20__ day of May, 2026, Jim Mills personally came and appeared before me, the undersigned Notary, whose identity is known or was proved to me and who after being duly swore, under oath said:

1. "My name is Jim Mills. I am over the age of twenty-one years, have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. I have personal knowledge of all facts set forth herein and they are all true and correct.
2. This affidavit is made with respect to the "Notice of Trustee's Sale" that was posted on April 13, 2026 at the Hunt County Courthouse.
3. At least twenty-one (21) days before the trustee's sale, Affiant, either personally or by agent, gave notice of the sale that occurred on May 5, 2026, to each debtor of record, who are:

Unofficial Copy

EEE Development, LLC
5907 Wesley Street
Suite 102
Greenville, Texas 75402

**CERTIFIED MAIL # 9589 0710 5270 3793 4065 20**
**RETURN RECEIPT REQUESTED**
**Copy Sent Regular Mail**

EEE Development, LLC
601 Ransom Way
Greenville, Texas 75402

**CERTIFIED MAIL # 9589 0710 5270 3793 4065 13**
**RETURN RECEIPT REQUESTED**
**Copy Sent Regular Mail**

Each of the notices were mailed by certified mail, postage prepaid, properly addressed to each individual listed above at the addresses stated.
I swear this to be the truth under penalties of perjury, so help me God.

**FURTHER, AFFIANT SAYETH NOT:**

_____
AFFIANT, JIM MILLS

**STATE OF TEXAS**

**COUNTY OF TRAVIS**

Before me, __Susan Mills__ the undersigned Notary, on this day personally appeared Jim Mills, whose identity is personally known to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office, on this the __20__ day of May, 2026

_____
Notary Public, State of Texas

> SUSAN MILLS
> Notary Public, State of Texas
> Comm. Expires 05-20-2028
> Notary ID 1483932

Unofficial Copy



**THE STATE OF TEXAS**
**COUNTY OF HUNT**

I hearby certify that this instrument was FILED on the
date and time stamped heron by me and was duly
RECORDED in the Records of Hunt County, Texas
**2026-09677**
**05/28/2026 02:50:04 PM**

Becky Landrum, County Clerk
Hunt, TX

Unofficial Copy