FILED FOR RECORD
at 2:19 o'clock P M

## Notice of Trustee's Sale

Date: May 11 , 2026

MAY 1 1 2026

BECKY LANDRUM
County Clerk, Hunt County, Tex.
by

Substitute Trustee:   GEORGE IVAN ALEXANDER

Current Owner and Holder of Note:   RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY

Note:          Note executed on August 11, 2025 in the original principal amount of $300,000.00

Deed of Trust

Date:   August 11, 2025

Grantor:     EEE DEVELOPMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY

Lender:     RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY

Recording information:     Deed of Trust recorded under Document No. 2025-14643 of the Records of Hunt County, Texas on August 8, 2025.

Property:

Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas ( commonly known as 904 Hardaway Lane, Greenville, Texas)

County:  Hunt

Date of Sale (first Tuesday of month):        June 2, 2026

Time of Sale:  The sale shall begin no earlier than 1:00 P.M., or no later than three hours thereafter.

Place of Sale: The sale will be held at the Hunt County Courthouse in Greenville, Texas, at the following location: Courthouse Steps, located on the North side of the courthouse at the second floor entrance.

GEORGE IVAN ALEXANDER is the Trustee under the Deed of Trust.  Lender has instructed Trustee to offer the Property for sale toward the satisfaction of the Note.

Notice is given that on the Date of Sale, Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash. The earliest time the sale will occur is the Time of Sale, and the sale will be conducted no later than three hours thereafter.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

GEORGE IVAN ALEXANDER, Substitute Trustee
Curtis & Alexander, P.C.
2708 Washington Street; P.O. Box 1274
Greenville, Texas 75403-1274
Ph: (903) 455-8113
Fax: (903) 454-3371
george@curtisalexander.net