2026-10050    CFD Total Pages: 6

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## Foreclosure Sale Deed

Date:    June 2, 2026

Deed of Trust

Date:        August 11, 2025

Grantor:        EEE DEVELOPMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY

Lender:        RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY

Trustee:        GEORGE IVAN ALEXANDER

Recording information:        Deed of Trust recorded under Document No. 2025-14643 of the Records of Hunt County, Texas on August 8, 2025.

Property:        Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas ( commonly known as 904 Hardaway Lane, Greenville, Texas)

Note Secured by Deed of Trust

Date:        August 11, 2025

Maker:        EEE DEVELOPMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY

Original Principal Amount:    $300,000.00

Current Holder: RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY

Date of Sale of Property (first Tuesday of month):    June 2, 2026

Time Sale of Property Began:    1:10 p.m.

Place of Sale of Property:    Hunt County Courthouse in Greenville, Texas, at the following location: Courthouse Steps, located on the North side of the courthouse at the second floor entrance.

Buyer:  RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY

Buyer's Mailing Address:

RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY
3651 S. Custer Rd., Unit 104, McKinney, Texas 75070

Amount of Sale:    $150,000.00

By Deed of Trust, Grantor conveyed to GEORGE IVAN ALEXANDER, as Substitute Trustee, certain property for the purpose of securing and enforcing payment of the indebtedness and obligations therein described (collectively, the Obligations), including but not limited to the Note.

Default has occurred in the payment of the Obligations when due. The unpaid balance of the principal of the Obligations was accelerated, and default has occurred and is continuing in the payment of the Obligations.  RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY, the current Holder of the Obligations and the current Beneficiary of the Deed of Trust, requested GEORGE IVAN ALEXANDER, as Substitute Trustee, to enforce the trust of the Deed of Trust.

Pursuant to the requirements of the Deed of Trust and the laws of the state of Texas, written notice of the time, place, date, and terms of the public foreclosure sale of the Property was posted at the courthouse of Hunt County, Texas, the county in which the Property is situated, and a copy of the notice was also filed with the county clerk of Hunt County, Texas, such notice having been posted and filed for at least twenty-one days preceding the date of the foreclosure sale.

Additionally, written notice of the default, acceleration of maturity, and the time, date, place, and terms of the foreclosure sale was served on behalf of the current Beneficiary by certified mail on each debtor who, according to the records of the current Beneficiary, is obligated to pay any of the Obligations. The certified-mail notices were timely sent by depositing the notices in the United States mail, postage prepaid in proper amount, and addressed to each debtor at the debtor's last known address as shown by the records of the current Beneficiary at least twenty-one days preceding the date of the foreclosure.

Attached are affidavits for the mailing of notice of intent to accelerate the maturity of the note to debtors and posting and mailing of notice of foreclosure sale and conduct of the foreclosure sale.

In consideration of the premises and of the bid and payment by way of credit against the unpaid balance owed on the Obligations of the amount of $99,985.61, the highest bid by Buyer, I,

as Substitute Trustee, by virtue of the authority conferred on me in the Deed of Trust, have granted, sold, and conveyed all of the Property to Buyer and Buyer's heirs and assigns, to have and to hold the Property, together with the rights, privileges, and appurtenances thereto belonging unto Buyer and Buyer's heirs and assigns forever.

I, as the Substitute Trustee, do hereby bind Grantor and Grantor's heirs and assigns to warrant and forever defend the Property to Buyer and Buyer's heirs and assigns forever, against the claim or claims of all persons claiming the same or any part thereof.

Executed on June 2, 2026.

_____
GEORGE IVAN ALEXANDER, Substitute Trustee

## ACKNOWLEDGMENT

STATE OF TEXAS            §

COUNTY OF HUNT           §

This instrument was acknowledged before me on the 2nd day of June, 2026, by GEORGE IVAN ALEXANDER.

VICKY LANE CUMMINGS
Notary Public, State of Texas
Comm. Expires 10-07-2026
Notary ID 11953390

_____
Notary Public, State of Texas

***PREPARED IN THE OFFICE OF:***
GEORGE IVAN ALEXANDER
CURTIS & ALEXANDER, P.C.
2708 Washington Street
P. O. Box 1274
Greenville, TX 75403-1274
Tel: (903) 455-8113
Fax: (903) 454-3371

**Affidavit of Sale, Mailing and of Posting and Filing**

**Date:**        June 2, 2026

**Affiant:**     GEORGE IVAN ALEXANDER

**Deed of Trust:**

> **Date:**        August 11, 2025
>
> **Seller:**      RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY
>
> **Buyer:**       EEE DEVELOPMENT, LLC, A TEXAS LIMITED LIABILITY COMPANY
>
> **Recording information:**   Deed of Trust recorded under Document No. 2025-14643 of the Records of Hunt County, Texas on August 8, 2025.
>
> **Property:**    Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas ( commonly known as 904 Hardaway Lane, Greenville, Texas)

**Substitute Trustee:**   GEORGE IVAN ALEXANDER

Affiant on oath swears that the following statements are true and are within the personal knowledge of Affiant:

This Affidavit is made with respect to the foreclosure of the Deed of Trust that occurred June 2, 2026.

Default has occurred in the performance of Buyer's obligations in the Deed of Trust.

Seller designated Substitute Trustee, who gave notice of the Trustee's sale to Buyer and posted and filed the notice in compliance with section 51.002 of the Texas Property Code. A copy of the notice of trustee's sale is attached.  The sale was conducted by Substitute Trustee in accordance with the notice and sections 5.066 and 51.002 of the Texas Property Code.

Anyone concerned with title to the Property may rely on these statements.

_____
GEORGE IVAN ALEXANDER

SIGNED under oath before me on June 2, 2026

_____
Notary Public, State of Texas

VICKY LANE CUMMINGS
Notary Public, State of Texas
Comm. Expires 10-07-2026
Notary ID 11953390

FILED FOR RECORD
at _____ o'clock_____ M

**Notice of Trustee's Sale**

Date: _May 11_, 2026

MAY 1 1 2026

BECKY LANDRUM
County Clerk, Hunt County, Tex.
by _____

Substitute Trustee:   GEORGE IVAN ALEXANDER

Current Owner and Holder of Note:   RALA ENTERPRISES, LLC, A TEXAS LIMITED
LIABILITY COMPANY

Note:            Note executed on August 11, 2025 in the original principal amount of
$300,000.00

Deed of Trust

Date:   August 11, 2025

Grantor:   EEE DEVELOPMENT, LLC, A TEXAS LIMITED LIABILITY
COMPANY

Lender:   RALA ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY
COMPANY

Recording information:   Deed of Trust recorded under Document No. 2025-14643 of
the Records of Hunt County, Texas on August 8, 2025.

Property:

Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville,
Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No.
2022-01396 on January 20, 2022, of the Official Public Records of Hunt County, Texas (
commonly known as 904 Hardaway Lane, Greenville, Texas)

County:   Hunt

Date of Sale (first Tuesday of month):        June 2, 2026

Time of Sale:  The sale shall begin no earlier than 1:00 P.M., or no later than three hours
thereafter.

Place of Sale: The sale will be held at the Hunt County Courthouse in Greenville, Texas, at the
following location: Courthouse Steps, located on the North side of the courthouse at the second
floor entrance.

GEORGE IVAN ALEXANDER is the Trustee under the Deed of Trust.   Lender has
instructed Trustee to offer the Property for sale toward the satisfaction of the Note.

Notice is given that on the Date of Sale, Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash. The earliest time the sale will occur is the Time of Sale, and the sale will be conducted no later than three hours thereafter.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

GEORGE IVAN ALEXANDER, Substitute Trustee
Curtis & Alexander, P.C.
2708 Washington Street; P.O. Box 1274
Greenville, Texas 75403-1274
Ph: (903) 455-8113
Fax: (903) 454-3371
george@curtisalexander.net

THE STATE OF TEXAS

COUNTY OF HUNT

I hereby certify that this instrument was FILED on the date and the time stamped hereon by me and was duly RECORDED in the Records of HUNT County, Texas.

2026-10050    CFD
06/02/2026 02:14 PM

Becky Landrum, County Clerk
Hunt County, TX