**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No.  26-80006 (SGJ) |
| | § | |
| EEE Development, LLC | § | Chapter 11 |
| | § | |
| Debtor(s). | § | |

## AFFIDAVIT OF RAHEEM LALANI
## IN SUPPORT OF MOTION FOR RELIEF

I, Raheem Lalani, hereby state the following:

I am the Bankruptcy Specialist and Member of Rala Enterprises, LLC, its successors and/or assignees and hereby make this Affidavit in such capacity.

Rala Enterprises, LLC is authorized to sue on its own behalf.

I am a custodian of records for Rala Enterprises, LLC. In the course of my employment, I have become familiar with the manner and method in which Rala Enterprises, LLC maintains its books and records in its regular course of business.  Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

I have reviewed the books and records which reveal that Rala Enterprises, LLC is the owner and holder of a promissory note (the "Loan") signed by Larry Ellis, acting as Chief Operating Officer of EEE Development, LLC. Rala Enterprises, LLC is secured under the Loan by a properly perfected security interest in the collateral described as Lot 34, Block F, of STONEWOOD ESTATES PHASE 3, an addition to the City of Greenville, Hunt County, Texas, pursuant to the final plat map thereof recorded as Document No. 2022-01396, recorded on January 20, 2022, in the Official Records of Hunt County, Texas (commonly known as 904 Hardaway Lane, Greenville, Texas) (being "904 Hardaway Lane"). Such documents are attached hereto as Exhibit "1".

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF**         **PAGE 1**



By the virtue of the Loan, Rala Enterprises, LLC s is the holder of a secured claim against the Debtor(s).

Debtor(s) are in default on their obligations to Movant in that they have failed to make their installment payments when due and owing pursuant to the terms of the Loans.

Debtor owes $300,000.00 for 904 Hardaway Lane, being the amount of the existing delinquency under the Loan.

According to the Hunt County Appraisal District, the value of 904 Hardaway Lane is $280,714.00.

Rala Enterprises, LLC retained counsel to represent it before this Court and is incurring legal expenses and attorney's fees for which it is entitled to reimbursement under the terms of the Loan.

I declare that the foregoing facts are true and correct to the best of my knowledge.

Further your affiant saith not.

Dated: _9th August 2026_

_R. Lalani Do_
Raheem Lalani
Member/ Bankruptcy Specialist
Rala Enterprises, LLC

Subscribed and sworn to before me on ___9th August___, 20_26_

_____
Notary

N. SINGH PANWAR
Notary ID # 13511604-1
My Commission Expires
October 03, 2028

Collin, Tx

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF**                    **PAGE 2**